UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20513-CMA

UNITED STATES OF AMERICA

v.

DAISUKE MIYAUCHI,

      **Defendant.**

_____/

## NOTICE OF APPEARANCE

The United States of America, by and through undersigned counsel, respectfully submits this Notice of Appearance, requesting that Banumathi Rangarajan, Trial Attorney, Environmental Crimes Section, Environment & Natural Resources Division, United States Department of Justice, be included as counsel for the United States and added to the distribution list for all future filings in the above captioned case.

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT & NATURAL RESOURCES DIVISION

By:   /s/ *Banumathi Rangarajan*
BANUMATHI RANGARAJAN
Trial Attorney
U.S. Department of Justice, Environmental Crimes Section
4 Constitution Sq., 150 M Street N.E., Room 4.211
Washington, D.C. 20002
Phone: 202-305-0458
Fax: 202-514-8864
Email: banu.rangarajan@usdoj.gov
SDFL Special Bar #A5502782
NC Bar #27311

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a copy of the foregoing will be served upon the Defendant either to counsel electronically, or by mail addressed as follows:

>Samuel J. Rabin, Jr.
>Rabin & Lopez, P.A.
>SunTrust International Center
>One Southeast Third Avenue
>Suite 2600
>Miami, FL   33131
>sjr@miamilawyer.com

>/s/ *Banumathi Rangarajan*
>BANUMATHI RANGARAJAN
>Trial Attorney