# COURT MINUTES

Page 2

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor        Date: 10/15/21    Time: 10:00 a.m.

Defendant: Daisuke Miyauchi        J#: 62087-509    Case #: 21-20513-Cr-Altonaga
AUSA: Thomas Watts-Fitzgerald        Attorney: Samuel Rabin-Perm.
Violation: Consp/Smuggle Wildlife; Making False Records
Proceeding: Waiver/Ind and Arr/Info        CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No        Recommended Bond:
Bond Set at: Stip. $1 Million CSB/Nebbia        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Japanese

Disposition:
*Brady Warning Previously Given*
- Def consents to VTC
- Def waives indictment on the record (colloquy)
Reading of Information Waived ✓
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order requested ✓
- Def Arraigned

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:07:09        Time in Court: 5 mins