UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20513-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

v.

**DAISUKE MIYAUCHI,**

                  **Defendant.** /

## GOVERNMENT'S RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.    After his arrest Defendant was interviewed by law enforcement. A copy of the written statement will be made available to Defendant the week of November 1, 2021.

       2.    The written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent will be made available to Defendant the week of November 1, 2021.

       3.    No defendant testified before the Grand Jury.

       4.    The defendant's prior criminal record is attached.

       5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, either shall be made available electronically through a share platform or may be inspected at a mutually convenient time at: the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

|   |   |   |
|---|---|---|
|   |    | The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial. |
|   | 6. | There were no physical or mental examinations or scientific tests or experiments made in connection with this case. |
| B. |   | DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. |
| C. |   | The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). |
| D. |   | The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). |
| E. |   | The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. |
| F. |   | No defendant was identified in a lineup, show up, photo array or similar identification proceedings. |
| G. |   | The government has advised its agents and officers involved in this case to preserve all rough notes. |
| H. |   | The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b).  Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence. |
|   |   | You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine). |

| | |
|---|---|
| I. | The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518. |
| J. | The government will order the transcription of the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause. |
| K. | No contraband is involved in this indictment. |
| L. | The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession. |
| M. | The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant. |
| N. | The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference. |

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response are Bates numbered pages DR_GOV_0000001-DR_GOV_0001159. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9413
Email: thomas.watts-fitzgerald@usdoj.gov

        TODD KIM
        ASSISTANT ATTORNEY GENERAL
        ENVIRONMENT & NATURAL RESOURCES DIVISION

BY:   /s/ *Banumathi Rangarajan*
        Banumathi Rangarajan
        Trial Attorney
        U.S. Department of Justice, Environmental Crimes Section
        SDFL Special Bar No. A5502782
        North Carolina Bar No. 27311
        4 Constitution Sq., 150 M Street N.E., Room 4.211
        Washington, DC 20002
        Telephone: (202) 305-0458
        E-mail: banu.rangarajan@usdoj.gov

cc:   Special Agent Brian Cazalot
      U.S. Fish and Wildlife Service

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

    /s/ *Banumathi Rangarajan*
Banumathi Rangarajan
Trial Attorney
U.S. Department of Justice, Environmental Crimes Section

## SERVICE LIST
United States v. Daisuke Miyauchi
Case No. 21-20513-CR-ALTONAGA
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Thomas A. Watts-FitzGerald<br>Assistant United States Attorney<br>99 Northeast 4th Street<br>Miami, Florida 33132-2111<br>Email: thomas.watts-fitzgerald@usdoj.gov<br><br>Banumathi Rangarajan<br>Trial Attorney<br>U.S. Department of Justice, Environmental Crimes Section<br>4 Constitution Sq., 150 M Street N.E., Room 4.211<br>Washington, DC 20002<br>E-mail: banu.rangarajan@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>[Name] | Samuel J. Rabin, Jr.<br>Rabin & Lopez, P.A.<br>SunTrust International Center<br>One Southeast Third Avenue<br>Suite 2600<br>Miami, FL  33131<br>Email: sjr@miamilawyer.com<br>**via Notice of Electronic Filing generated by CM/ECF** |