UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   <u>21-20513-CR-ALTONAGA</u>

UNITED STATES OF AMERICA

v.

DAISUKE MIYAUCHI,

                            **Defendant.** /

## MOTION FOR DOWNWARD DEPARTURE

Pursuant to USSG §5K1.1, the United States of America hereby moves for a downward departure from the advisory sentencing guidelines range applicable to Defendant Daisuke Miyauchi in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

1. On August 27, 2021, Defendant was arrested on a criminal complaint charging him with knowingly and intentionally conspiring with others to submit false statements attempting to circumvent regulations requiring the declaration of exported wildlife to federal authorities, as well as smuggle said wildlife, in violation of Title 16, United States Code, Sections 3371 *et seq.*; Title 16, United States Code, Sections 1531 *et seq.*; Title 18, United States Code, Section 1001; and Title 18, United States Code, Section 554.

2. On October 12, 2021, the United States Attorney for the Southern District of Florida filed two-count Criminal Information charging him with (1) conspiracy to violate the Lacey Act (false labeling) and to smuggle goods out of the United States, all in violation of Title 18, United States Code, Sections 371, and (2) Lacey Act (false labeling) and aiding and abetting the same, in violation of Title 16, United States Code, Sections §§ 3372(d)(1) and 3373(d)(3)(A)(i), and Title 18, United States Code, Section § 2.

1

3. On December 15, 2021, Defendant pled guilty to the information. His sentencing is scheduled for February 22, 2022.

4. Based on the facts of this case, as will be detailed at the sentencing hearing, Defendant's assistance warrants a reduction in sentence under USSG §5K1.1.

5. Accordingly, the United States respectfully moves this Court for a 40 % reduction in Defendant's sentence pursuant to USSG §5K1.1.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:   /s/ Thomas A. Watts-FitzGerald
    Assistant United States Attorney
    Florida Bar No. 0273538
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9413
    Email: thomas.watts-fitzgerald@usdoj.gov

    TODD KIM
    ASSISTANT ATTORNEY GENERAL
    ENVIRONMENT & NATURAL RESOURCES DIVISION

BY:   /s/ *Banumathi Rangarajan*
    Banumathi Rangarajan
    Trial Attorney
    U.S. Department of Justice, Environmental Crimes Section
    SDFL Special Bar No. A5502782
    4 Constitution Sq., 150 M Street N.E., Room 4.211
    Washington, DC 20002
    Telephone: (202) 305-0458
    E-mail: banu.rangarajan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF

      /s/ Thomas A. Watts-FitzGerald
Assistant United States Attorney