## <u>L</u>ETTERS IN <u>S</u>UPPORT OF <u>D</u>EFENDANT <u>D</u>AISUKE <u>M</u>IYAUCHI <u>S</u>ENTENCING

1. Shunsuke Miyazaki
2. Ben Cole
3. Nick Esposito
4. Russ Gurley
5. Hiroshi Sanada
6. Hidehiko Sakai
7. Toshika Sakai
8. Sari Miyauchi
9. Shizue Hayashi
10. Ami Nakagawa
11. Masahiro Nakagawa
12. Kanae Kawashima
13. Miki Kawashima
14. Michael Coleman
15. Kazuhisa Yamada
16. Kumiko Sakai
17. Chad Fuchs
18. Yuura Tomita
19. Marshall Van Thorre
20. Yasunao Muto
21. Shay Hamper
22. Tamaki Sakai
23. Shino Nakagawa
24. Rio Sakai
25. Tamane Kijima
26. Hiroshi Misuishi
27. Yukie Murasawa
28. Brad Boa
29. Ryoko Matsuyama
30. Shuichi Toida
31. Norikatsu Kawamoto
32. Osamu Tomita
33. Amir Soleymani
34. Hiroshi Konno
35. William Jarzyna
36. Kimiko Iseki
37. Lee Cook
38. Takao Umebayashi
39. Naoki Yamamoto
40. Noboru Ito
41. Hidemitsu Nagai

42. Melanie Feisst
43. Shunchiro Ito
44. Mariko Miyauchi
45. Ryosuke Hoshi
46. Larry Boyle
47. Masuhiro Nakamura
48. Reo Naito
49. Ikuya Fushimi
50. Hung Fei Yap
51. Jeff Nemanius
52. Kenji Motozawa
53. Daigo Takahashi
54. Yuichi Komaki
55. Yuzu Takeda
56. Yorito Murasawa
57. Yoshitoshi Nagase
58. Orie Motozawa
59. Shingo Harima
60. Atsushi Kinoshita
61. Hideyuki Kinoshita
62. Kaede Maruyama
63. Brent Bumgardner
64. Norapat Thongthai
65. Ayako Kubo
66. Eiichi Nomoto
67. Hiroaki Maruyama
68. Natsuko Sugiura
69. Satoshi Kubo
70. Sho Hasebe
71. Hitoshi Nakatani
72. Mitsuru Ohe
73. Yasuyuki Sasaki
74. Yoshitsune Kujima
75. Junpei Kobayashi
76. Winston Tsai
77. Michael Castillo
78. Jiro Komori
79. Keiji Yasuda
80. Kazutoshi Hamamura
81. Yudai Abe
82. Kouki Nakamura
83. Kenichiro Oikawa
84. Kentaro Kojima

85. Masato Koike
86. Yuji Yamanashi
87. Akihisa Tatemichi
88. Tanintorn Thongtai
89. Atsushi Maeda
90. Ayako Kojima
91. Ken Ohashi
92. Kosho Yagi
93. Mizuo Nagatomo
94. Riki Watanabe
95. Shinya Hasegawa
96. Takafumi Kawagoe
97. Tomoyuki Shimizu
98. Sanae Ishida
99. Scott Coltharp
100. Akrachai Weerakitti

November 10, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Shunsuke Miyazaki, and I work as the manager at the pet shop owned by Mr. Miyauchi.

I first met Mr. Miyauchi when I was a student and visited his shop as a customer. I have known him for over ten years, and I have spent a great deal of time with him.

When I first started working for him, he was generous with his instructions and contributed greatly to my development both as an employee and as a person. I am grateful for all of his support over the years.

He always thinks of the needs of his customers first, always putting in the effort to meet their needs. He is extremely trusted by his customers, and many people have continued to support him over the years. He has also placed a great deal of effort into making a good working environment for his employees, and he has always acted with the interests of other people as his priority. I believe it's this dedication and effort that has allowed him to grow the shop to the scale it is today.

He is always willing to share and teach from his wide range of knowledge and skills, there are a great deal of customers, both those starting out in the hobby and those who have been a part of it for years that depend upon him for his expertise. He has a very devoted following in the Japanese reptile community, and I count myself as one of them.

From his family to his friends, and those in the industry such as myself, there are a great deal of people who need him.

I was extremely disappointed to learn of his recent actions, but I hope you will provide him with a chance to admit to his errors, repent for his crimes, and improve his life for the better. Myself and the other employees will do everything in our power to make certain that such a thing doesn't happen again and provide him with the support he needs to do so.

He is extremely intelligent and wise, so I believe that he will use the lessons from this experience to further improve how he conducts business and develop it further to serve as a better model for others in the industry.

I pray that he is able to return home as soon as possible for the sake of his family and for everyone who awaits his return.

Sincerely,

Shunsuke Miyazaki
1-24-1 Mutsumi-cho, Minami-ku, Yokohama City, Kanagawa Prefecture, Japan

2021年11月16日

名誉ある セシリア・アルトナガ判事
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノース・マイアミ・アベニュー
13-3号室
フロリダ州マイアミ 33128

Re.宮内大輔

親愛なるアルトナガ判事

私の名前は宮崎俊輔です。私は宮内氏が経営しているペットショップで店長として働いています。私と宮内氏とは私の学生の頃に彼のお店に客として訪れたのがきっかけで知り合いました。それから10年以上のお付き合いになります。私と彼は多くの時間を共に過ごしました。仕事を通し、未熟だった私にも熱心に指導して下さったことに非常に感謝しております。また、彼は常にお客様のことを第一に考え、努力を怠りませんでした。顧客からの信頼も厚く、多くの方から支持されておりました。従業員に対しても労働環境を良くしようと努力しており、相手の事を考えながら行動しておりました。お店を大きくすることが出来たのもそんな彼の努力や人柄によるものであると思います。彼の持つ幅広い知識や技術などから学ぶことが多くあり、初心者から玄人まで、彼を必要とするお客様は非常に多いです。日本の爬虫類業界でも彼のファンは非常に多く、自分自身もその一人です。彼には帰りを待つご家族をはじめ、彼を必要とする自分のような仕事関係者や友人がたくさんおります。今回の件は非常に残念ですが、彼が過ちを認め、しっかりと反省し、今後の人生を良いものにすることが出来る様、チャンスを与えていただければと思います。私をはじめ従業員一同、今後一度とこのような事がない様、出来る限りのサポートをしていくつもりでおります。彼は非常に賢いので、今回の件で学んだことを生かした正しいビジネスのあり方を考え実現させることも可能だと思います。彼を待つご家族や仲間のために1日も早い出所を心から望みます

神奈川県横浜市南区睦町1-24-1
宮崎俊輔

宮崎 俊輔

Benjamin W. Cole
10317 SW 135th St
Archer Florida 32618
352-672-1317
bcherps@yahoo.com

To: The Honorable Cecilia M Altonaga

Re: Witness to character of Mr. Daisuke Miyauchi

My name is Ben Cole and I am the owner/operator of Ben Cole Reptiles, a hobby farm of captive bred reptiles in Gainesville Florida. I am writing you today to give some insight to the character of Mr. Miyauchi that I have seen over the last 15 years. Mr. Miyauchi has shown me on several occasions to be of special character that has been lost by so many today. I would like to outline a few of them:

Mr. Miyauchi was introduced to me at the National Reptile Breeders Expo in Daytona Florida to purchase some ball pythons. In this very first meeting with me Mr. Miyauchi was surprised that I gave him a discount for a multiple animal purchase as it was customary at the time to charge international customers higher pricing than domestic customers. He has on several occasions informed me when my pricing was too low for the international market. This only aids me, and showed me he cared about myself and my farm over his bottom line from the start even before we became friends.

Mr. Miyauchi wrote a book covering some of the current captive bred color and pattern mutations happening in the ball python industry. In this book he gave credit to all of us for producing the animals pictured thus giving away his sources for these special projects. Again, this helped us (animal producers) over himself, by connecting with each other.

In my semi-retirement I have enjoyed the ability to travel. In one of my trips to Taiwan we found out there was a reptile show in Japan and decided to hop over and attend. Mr. Miyauchi arranged hotels, transportation, food, introduced my whole party to a host of organizers, zoo owners, and animal breeders. While there I also talked about my retirement plans of opening an American BBQ night market stand in Asia, most likely Taiwan. He immediately introduced me to some resturanteurs. All of this was to aid myself with no gain and some actual cost to him. While travelling in Japan, informal or formal situations alike, people treated Mr. Miyauchi with the upmost respect. Witnessing formal bows and formal business card presentation methods really hit home how much more seriously respect is taken.

I do consider Mr. Miyauchi and myself friends, although we only see each other 2-3 times a year. I am constantly impressed and surprised by his generosity, genuine interest and care in myself and my business. Today's world is very selfish or at least self-centric, and Mr. Miyauchi is the opposite. Mr. Miyauchi is about growth, connections, and the betterment of those around him by creating opportunity.

I am not here to argue Mr. Miyauchis innocence in this matter. I am simply trying to convey that he is deserving of a second chance. Mr. Miyauchi is a positive asset to society both here and in his homeland. I know this situation, no matter the outcome, has already cost him, his

family, and his business dearly. Mr. Miyauchi is very capable of learning from this and has a great support system to return to. Mr. Miyauchi will also continue to move forward from this and be successful in his businesses.

Thank you for reading this and allowing me to express my opinion to you.


Benjamin W. Cole
12/1/2021

**Nick Esposito**
**434 E. Oliver Street**
**Baltimore, MD 21202**

January 14, 2022

Honorable Cecilia M. Altonaga
United States District Judge
Southern District of Florida
400 North Miami Avenue, Room 13-3
Miami, FL 33128

Dear Judge Altonaga,

I am writing this letter to you regarding Daisuke Miyauchi. I have known Daisuke for ten years, perhaps a little more. Daisuke and I originally met at a reptile conference where we discussed geckos, a common area of interest we share. While we had a business relationship in the past, I do consider Daisuke a friend, and I look forward to seeing him when we are attending the same shows and conferences.

One of the first times Daisuke and I talked, he took over a half hour to show me the best ways to pack animals for transport so they are as safe and secure as possible. I have always known that if I needed help with anything related to the care of reptiles, I could depend on Daisuke to help me with the answer, either from his own experience, or by directing me to the right source.

Daisuke has graciously offered to host my wife and I if we ever visit Japan and he was clear that he wanted to show us his city. Thank you for considering some leniency when sentencing Daisuke. Over the past few years, I've watched Daisuke start a family and I know he is a loving father to Tiger and Neo, and they are truly lucky to have him as their dad. I am hopeful he can be reunited with them soon.

Sincerely,

Nick Esposito

# Russ Gurley

114 E. Kings Road
Ada, OK 74820

RussGurley1313@gmail.com          www.livingartpublishing.com

Honorable Ceclia M. Altonaga
United States District Judge
Southern District of Florida
400 N. Miami Ave., Room 13-3
Miami, FL 33128

January 6, 2022

Dear Judge Altonaga -

I am an author and director of a 501c3 NGO dedicated to the conservation of
turtles. I write books about the care and conservation of reptile and amphibians.
This work takes me to reptile shows, conferences, and expos around the country.
This has been my profession since I retired from teaching in 2000.

About 10 years ago, I met Daisuke Miyauchi at a large reptile expo in Chicago.
This show draws in thousands of visitors, reptile enthusiasts, and businessmen and
businesswomen from all over, including Europe, Asia, and South America. Since
that time, I have met Mr. Miyauchi three or four times a year at these expos where
he is there purchasing animals for his reptile store in Japan. I have found him to be
intelligent, funny, and honest in his dealings with me and my colleagues at these
expos. I have never heard a vendor, in 10 years, complain that he has done
anything dishonest or shady during one of their deals. In this relatively small
reptile community, this would be known fairly quickly. I have always admired how
Mr. Miyauchi is quick to give you an update about his wife and children and he
loves telling stories of his adventures fishing at sea, one of his favorite hobbies.

I have personally seen Mr. Miyauchi buying and selling many captive-produced
animals at these shows. I have also personally witnessed him refusing to purchase
animals because they looked unhealthy or were a species protected by CITES (an
international treaty to prevent smuggling of threatened plants and animals) or are
protected by USFWS regulations. Vendors at these shows are private hobbyists
and amateur reptile and amphibian breeders, who offer their healthy, captive-

produced animals to customers for new pets. These include Ball Pythons, a species that is protected by CITES, but that is produced by the hundreds of thousands in the United States for the pet trade as they are one of the best pet snakes for beginners and are bred in dozens of "designer" colors and patterns. Also there are Leopard Geckos, Bearded Dragons, treefrogs, and countless other species, all captive-bred to ensure they are stress-free, parasite-free, and the best possible pets. These animals are purchased and head to their new homes or are purchased for resell at large retail pet stores and small "mom and pop" pet stores around the country. Reptile breeders feel that their work, producing healthy, stress-free captive-produced pets negates the need for anyone to remove animals from their homes in nature. These animals constitute most of those sold at these reptile expos around the country. I am certain that Mr. Miyauchi is concerned with only buying these captive-produced animals instead of wild-caught animals to support the work of breeders and also to provide his customers with the best possible pets without the fear of medical concerns.

At the end of expos, I have personally witnessed Mr. Miyauchi carefully packing up animals, meticulously going through each one, from tiny geckos to larger snakes and lizards, and making sure each one is properly contained and comfortable for the long journey back to Japan. I have seen him purchase and use state-of-the-art heat packs, cool packs, and specially made styrofoam-lined shipping boxes, again to make sure these animals receive the safest and most comfortable journey.

I regret that Mr. Miyauchi had a lapse in good judgment and has now come before you for sentencing. I hope you will consider leniency so that Mr. Miyauchi can return to his family and business back home. I can assure you he has a good heart, is an ethical and honest businessman, is passionate about the care and well-being of his reptiles, and deeply regrets the actions that have put him in front of you.

Sincerely,

Russ Gurley

1st December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

I'm Hiroshi Sanada. I am an office worker in Shizuoka.

I was introduced Miyauchi by my friend when I was about 18 years old. He was very straightforward and worked hard on everything. He was bright and always spend with full of friends.

Miyauchi has always loved animals and kept puppies, which had been abandoned on the roadside. Although he was not able to keep them at home, he never gave up looking for someone who was willing to pick them up. I cannot forget his bright smile that he was as happy as a teenage boy when he found a taker, the boy.

There was his foreign case to strive for protecting animals in U.S. He found several kittens in the Everglades and took them home to his friend's pet store in order to find them new homes.

When he encounters the death of animals due to his work, he occasionally goes to memorial services at Japanese shrines for the sake of their early death. It shows how he loves animals with great respect and value living things in mind. He is a person who values time with his family and spends most of his holidays with his family. He always teaches his son about the precious of being alive.

It was pretty surprising for me and his fellows that he breaks the law on living things. It should be said that he was also a human being like everyone, who make mistakes. The most important thing is to reflect deeply and never repeat the same thing again. I just pray from my heart that he could meet his family as soon as possible.

Hiroshi Sanada
1112 Shimowada, Susono City,
Shizuoka Prefecture, Japan

2021年12月1日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔


親愛なるアルトナガ裁判官

僕は眞田裕史です。静岡で会社員をしています。宮内とは18歳くらいのときに
友人を介して出会いました。彼はとても素直で何事にも一生懸命取り組んでい
ました。彼は明るくていつも彼の周りには友達が溢れていました。宮内は昔か
ら動物が大好きで道端に捨てられていた子犬を飼ったり、自分で飼えない場合
は引き取ってくれる人を探したりしていました。引き取り手が見つかったとき
に少年のように喜んでいたのが忘れられません。アメリカのエバーグレースで
数匹の子猫を発見し知り合いのショップに持って行って飼い主を探してもらっ
たと言う話も聞きました。生き物を扱う仕事なのでどうしても死と向き合うこ
とが多くて、定期的に供養していると聞き、生き物の命を尊く扱っていると感
じました。子供にも生き物を大切に扱うように教えていました。彼は家族との
時間を大切にする人で休日はたいてい家族と過ごしていました。
生き物を大事にする彼が生き物に関する法を犯したのには驚きですが人間なの
で誰しも間違いを起こしてしまうこともあると思います。大事なのは深く反省
して二度と同じことを繰り返さないことです。彼が少しでも早く家族と会える
ように祈ります。

静岡県裾野市下和田1112番地
眞田裕史

November 6, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Ave. 13-3
Miami, Florida 33128

Dear Judge Altonaga,

Mr. Miyauchi Daisuke is my daughter's best friend's brother-in-law.

He has always been respectful and kind when interacting with my daughter, his sister-in-law's friend, and myself.

A particularly memorable interaction I had with him was when my daughter's best friend and Mr. Miyauchi came to our home on New Year's, and he gave a very detailed and interesting talk about the unusual living environments of various animals.

When my family and my wife's relatives had gathered at the house, he gave a very interesting talk about how raccoons live in Japan. Raccoons are not native to Japan, but they have grown extremely common and I have seen one climbing a cherry blossom tree in a rice paddy in our town.

My family home has a pond where we keep large koi, but we were struggling with raccoons catching our koi and eating them, so I decided to ask for his advice. He carefully explained his solution, which wasn't to exterminate or kill the raccoons, but to chase them off the property. He taught me that because raccoons had an extremely keen sense of smell, they could be driven away from a location by using extremely strong odors such as liquid smoke for smoking or hakka mint. He preached the importance of co-existence instead of extermination, and I recall being extremely impressed with his respect for all life.

After I implemented his solution, raccoons stopped appearing in my family home's yard, and I recall feeling extremely grateful for his help.

I'm told that Mr. Miyauchi is constantly sheltering animals that are suffering from injuries or disease. He is a man who practices what he preaches. His actions are motivated by a love of animals, and his personality is one of extremel kindness and compassion. He has taught me that any animal can co-exist with people, and I feel he has taught me the proper relationship between humans and nature.

Further, he is a person with a great deal of charisma as well as a great deal of love for his friends and family. He is someone with a good heart. I hope he is able to return to his normal life and come visit me again.

I would love to tell him how we have figured out how to co-exist with the racoons.

Sincerely

Hidehiko Sakai
313 Nakajima-cho, Ono City, Hyogo Prefecture, Japan

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官
私は、宮内大輔さんと知人の酒井久美子と申します。
日本国兵庫県小野市で主婦をしています。
大輔さんとは、娘の大の仲良しの友人を通して知り合いました。
とあることで彼に悩みを相談しました。
それは野良猫に餌を与えたことで、その野良猫がメス猫で子猫を生み、
野良猫を更に増やしてしまいました。
そのことの無責任さを彼に指摘されてしまったのです。
そして母猫とその子供達の捕獲方法を具体的に教えてくれました。
まずは子猫を捕まえ、次に母猫を捕まえて、避妊手術や去勢手術を行い、
ペットとして手なずけることを提案され、私はこれを実行しました。

今は私の家に8匹の猫がにぎやかに暮らしています。
彼は自分の家庭とは関係ない話題であっても、生物、とりわけ動物を
こよなく愛し、自分の考えをはっきり話す人です。
それも考えを押し付けるのではなく、
その動物にとっても関係する人にとっても、
お互いが幸せな日々を送るためにはどうしたらよいか、
最善方法を考えて下さいました。
とっても丁寧に、そして誠実な解決方法を教えていただけました。
何かの悩みが生じた時に、
気軽に相談にのってくれる彼がいない事はとても寂しいです。
どうぞ寛大なご判断をしていただくことを願っております。

675-1366
兵庫県小野市中島町313
日本
酒井久美子



November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Toshiko Sakai, and I met Mr. Daisuke Miyauchi when we were paying a visit to the local shrine with my grandhilcren. He is extremely knowledgeable, with an encyclopedic knowledge of pets.

I'm told that Japan has fewer households that keep pets. In particular, he told me that the number was low for reptiles, amounting to only 2.6% of households in Japan.

In that environment, he told me that there were many people who abandon snakes and other reptiles that were recommended to them by a pet shop because they grow tired of them or bored of keeping them. Mr. Miyauchi put a great deal of effort into sheltering these abandoned animals and trying to find them new homes.

He was always passionate in describing how the lives of reptiles were just as precious as any other pet such as cats or dogs and are animals that should be beloved by their owners as they lived their lives as partners. I always admired his conviction in talking about reptiles.

He is a very compassionate human being, and I admire how he lives his life.

I ask that you consider leniency in dealing with him.

Sincerely,

Toshika Sakai
199 Nakajima-cho,
Ono City, Hyogo Prefecture, Japan

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官
私の名前は酒井俊子と言います。宮内大輔さんは、
私の孫らといっしょに地元のお寺をお参りに行った時に知り合いました。
彼はとても物知りです。ペットについてもとても博識です。
日本ではペットを飼育している家族は、他国に比べてとても低いそうです。
特に爬虫類をペットとしている家族は全体の2.6%程度だと話してくれました。
非常に少ないのだそうです。
その中で、ペットショップで勧められるままに蛇などの爬虫類を購入し、
飼育が飽きたり、いやになって、無責任にも放置してしまう人がいるそうです。
そのようなペットを可哀そうと思い、見捨てられたペットを世話しながら、
新しい飼い主を探すために走り回っているそうです。
犬、猫が人間のパートナーとして人生を支えてくれるのと同様に、
爬虫類も同じように命は尊く、
人間の良いパートナーとして愛されるべき生物であることを説いている姿は、
とても素晴らしいと感じています。
人間的にもとても優しい人で、彼の生き方にとても共感しています。
どうか寛大なご処置をお願いします。

675-1366
兵庫県小野市中島町199
日本
酒井俊子

Prestigious Cecilia M. Altonaga
United States District Judge
Southern District of Florida
400 North Miami Avenue, Room 13-3
Miami, FL 33128

Dear Judge Altonaga:

I am Sari Miyauchi, wife of Daisuke Miyauchi. I met him in 2014 and got married in 2016. In 2017, my son was born.

I am attracted to him because he expresses his feelings straightly honest, and he has an upright heart to discuss the things until we both are satisfied.

Shortly after dating, we started living together. He is responsible and takes care of my life, even before we got married.

He gives loads of love to me, our son and all animals. I often hear from his friends and business associates that he praises me as a great wife. I do not think the people around him have heard him complaining about me. There was family fund day once a week and we used it to visit various places. Our son loves to play with him. Our son is more active than any other child. Such an active boy needs a dad like him to play lively with.

He takes care of not only us but also for my family. He signed my sister's company as a cosigner, without any hesitation and he often took my family on trips. My mother has lived in our house with us since our son was a year old. Due to his business, he often needs to go overseas and because of that, it is sometimes difficult for him to help with childcare, so my mother is happy to stay with us and help take care of her grandson since she is divorced and single. He also invested into opening a restaurant that my mother desired, so she is able to work there at the same time. He gave my father a car and has done a lot for my family.

He is a warm-hearted person and always takes care of anyone who needs help. When the Ramen shop he used to go to was about to go out of business, he invested in the Ramen shop and fixed the financial problem to enable it to operate again. He likes fishing and often went to Palau. When he heard that the fishing Captain he used to hire as a guide was upset for selling his boat due to the Covid situation, putting him in a financial problem, he immediately wired money for his livelihood for a while. He also invested for the hip hop artists whom he likes because they had not been successful yet. Because of his pure personality, he was often deceived by people and lost money. However, he is always an honest person to those connected to him and he cannot leave someone in trouble.

This time I asked his friends and business associates to write a letter to Judge Altonaga. Everybody was willing to accept the cooperation and many people spelled out their thoughts for him. I think this is because he has treated the people around him in good faith. It can be said to prove his personality and popularity.

He spends money on behalf of others, but he is very economical and frugal. For example, when we drove to downtown and he does not park in the middle of downtown. He finds cheaper parking even though we need to walk for a bit to the destination. I used to cut his hair. He kept wearing clothed even when they were old. He preferred eating out at the reasonable dining rather than

the luxury restaurant. Most of the cars we bought are used cars and also our house is second hand. To be honest, he does not spend much money on himself because he spends most of his income for our family and those who need help. We live in a steady life.

He has a strong will and is reliable but on the other hand, he is dedicated and worries about what people think. It seems that this is the first time that he had a setback and failure in his life. He used to be the person to help others, but now that is opposite in that he needs the help. I think he can not stand for the fact that he is bothering others and it is painful to him.

I was very impressed with his tensed and quivering voice with fear and anxiety when we first spoke on the phone after his arrest. He should have already known the significance of the crime that he has committed. I am sure he would not make the same mistakes again nor will I let him.

He knows he needs to atone for his sins. But please know that there are several reasons. I, our son and the staff at his shop want him to come back early.

Firstly, his shop has no substitute for his work because he did most of the work of management by himself. Right now, I am doing his work because I have no choice, but I have no management experience and I am a full-time housewife. The burden of the employees in his shop are heavy and they are worried. I do not know if I can manage the shop until he actually comes out or if I can protect the employment of his employees.

This fall, our son will take the exam for elementary school. Our son takes an international school examination, and it requires parental English proficiency. I would not be able to pass the exam without him because I do not speak English.

This is a significant difference of our son's life whether passing or failing the exam. It is important to our family matters. There is a big difference between Japanese education policy and international education policy. Our son is working hard for this exam at the moment, so I do not want him to waste his effort.

Secondly, he has had his precious dog for 16 years and since he left Japan, the dog is seriously getting from sickness and sadness. I do not know if he will be alive until he comes back. He looks lonely waiting for his return. He always asks me about the dog's conditions since he has been arrested. I want him to see his dearest dog before he passes away.

Next to mention is our son's and my mental health. Someone like me who does not speak English, it is obvious to feel so stressful and difficult to communicate with his lawyer and his friends. My mother lives with us, but she works from evening to late night. Our son becomes scared at night being in a house without his dad. He asks for the lights even in the rooms we do not use because he is afraid of a quiet house. And also, I do not feel at ease because of unfamiliar work and things I do not understand.

Thirdly, according to the worldwide pandemic circumstance, we cannot take action to see him on an overseas trip, especially for a small child and me, who do not speak English. We will not be able to visit him while he is in jail. It is tough for a four-year-old son to not see his dad for years. He may forget the memories of his dad.

Fourthly, he has never been released on bail because he is not a United States citizen. If he lived in the United States, he would be able to be released on bail and would be able to take preparations for his absence of business and could take care of our family so they will not worry

about him while he is away and prepares to go to prison. However, he could not get the permission due to his citizenship. It is too heavy a burden for our family, and I have never had this hard of a time in my life. There is no spare time presently to mourn him with massive work under this circumstance.

I would seriously like to ask you for his early release. Please give us a generous judgment for all employees of his shop, his little son and me who are waiting for him.

Sari Miyauchi
6-34-22 Isogo, Isogoku
Yokohama, Kanagawa, Japan

2021年12月1日

No. 1

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュ
13-3号室
フロリダ州マイアミ33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私は宮内大輔の妻の宮内沙里です。
私と彼は2014年に出会い、2016年に結婚しました。
私達には4歳の息子がいます。

彼に惹かれた理由は彼には感情を素直に表現する正直さと、納得いかないことはきちんと話し合いができるまっすぐな心があることです。
彼とは付き合って間もないうちから同棲を始めました。
彼は責任感があり、結婚をする前から私の生活を面倒見てくれていました。

彼は私と息子と動物にたくさんの愛情を与えてくれます。
私は彼の友人達や、仕事関係の人から彼が妻である私を褒めていることをよく聞きました。
彼の周りの人達は私の悪口を聞いたことがないと思います。
週に1日家族サービスデイがあり、家族でいろんなところへ出かけました。
息子はパパと遊ぶのが大好きです。
他の子供より活発な息子には力一杯遊んでくれる彼のような父親が必要です。

彼は自分の家族だけでなく、私の家族もとても大事にしてくれています。
私の姉の会社の保証人になってくれたり、私の家族を旅行に連れて行ってくれたりします。
息子が1歳のときから私の母と同居をしてくれました。
忙しい彼がなかなか育児を手伝えないので私の為に母と同居してくれました。
私の母は離婚しており、独り身だったので喜んできてくれました。
しかも母がやりたがっていたお店も彼が出資してくれて母は仕事もすることができました。
私の父には車もくれましたし、彼は私の家族にたくさん尽くしてくれています。

彼はとても情が深く、困っている人を見ると必ず助けます。

彼がよく行っていたラーメン屋さんが潰れそうなときに彼はそのラーメン屋さんに出資し、運営できるようにしました。

彼は釣りが好きでパラオによく行きました。彼が毎回頼んでいた釣りの船長がコロナウイルスの影響で収入がなくなって船を手放そうか悩んでいると聞くと彼はすぐにしばらく暮らしていけるお金を送金しました。

彼はヒップホップが好きでまだ売れていないアーティストのためによく出資もしていました。

彼はよく人に騙されてお金を失うこともよくありました。

彼は自分と関わる人にたいして常に誠実で困ってる人をほっておけないんです。

今回アルトナガ裁判官へ手紙を書くことを彼の友人や仕事関係の人達に伝えるとみんな協力を快く受け入れ、彼のためにたくさんの人が動いてくれました。

これは彼が彼の周りの人達に対して誠実に接してきたからだと思います。


彼は人のためにお金を使いますが自身は節約家です。

駐車場は少し遠い安いところを利用します。

髪の毛はよく私が切っていました。

服が古くなっても着続けて、破れたら縫っていました。

外食も高級店より食堂を好みました。

今まで買った車もほとんどが中古車ですし、家も中古です。

彼は収入のほとんどをお金を家族のためや、困っている人に使っていたので正直私たちはお金をあまり持っていません。

私たちは堅実な暮らしをしています。


彼はとても強くて頼りになりますがとても繊細で人にどう思われるかを気にします。

おそらく今回の件は彼の人生で初めての挫折であり、失敗です。

彼は今まで人を助ける立場にありましたが、今はその逆です。

彼は今彼の大切なたくさんの人達に迷惑をかけていることが苦しくて仕方ないと思います。

私は彼が捕まって初めて電話で話したときに恐怖と不安で声が震えていたのがとても印象的です。

彼は自分がしたことの重大さを身にしみてわかっています。

二度と同じ過ちは犯さないと思いますし、私がさせません。


彼は自分がした罪について償う必要があることはわかっています。

でも私と息子と彼の店のスタッフには彼に早く帰ってきて欲しい理由がいくつかあります。


まず、彼の店は彼が経営のほとんどの仕事を行っていたので彼の代わりがいないこと。

今はしょうがなく私がやっていますが私は経営の経験もなく、専業主婦です。

彼の店の従業員の負担も多く、不安もあると思います。

実際に彼が出てくるまで店を維持できるか、従業員の雇用を守れるかわかりません。


その次に来年秋には息子の受験があります。

息子はインターナショナルスクールの試験を受けるので親の英語力が必要です。

私は英語が話せないので彼なしでは試験に合格できません。

その試験に受かるかどうかは息子の人生を大きく変えます。

日本の教育方針と国際的な教育方針は大きく違います。
息子は今試験のために努力しているのでその努力が無駄にならないようにしてあげたいです。


その次に彼が大事にしている犬が病気で年老いていることです。
彼が帰ってくるまで生きているかがわからない状態です。
私たちの家には尻尾がないミーアキャットもいます。
みんな彼の帰りを寂しそうに待っています。
彼も動物達の様子をいつも気にしています。
私は彼の大切な犬が死ぬ前に彼に会わせてあげたいです


その次に私と息子の心の健康です。
英語を話せない私にとって弁護士とのやりとりや、彼の友人とのやりとりはとても大変で伝わりにくくストレスを感じます。
母が同居してくれていますが母は夕方から夜遅くまで仕事で、夜は私と幼い息子の二人です。
息子は父親がいなくなってから静かな家が怖くて家のいろんなところの電気をつけるようになりました。
私は慣れない仕事や、わからないことばかりで心が安まりません。


その次にアメリカは遠く、今はコロナウイルスもあり、英語を話せない私は小さい子供を連れて行けません。
私と息子は彼と一度も面会できないでしょう。
4歳の息子にとって何年も父親に会えないのは過酷です。
父親との思い出は忘れてしまうかもしれません。


私たち家族には彼が必要です。
また彼は一度も保釈されていません。
急に帰ってこれなくて彼は罪を償う準備すらできていません。
もし彼がアメリカに住んでいたら、保釈されて家族や周りの人が困らないように最低限の準備をしてから刑務所に入れたと思います。
でも彼にはそれが許されませんでした。
私たち家族への負担はかなり大きいです。
私はこんなに辛い思いをしたことがありません。
目の前のやるべきことが多すぎて夫と会えないことを悲しむ余裕もありません。
どうか彼を待つ彼の店の従業員と幼い息子のために寛大な判決をお願いします。


日本
神奈川県横浜市磯子区磯子 6-34-22
宮内　沙里　　　　　　　　Sari Miyauchi

November 11, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Shizue Hayashi, and I am Daisuke Miyauchi's mother-in-law. I have been living with Daisuke and his family for about three years.

Because Daisuke was so busy with work, he was unable to help as much with childrearing as he wished and concerned that it was too much work for my daughter, so he asked me to consider moving in with them. Given how stressful it can be to live with a mother-in-law, it surprised me when he was the one who approached me with invitation, and really drove him his dedication and thoughtfulness to his family.

Moreover, in order for me to earn an income, he invested the necessary funds so that I could start a small restaurant that I had always wanted to open and run. He told me not to worry about returning the money and to focus on doing what I can to support my daughter.

When I had a day off from work, he would often take us all out for dinner. He also made sure to invite me along when he was planning a family vacation in Japan and abroad. As far as I could tell, Daisuke was not fond of spending money wastefully, but he never hesitated to spend money for his family and for those he cared about.

Since I work nights, I am unable to help my daughter during those times, so I would like Daisuke to return soon so that she can rest easier. It is difficult to see how hard it is on my daughter and my grandson. My grandson is still very young and very active, which is hard for my daughter to care for by herself, and although he still a young kid, it seems he has noticed his father's absence.

I pray for the sake of my daughter and my grandson that he can return home as soon as possible. I beg for you to provide him with that opportunity.

Shizue Hayashi

6-34-22 Isogo
Yokohama Isogo-ku
Kanagawa Prefecture
Japan

2021年11月11日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー13-3号室
フロリダ州マイアミ33128


RE:宮内大輔

親愛なるアルトナガ裁判官

私は大輔さんの妻の母の林志津枝です。大輔さんにとっては義理の母です。私は3年前くらいから大輔さんと同居しています。
大輔さんは忙しくて子育てをなかなか手伝えないことがありました。娘が大変だろう思い、私と同居できないか提案してくれました。
義理の母と同居するのは気を遣うのに彼はなんて思いやりがあるんだろうと私は思いました。
しかも私が稼げるように私がやりたがっていた飲食店を彼が出資してくれました。
お金は返してくれなくていいから無理のない範囲で娘のサポートをしてあげてほしいと言われました。
私の仕事がお休みの日にはよく外食に連れて行ってくれました。家族で国内や海外旅行に行く時も連れて行ってくれました。
大輔さんは私が見る限りでは無駄遣いを嫌いましたが家族や自分が大切にするもののためならお金を惜しみませんでした。
私は夜は仕事なので娘のサポートができないので早く大輔さんに帰ってきて娘を安心させてあげたいです。娘や孫が寂しい思いをしているのを見るのは辛いです。孫はまだ幼くて活発でとても手がかかりますし、小さいながらも何かを感じ取っていると思います。
娘や孫のために少しでも早く彼が戻れることを心から願います。
どうかよろしくお願いします。

235-0016
日本神奈川県横浜市磯子区磯子6-34-22
林　志津枝

November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Ami Nakagawa and I run a restaurant in Tokyo, Japan. I also work as an actress and a model. Daisuke is my younger sister's husband. I was present when she met him, so I have known Daisuke since 2014.

When I started my company, I needed a co-signer, and when I asked him, he happily accepted the responsibility. He treats all of us in his extended family extremely well. Daisuke is the only man in the family that we can depend on because neither myself nor our other younger sister is married. During long holidays, he will take me, my two sisters, our mother, and our nephew for vacations overseas or faraway destinations here in Japan.

Currently, my younger sister who is married to Daisuke is struggling a great deal in his absence, and while we are doing our best to support her, her anxiety, stress, and fatigue are immeasurably high at the moment.

Moreover, Daisuke's son, my nephew, is still very young and full of vigor that it takes a great deal of energy to care for.

I hope that you will rule in a way that restores peace and stability to the lives of my sister and our nephew.

Ami Nakagawa

Quoria Hiro-o 1302
1-14-15 Hiro-o
Shibuya-ku, Tokyo
Japan 150-0012

2021年11月6日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー13-3号室
フロリダ州マイアミ33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私は日本の東京で飲食店を経営してる中川愛海といいます。また、私は女優や
モデルの仕事もしています。大輔さんは、私の妹の夫です。大輔さんと妹が出
会ったとき私もその場にいました。なので妹と同じ2014年からの付き合いで
す。私が会社を作るとき、保証人が必要だったので大輔さんに頼んだら快く引
き受けてくれました。大輔さんは妹の家族である私たちを大切にしてくれま
す。私も、もう1人の妹も結婚しておらず、大輔さんは頼りになる家族で唯一の
男性です。長期休暇には私と2人の妹たち、私たちの母、甥を連れ海外や日本
の離島などに連れて行ってくれます。
彼の妻である私の妹が今危機的な状況なので私たちは可能な限りサポートして
いますが、妹の心労とストレス、疲労は計り知れないと思います。
大輔さんの息子である私の甥もまだ小さくとても活発でとても手がかかりま
す。
どうか早く、妹と甥に平穏な日々が戻りますように寛大な判決をお願いしま
す。

150-0012
日本　東京都 渋谷区
広尾1-14-15クオリア広尾1302
中川愛海

*Ami Nakagawa*

November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

I am Masahiro Nakagawa, a restauranteur. Daisuke is my daughter's husband and the father of my grandson Neo.

Daisuke is a gentle and thoughtful son-in-law who makes certain to bring my daughter and grandson along with him to visit me all the way in Osaka every New Year. Each time he visits, he brings his pet dog and meerkat along in his car, and he constantly reminds me of the preciousness of animals.

He has made sure that my daughter Sari is well taken care of, and as a father, he has been a great relief to my mind. He is respectful in interacting with me as his father-in-law but is not afraid to share his opinion to me.

Although my daughter is currently struggling, because I live so far away, I am unable to help her directly, which has been frustrating.

My daughter is a stay-at-home mother, and she has not had to work since marrying Daisuke. I am concerned if she will be able to make ends meet until her husband returns.

I hope that there will soon be a time that he will be back in Japan to help my daughter and that he will be able to come visit me with her and grandson again soon.

Masahiro Nakagawa

5-2-44 Obucho
Kishiwada City
Osaka Prefecture, Japan

2021年11月6日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー13-3号室
フロリダ州マイアミ33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私は飲食店を経営している中川雅博です。
大輔さんは、私の娘の旦那、私の孫であるネオの父です。
大輔さんは正月には毎年、大阪に住んでいる私にわざわざ挨拶に来てくれるような心優しい義理の息子です。
毎年、正月には自分が飼っている犬やミーヤキャットも車で一緒に連れてきてくれ、動物の尊さを教えてくれます。
私の娘の沙里にも何不自由ない生活をさせてくれ、親としては安心できていました。
義理の父の私に気を使いながらも臆することなく話してくれるので正直で信頼できます。
娘が大変な中、離れて暮らしているので直接力になってあげれなくてもどかしい思いをしています。
娘は専業主婦で、結婚してから働いておりませんので大輔さんが帰ってくるまで生活ができるのか不安です。
娘のために早く帰ってきて、例年のようにて娘と甥を故郷に連れてきてもらえる日を心待ちにしています。

596-0816
日本大阪府岸和田市尾生町5-2-44
中川雅博



November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Nakae Kawashima.

I first met Daisuke Miyauchi when my grandchildren came to visit me.

When I was making tea for them, he was watching a soccer match on TV with my grandchildren. I remember that he was extremely upset when a player purposefully fouled an opponent where the referee was unable to see the play.

He is a fan of teams that play by the established rules.

According to his wife, he is the sort of man who, when receiving too much money as change when shopping, he'll always let the cashier know and return the extra money. Regardless of the amount, he is someone who always honestly returns anything he hasn't earned.

When he finds money on the street, he will always turn it into the police out of a concern for the person who lost the money.

He is someone who values what is right, and is a wonderful Japanese man who puts others first.

He sympathizes with people's pain and wishes for their happiness.

He is a man who uses a brush of "good" upon a canvas of "honesty" when drawing the piece of art that is his life.

There must be some reason for his recent actions. He has an extremely compassionate attitude not only toward people but toward all animal life in general. He is someone who can't abandon animals who are injured or are in unfortunate circumstances.

I'm extremely concerned for him.

I ask that you show him mercy in your ruling.

Sincerely,

Kanae Kawashima
199 Nakajima-cho, Ono City
Hyogo Prefecture, Japan 675-1366

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官
私は河島ナカエと言います。
宮内大輔さんは、私の孫が私の家に遊びに来た時に知り合いました。
私がお茶を入れていると、彼は孫たちといっしょにサッカーのテレビ中継を
見ていました。試合中に審判に見えないところで相手に足をひっかけ、
明らかに反則をすると、すごく怒ってました。
決められたルールをきちんと守るチームが好きなのです。
彼の奥様に聞きますと、買い物した際には店員さんが多くおつりをくれた時は、
「おつりの金額が多いですよ！」と返してしまうそうです。
金額の多い、少ないに関わらず、必ず馬鹿正直なくらい、
しっかりと返金するそうです。
路上でお金を拾っても、「落としている人は困っているだろう」
と拾得物として警察に必ず届けるそうです。
正義感が強く、私欲が全くない素晴らしい日本人です。
他人の不幸を痛み、そして幸せを願う。
人生を"善"という筆で、"正直"というキャンバスに絵を描く人なのです。
何か理由がきっとあるはずです。
人に限らず、特に動物に向ける愛情は格別なものがあります。
傷ついたり、不遇な状況に陥った動物を見捨てておけないのです。
私はとても心配しています。
寛大なご処置をお願いします。

675-1366
兵庫県小野市中島町199日本
河島ナカエ

河島 ナカエ

November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Miki Kawashima.

I first met Daisuke Miyauchi when my niece and her friend came to visit my house.

On one rainy day when our families were going out to lunch, as we walked to the restaurant, he always made certain to stand on the road side of the sidewalk, in order to protect his wife and son. I'm told he does this every time they go out for a walk.

When a frog suddenly jumped out onto the road, he gently picked it up in his hand and placed it into a nearby flower planter. My impression of him from those actions was that he was an extremely gentle and thoughtful man.

At the restaurant, he would give little bits of his own lunch to his wife and son, and it was really heartwarming to see how much he loved his family.

On the way home from the restaurant, we came across an elevated crossing with stairs. When he saw that an old woman was trying to cross the elevated crossing carrying bags, he immediately called over to her, telling her that he would carry her bags for her over the crossing, and handed me his umbrella to go help. He went to help the old woman cross without any regard to the fact that he was getting rained on. I could only stare in surprise at his action, and I vividly recall how eagerly he went to help.

He is someone who can't leave anyone in trouble without helping them, whether or a frog on the street, or a old woman crossing a street in the rain.

He is someone whose compassion and kindness shows in everything he does. He is a wonderful human being who pours his love into everything.

I would like to take a walk with him again.

I pray that you will show him mercy.

Sincerely,

Miki Kawashima
199 Nakajima-cho
Ono City
Hyogo Prefecture, Japan 675-1366

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官
私は、河島美樹と申します。
宮内大輔さんとは、姪が姪の友人と私の家に遊びに来た時に知り合いました。
雨の降る日に彼の家族と私の家族がランチをすることになり、
レストランに歩いて行ったとき、彼は車道側を歩いていきました。
いつも子供や妻を車から守るためにそうしているそうです。
更に道路に飛び出してきたカエルを手のひらにやさしくのせて、
道端の花壇にそっと放してやったのでした。それを見たとき、
彼は本当にやさしい人だと思いました。
レストランでは彼の妻や子供に食べ物を
そっと分けてあげる姿はとても微笑ましく、家族愛に満ちていました。
そして食事がすんだ後、雨の中を階段のある道にさしかかったとき、
両手に荷物を持って傘をさした老婆が前を通りかかりました。
その老婆が階段を登ろうとしたとき、それを見た彼は、
「おばあさん！　僕が荷物を持って上がるよ！」と言って、
自分の傘を私に預け、雨に濡れながらも、
すぐに荷物を持って階段を登っていきました。
私はあっけにとられて、その後ろ姿を見送りました。
とても印象深いシーンを二つ見ました。
彼にとって、小さなカエルも見知らぬ老婆も困っている状況を
見逃せない出来事なのです。
すべての出来事に彼のやさしさがにじみ出ていました。
どんなことにも愛を注ぐ、素晴らしい人間です。
また彼といっしょに散歩したいです。
是非、情状酌量をお願いします。

675-1366
兵庫県小野市中島町199
日本
河島美樹　　河島美樹

Honorable Cecilia M. Altonaga
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, FL 33128

NOV 3rd 2021

Dear Judge Altonaga

Please allow me to share my feelings in regards to my good friend Daisuke Miyauchi.

My name is Michael Coleman. Forgive me if my letter is not perfect. I have never had to write a

Character reference before. But considering the circumstances, this is the perfect time for me to try.

I am originally from New Jersey USA. I have lived here in Japan since I was 19. I am 65 now.

I have known and worked with Daisuke for over 20 years. I also work in the pet industry here in Japan.

Daisuke and I have traveled to New York together on business in the past. He taught me many important

things that I needed to know to be successful here in Tokyo. We imported animals properly many times.

I have never seen him by pass any regulations that I know of. I am very surprised to hear that he had this

regrettable lapse in judgement. He has a successful business, with several staff, and a wife and child that

desperately need him here.

He really is a good person. Years ago, my company was going through some rough times and we needed help financially.

Being a foreigner over here with a business has many challenges. Banks don't really want to work with us.

Daisuke gave me an interest free loan and allowed me to pay him back at my own pace. It took me five years.

He never complained.

No one else offered to help us. Who does that?

I think he has learned a valuable lesson. Spending time locked up in a foreign Jail has already changed him and scared

him to death.

I am sure that he will never, ever do anything this irresponsible again.

All I can do now is hope that you can show him mercy. I know he has to pay for his mistakes.

But I am hoping that you will see fit to be lenient on him this time. His staff and family really need him here.

Thank you Your Honor for allowing me to write directly to you on behalf of my Friend Daisuke

Sincerely

Michael Coleman
(TOKYO JAPAN)

November 5, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Ave. 13-3
Miami, Florida 33128

Dear Chief Judge Altonaga,

My name is Kazuhisa Yamada, and I am writing to you on the matter of Daisuke Miyauchi. I am a small business owner and operate a small reptile shop in Japan.

While Mr. Miyauchi's shop is on a much different scale than mine, we opened our stores in the same year, and I have known him as a fellow member of the industry, a friend, and a peer since that time.
He was always dedicated to his work and was an honest and reliable business owner. I am still in shock and disbelief at the fact that he violated the progressive and humanitarian laws that the United States has in place against the trafficking of wild animals. I firmly believe that breaking such laws is a serious matter, but I also believe that Mr. Miyauchi definitely understands the gravity of his crime and regrets his mistake.

While I understand the thought process behind wishing to have Mr. Miyauchi atone for his crimes and serve out his sentence in the United States before returning to Japan, he is a Japanese citizen with his roots in Japan rather than in the United States. If he is to find redemption for his crimes and return to being a productive member of society, there is a much greater possibility that he accomplishes that difficult task not in the United States but in Japan where he was born and raised and has countless beloved family and friends. While he has little in the way of a support network in the United States, he has a strong web of friends and family who can keep him from committing the same mistakes in his native land. They are all eager for him to return but are also truly dedicated to making certain he does not make the same mistakes a second time. Further, Mr. Miyauchi has a young child, and for his family's sake, I believe it would be best if he were to work toward making up for his crimes and rehabilitating himself to society in Japan.

Honorable Chief Judge Altonaga, I have faith that the United States is a merciful country that does not judge a man simply by his mistakes, but one that understands that a man ought to be given a chance to reform and return to being a contributing member of society.

I ask that you have mercy on Mr. Daisuke Miyauchi.
Thank you for your time.

Sincerely,

Kazuhisa Yamada
Aoki Corpo Building 1F
1-20-13 Asahi-cho, Atsugi, Kanagawa Prefecture

2021年11月5日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は山田 和久(ヤマダ カズヒサ)です。私は日本で小さな爬虫類ショップを営んでおります。

私と宮内氏はショップの規模は違いますが開業が同じ年でその頃からの付き合いになり今でも良き仕事仲間でもありライバルでもあります。
宮内氏は仕事に対してとても熱心で正直でとても信用できる経営者でした。
宮内氏が野生動物の取り引きや動物愛護に先進的で偉大な考え方を持つアメリカ合衆国の法律をなぜ破ってしまったのか今でも信じられない思いです。
そのような罪を犯した罰は決して軽いものではないと思いますが、今回の事で宮内氏自身が犯した罪の大きさを痛感し猛省している事と思います。
本来ならアメリカでその罪をしっかりと償ってから日本に帰ってくるべきだという考え方も理解できますが、宮内氏は日本国籍の日本人です。
もし彼が今一度生まれ代われるチャンスを与えて頂けるならそれは罪を犯してしまったアメリカではなく宮内氏が生まれ育ち、大切な家族やかけがえのない仲間がいる日本ではないかと思います。日本には彼が二度と同じ過ちを繰り返さないようにサポートする仲間が大勢いて事件が発覚してから宮内氏の帰りを待っています。
また宮内氏には年端もいかないお子さんもおり家族の為にも彼が生まれ変わるチャンスを日本で与えて頂ければと思います。

親愛なるアルトナガ裁判官、アメリカは一度の過ちで個人の残りの人生全てを否定するのではなくその過ちを糧に生まれ変われるチャンスを与えて頂ける寛大な国民性の国であると私は信じております。
宮内 大輔氏になにとぞ寛大なご処分をお願い申し上げます。

山田 和久
神奈川県厚木市旭町1-20-13青木コーポ1F

The Honorable Cecilia M. Altonaga

November 6, 2021

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128


Dear Judge Altonaga,

My name is Kumiko Sakai, and I am an acquaintance of Mr. Daisuke Miyauchi.

I am a housewife in Ono City in Hyogo Prefecture of Japan.

I met Daisuke through a close friend of my daughter.

I once went to Daisuke for advice after I learned that the stray cat that I had been feeding ended up being female and had given birth a litter of kittens.

He pointed out that I had been irresponsible in providing food to a stray cat without accounting for that possibility, before advising me on how precisely I could catch the stray cat and her kittens.

He proposed that we catch the kittens then the stray cat and have them spayed and neutered before training them to be domesticated pets. After he instructed on me how to go about doing this, I decided to go ahead with his proposal.

Now, my home has eight pet cats and is extremely lively thanks to their presence. Despite the fact that the situation had nothing to do with him, Daisuke provided me with advice and clearly stated his position in which he thought first and foremost about the sanctity of the life of the cats and kittens.

He didn't force his opinions on me, but instead tried to help me come up with a method for both the people involved and the animals involved to be happy. He then explained how precisely to go about making that come true, and provided me with good advice.

The fact that he isn't there to discuss problems with when I need is advice makes my life that much more poorer.

I pray that you will grant him leniency in your sentencing.


Sincerely,

Kumiko Sakai
313 Nakajima-cho, Ono City
Hyogo Prefecture, Japan

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官
宮内大輔さんは、私の娘の親友の義理のお兄さんです。
義理の妹の友人である私の娘やその娘の父である私に対しても、
とても親切に接してしていただきました。
とくに印象深かったことは、お正月に親友と共に大輔さんが、
小宅を訪問していただき、とても丁寧に色々な動物の珍しい生態について
沢山の興味深いお話をしてくれました。
お正月には私の家族や家内の親戚が集まり、
そのにぎやかな宴会の席で、アライグマの生態を語ってくれました。
アライグマは外来種ですが、日本で大変増えて、
私の町でも田んぼにある桜の木に登っているのを見たことがあります。
私の家内の実家には池があり、大きな緋鯉を沢山飼っていますが、
アライグマがその鯉を根こそぎ取って食べてしまうので、
大変困っているとの話を彼にしました。
彼はアライグマ対策を「駆除や撃退」でなく「追い出し」する方法を
懇切丁寧に教えてくれました。その方法は捕獲駆除でなく、
アライグマの嗅覚の鋭いことを逆手に取って、
ハーブなどとても強い匂いを発する燻煙剤やハッカを使用するように
教えていただきました。どんな動物でも命の大切さを説き、駆除の道でなく、
共存の道を説き、素晴らしい考えだと思いました。
確かにそれから庭にアライグマが現れることは無くなり、
本当にその方法に関心し、彼に感謝したことを覚えています。
聞けば、怪我や病気で困っている動物をいつも助けているとのこと、
言葉だけで無く、行動に移し、身をもって動物保護を実践しているのです。
彼の行動は、動物愛に基づいており、
彼の性格は、とても優しく慈愛に満ちています。
どんな動物でも人間と共存して行ける、
自然と人間の関係のあるべき姿を教えてくれたように思います。

また人間的にも魅力ある人物で、家族や友人を大変大切にする
愛すべき人柄の持ち主です。早く通常の生活に戻り、
私の家に訪ねて来て欲しいです。
その後のアライグマとの共存している話をしたいです。
感謝を伝えたいと思います。

675-1366
兵庫県小野市中島町313
日本
酒井秀彦

From:
Chad Fuchs
18635 W Greenfield Ave
New Berlin, WI 53146
(414) 640-9160

February 2, 2022

To:
Honorable Cecilia M. Altonaga
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, FL 33128

Subject: Daisuke Miyauchi

Dear Judge Altonaga,

I am writing this letter on behalf of Daisuke Miyauchi. Daisuke and I have been friends for more than 11 years. We were introduced by a mutual friend at the National Reptile Breeders Expo in Daytona Beach, FL. Although we only get to see each other a couple times per year, he has become a good friend and we always have dinner to catch up on how our kids are doing, share fishing stories and discuss how life in general is going for both of us. During this timeframe he has also become a good customer.

I consider Daisuke to be an honest person and one of the very few people in the reptile industry that I fully trust with business decisions and purchases. There have been several times over the years where my math has not been accurate and Daisuke always caught my mistakes. The majority of the time it was not in his favor! He always paid me the correct amount for our business transactions. He is also someone whose opinion I value because I trust him to give me an honest opinion, both personal and business related.

In closing, I would just like to state that I value my relationship with Dai both as a friend and a customer. He is always friendly, honest and willing to help people out with questions or ideas and I really look forward to our next dinner together.

Respectfully,

Chad Fuchs

November 12, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yuura Tomita, and I have worked in Mr. Miyauchi's reptile shop since November of 2020.

He taught me to always think by putting myself in customers' shoes and to care for each animal by looking at their individual health. His advice was always accurate, and he was always a great leader for the shop, serving as a dependable employer who we knew we could trust.

Mr. Miyauchi was always bright and casual when speaking to us, and he set the mood of the shop, making it a comfortable environment for us employees. Because it's a famous reptile shop, there's a great deal of work that needs to be done serving many customers that come in, but I have found it to be an extremely fulfilling work environment.

I wish to work to maintain the shop until Mr. Miyauchi can return and would like to do whatever I can to help keep things running. That said, the fact remains that it's difficult to maintain the shop with just the staff and no ownership. We all miss his leadership and would like him back to take back the reins.

I hope that you will be willing to look upon Mr. Miyauchi with mercy.

Sincerely

Yuura Tomita

Kougou-cho
Yokosuka City
Kanagawa Prefecture
Japan

2021年11月12日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私の名前は冨田優良（Yuura Tomita）です。私は2020年の11月から宮内さんの爬虫類ショッ
プで働いています。
私は宮内さんにお客さんの気持ちになって考えること、生き物1匹ずつ体調を見ながら世
話することをよく指導されました。宮内さんのアドバイスはいつも的確でリーダーシップ
があり、心が通っていて信頼できる人です。
宮内さんはとても明るくて気さくに話してくれるので店の雰囲気もよく仕事しやすかった
です。有名な爬虫類ショップで、お客さんも多く仕事は大変ですがやりがいを感じていま
す。
宮内さんが戻ってくるまで店を維持したいですし、協力したいと思っています。
でもスタッフだけではなかなか難しいのも事実です。早く戻ってきていただきたいです。
寛大な判決をよろしくお願いします。

日本神奈川県横須賀市公郷町3-92-126
冨田優良



January 16, 2022

Judge Altonaga,

I am writing on behalf of Daisuke Miyauchi to share the positive impact he has had on the reptile industry in the United States and my family. I met Dai eight years ago through a referral to my small business. Dai has been a loyal customer purchasing ball pythons from me. Through these business dealings I have had the pleasure of getting to know Dai. I would consider Daisuke a friend and a great customer. He is very honest and trustworthy. For example, when he had underpaid for a snake he found me to ensure the transaction was made right. In addition, I have been witness to his promotion and support of the reptile industry through donation to US ARK and consistent investment into many small businesses within the industry.

Over the years, I have had many dinners with Dai and learned about his family. I know he is an individual with strong values. I have not had an opportunity to go fishing with Dai due to my work schedule but look forward to venturing out with him.

I appreciate Daisuke for the honest person he is and his contribution to my business and the industry I have been in for twenty years.

Sincerely,

*Marshall Van Thorre*

Marshall Van Thorre
*NoCo Reptiles*
mvt717@gmail.com
970-217-5281

November 4, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yasunao Muto, and I work at an apparel company. I wish to discuss the matter of Daisuke Miyauchi today.

Daisuke and I have been friends since college. We have remained close since college, and we visit one another's homes up to the present day.

Exactly ten years ago, I quit the company I was with at the time to start an apparel company with one of my senior staff as a partner. Because we were a small startup, we had a great deal of trouble with getting our company on track. Daisuke was often a great sounding board and provided invaluable advice, as well as coming to our shop to buy clothing.

Our business thrived, but unfortunately, I fell out with my partner, and I was struggling as I wished to quit but could not because I was unable to find a new job. That was when he offered me a job at his shop and helped me escape my predicament. He has always been there to help me.

He has told me that he was extremely happy now that he was married and has a family of his own. For the sake of his family that waits for him and for people like me who value his advice and help, I hope he can be released as soon as possible.

Yasunao Muto

3-65 Oppama-higashicho
Yokosuka City
Kanagawa Prefecture, Japan

2021/11/4

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は武藤靖直(ムトウ ヤスナオ)です。私はアパレル会社に勤務しています。
私は大輔とは大学の時からの友人です。
私と彼は大学卒業後も良くお互いの家に遊びに行き来する間柄です。
丁度10年前、私は会社を辞め先輩と共にアパレルのショップを開業することになりました。
スタートアップだった為、大変苦しい思いをしてました。
彼にはよく相談に乗ってもらい、時にはお店に来て買い物してくれたりと、本当に助けられました。
お店は順調でしたが、私は一緒に始めた先輩と上手くいかず、辞めたいが次の仕事が決まっておらず、大変な思いをしていました。
そんな時、彼は彼のお店で働かないか？と救いの手を差し伸べてくれました。
彼にはいつも助けられました。
結婚して家族を持ち、彼はとても幸せだと話していました。

彼を待つ家族のため、また、私のように相談したいと思っている人達の為、1日も早い出所を
心から望みます。

武藤 靖直

神奈川県横須賀市追浜東町3-65

Judge Altonaga, I am writing this letter on the behalf of my good friend Daisuke Miyauchi.

I have known Dai for over, well I'm not really sure when we had first met, but a very long time. I'm guessing over 20 years. Through these years Daisuke and I have developed a business to a great friendship. He is the kind of guy that one would have cookouts and birthday parties with on a regular basis.

In the many years I have known Daisuke I have always known him to be an honest, generous, kind man & a loving dad. Whether discussing reptiles or fishing or even antique mall shopping, each time we see each other the conversation picks right back up where we had left off.

Any business dealings we have had have always been good for both parties and I had never felt taken advantage of or got a bad deal. Daisuke is always fair and honorable in any transactions I have had with him.

I would enjoy seeing him and his son Tiger at reptile shows, walking around looking and teaching him about all the different types of animals.

I find Daisuke a very reliable and dependable person who has drive and passion for life and reptiles like most of us Herpers (Herpetologists) have. Daisuke is very helpful and knowledgeable in the reptile industry and very well liked and respected, both as a professional and as a friend. Not to mention his knowledge of deep sea fishing and the amount of different fish species he has caught is incredible.

One day soon I hope to fish with my friend again.

I am proud to say Daisuke is a great friend of mine and even a better Dad. Characteristics that I find endearing in our crazy world.

Thank you for taking the time reading my letter. It is appreciated.

Sincerely,

Shay Hamper

1/29/22

Shey Hamper
950 Carroll Eester. Rd NW
Baltimore, Ohio 43105
614- 833-6505

November 4, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Tamaki Sakai, and I am a PhD candidate at the Doshisha University Graduate School of Theology. Daisuke is the brother-in-law to my best friend.

Daisuke has always been kind, welcoming, and sociable to me, even though I am his sister-in-law's friend. Every time I visit with him, he teaches me about animals, and always reminds me of the preciousness of life.

He is extremely knowledgeable and is always willing to seriously entertain my questions on those subjects. He works hard to help animals that are injured or sick, and at times he lets me interact with animals that have recovered. Daisuke has taught me the wonder of animals and how people should interact with nature through our interactions with the various animals under his care.

He is also extremely compassionate and loving, and he loves his wife and son more than anything in this world. He is also extremely loving to the rest of his family, including his sister-in-law, treating her as his own family. My friend always recounts fun stories and entertaining episodes of their times together.

Daisuke is an extremely trustworthy person who treats everyone fairly and can communicate honestly with anyone.

I ask that you are merciful in your judgment.

Tamaki Sakai

Ma Maison 206
Isshiki-cho, Kyoto Kamigyo-ku

Kyoto Prefecture
Japan, 602-8471

2021年11月4日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128


宮内大輔の裁判について

親愛なるアルトナガ裁判官

私は同志社大学・神学研究科・博士課程院生
をしております酒井玲希です。
大輔さんは、私の親友の義理のお兄さんです。
義理の妹の友人である私に対しても、
大輔さんはいつも優しく迎え入れ、丁寧に接してくれました。
遊びに行く度に、動物の事を沢山教えてくれたので、
命の尊さを学ぶ事ができました。
博学で、動物に関するどんな質問も真剣に答えてくれました。
怪我や病気で困っている動物を助けて、
時には元気になった動物たちとふれあわせてくれました。
動物たちとの触れ合いを通して、
大輔さんは生き物の素晴らしさや人間と自然のあるべき姿を伝えてくれました。
また、大輔さんは大変愛情深く、奥さんとお子さんの事を誰より大事にしています。
家族を心から愛しており、義理の妹である私の親友の事も、
本当の妹の様に可愛がっており、
親友はいつも大輔さんとの楽しい思い出や面白いエピソードを聞かせてくれました。
誰に対しても分け隔てなく、誠実な態度でコミュニケーションがとれる、
非常に信頼できる人物です。
どうか寛大な判決をお願いします。


602-8471
京都府 京都市
上京区一色町マメゾン206
日本

酒井玲希

November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128


Dear Judge Altonaga,

My name is Shino Nakagawa and I am a tourism promoter in Wakayama Prefecture in Japan. Daisuke Miyauchi is my older sister's husband and my brother-in-law.

Even before he and my sister were officially married, he had been generous to me, his future sister-in-law and would take me along to overseas vacations and send me birthday presents.

When I read Daisuke's book, the *Perfect Ball Python*, I was extremely impressed at the breadth of his knowledge and how much research he had put into ball python breeding.

He is a gentle man who values all forms of life, whether reptiles or otherwise, and is a man who even hesitates to kill insects.

My older sister Sari and my nephew Neo love and respect Daisuke for his gentleness.

I pray daily that my sister and nephew will be reunited as soon as possible with Daisuke.


Sincerely,

Shino Nakagawa

2216 Nakanoshima, Aristo Tower 801
Wakayama City, Wakayama Prefecture
Japan, 640-8932

2021年11月6日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

和歌山で観光発信人をしております、中川志乃です。
大輔さんは、私の姉の旦那様であり、義理のお兄さんです。

結婚以前から義理の妹になる私を海外旅行に連れて行ってくれたり、
誕生日プレゼントなどを送ってくれました。

また、大輔さんの著書である『パーフェクトボールパイソン』を読ませていただいたときに、
交配などの研究をちゃんとされている専門家なのだと尊敬しました。

もちろんボールパイソン、爬虫類以外の動物、虫に対しても殺生を嫌い、
最期まで動物たちの面倒をみる優しい人です。

そんな優しい大輔さんを私の姉である沙里、甥であるネオは愛し、尊敬しています。
姉と甥を早く大輔に会わせてあげたいと、毎日神に祈っています。

640-8392
和歌山県和歌山市
中之島2216アリストタワー801
日本
中川志乃

November 4, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128


Dear Judge Altonaga,

My name is Rio Sakai and I work as a programmer for Nissin Foods. I met Daisuke through my younger sister's best friend.

Whenever I visited his home with my younger sister, Daisuke would always welcome us in warmly. Every time we visited, he treated us like members of his family, and when I had problems that I was struggling with, he would listen and offer advice.

Daisuke is a straightforward and honest man, and he would cheer me up and help me like a real big brother. He is not only extremely compassion toward people, but he also has a deep-seated love of animals, and he would take in animals with injuries or illnesses that others might abandon, sacrificing his own sleep schedule to care for them and save them. His selflessness has taught me the value of never giving up and the value of life.

He is someone I am certain regrets his wrongdoings and will work hard to make certain he never repeats such mistakes again.

I believe that his family and the many people who love and admire him will support him and guide him as he moves forward.


Rio Sakai

Room Konomi A205
8-6-8 Nomura
Kusatsu City
Shiga Prefecture
Japan, 525-0027

2021年11月4日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の裁判について

親愛なるアルトナガ裁判官

僕は日清食品株式でプログラマーをしている酒井理央と申します。
大輔さんとは妹の親友を通じて知り合いました。
妹と共に彼の家を訪ねるといつも大輔さんが温かく迎え入れてくれました。
遊びに行く度に家族の様に接してくれ、
僕が悩んでいる時は親身に相談に乗ってくれました。
真っ直ぐで偽りがなく、
本当の兄の様に僕を励まし心の支えになってくれていました。
大輔さんは、人間だけでなく動物にも愛情深く、
誰もが見捨てる様な怪我や病気の動物も保護して、
寝る間も惜しんで看病していました。その献身的な姿から、
諦めない事や命を守る事の大切さを学びました。
己の失敗を悔い改め、決して同じ過ちを繰り返さない様、
努力のできる人物です。ご家族をはじめ、
大輔さんを慕う沢山の人々支えが、彼を力強く導いてくれることでしょう。

525-0027
滋賀県草津市野村8-6-8
ルームコノミA205

酒井理央

酒井理央

November 19, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Tamane Kijima, and I work as an employee at a reptile shop. I am writing to you today on the matter concerning Daisuke Miyauchi.

When I first began working at my current shop, Mr. Miyauchi, who has substantially more experience in the industry, provided me with a great deal of valuable advice and mentorship despite the fact that I did not work at his shop. He has always treated me as an equal despite the significant difference in our positions and age. He was kind enough to introduce me to other people in the industry and provided me with valuable connections despite having no obligation or benefit in doing so. He is someone who treats everyone with respect and I admire him greatly.

Outside of work, Mr. Miyauchi is extremely knowledgeable in a music genre that I follow as a hobby. He is someone who is not only a great mentor, but someone with whom I could have detailed conversations on our shared love of music, and he is a great friend both in my work and private life.

Mr. Miyauchi is a generous and compassionate man who treats everyone as an equal regardless of age, position, or personal interests. He has helped me in my professional and private life countless times.

While Mr. Miyauchi committed a crime in the United States, he is a man with a strong will and dedication to admitting his mistakes and avoiding committing the same error in judgment again, and he has a very strong network in Japan with close family and friends to help support him in his efforts.

I hope that he is able to return to Japan as quickly as possible, so that he can continue to offer his support and kindness to the people in his life who need it.

Sincerely,

Tamane Kijima
3-10-21 Okamura
Yokohama City
Kanagawa Prefecture, Japan

2021年11月19日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE 宮内大輔

親愛なるアルトナガ裁判官

私の名前は貴島 珠音(キジマ タマネ)です。私は爬虫類ショップで従業員として働いています。

私が今の職場で働きはじめてから同業者の大先輩である宮内さんは他のショップで働いている
私にも立場や年齢差などを気にせずに分け隔てなくとても優しく接してくれる尊敬できる人です。
仕事上でも私が付き合いのない同業者なども気さくに紹介してくれ、いつも私に協力してくれま
す。
又仕事以外でも私の趣味である好きな音楽のジャンルにも宮内さんは精通しており、私の好きな
アーティストの話などを詳しく話してくれ大先輩でもあり友達でもあり、公私ともに仲良くして頂い
ております。

宮内さんは年齢や立場や損得で人を区別しないとても優しく心の広い人です。
私はそんな宮内さんに何度も協力して頂いて助けて頂いています。
今回アメリカで罪を犯してしまった宮内さんですが、彼は二度と同じ過ちを繰り返さないように悔
い改めて反省し自分自身で生まれ変われる強い意志の持ち主ですし、日本には宮内さんを全力
でサポートする家族と大勢の友人が待っている最善の環境があります。
そして宮内さんに立ち直って頂く為に今度は私も協力させて頂けるよう1日も早い宮内さんの帰
国を待ち望んでいます。

貴島 珠音
神奈川県横浜市岡村3-10-21


貴島 珠音

November 4, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Ave. 13-3
Miami, Florida 33128

Dear Chief Judge Altonaga,

My name is Hiroshi Mitsuishi, and I am writing to you today concerning the case of Daisuke Miyauchi.
I own a facility management company located at 3-7-20 Sugamo, Toshima-ku, Tokyo. I currently also serve as the PTA
president of Seiwa Elementary School in Toshima-ku.

I have known Daisuke since 2016. We are close friends, and we often visit one another's houses or go on vacations
together. I also do small maintenance work for him both at his business and his home. He is someone I have spent
countless hours with over the years.

The Daisuke Miyauchi that I know is an extremely dedicated and hard-working individual who was always thinking
ahead. He is kind and always quick to lend a hand when a friend is in trouble, and I know from personal experience that
he prioritizes human relationships over everything else. Even when faced with the difficult situation of an unsuccessful
business relationship with a friend, he was always willing to put his friendship first, while also dealing with the financial
consequences head on. I believe wholeheartedly that he is a good man.

He is a man capable of contrition and reform. He still has much to offer society. I ask that you give him a chance to admit
his wrongdoing and make amends for his mistakes in society.

I can only hope that his family, eagerly awaiting his return, will be able to see him again as quickly as possible.
Thank you for your time.

Sincerely,

Hiroshi Mitsuishi

3-15-16 Sugamo, Toshima-ku
Tokyo, Japan

2021 年 11 月 4 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

## 親愛なるアルトナガ裁判官

私の名前は三石洋と申します。
私は東京都豊島区巣鴨 3-7-20 で設備業をしています。
また、豊島区立清和小学校の PTA 会長を務めています。

私は大輔とは 2016 年からの友人で彼とよく遊び、彼の自宅や会社の水回りの工事をさせて
もらったり、旅行に行ったりたくさんの時間を共に過ごしました。
彼はとても勤勉で努力家で先を見据え前に向かいとても仕事熱心でした。
彼は友人が困っているとすぐに手を差し伸べ、助けてくれる優しさがあり、また彼が友人と
仕事で上手くいかなかった時もちゃんと話し合い関係が壊れることの無いようにしたとこ
ろを見ました。もちろん金銭的にも逃げること無く、話し合い折り合いを付け正々堂々対処
していました。
そんな彼を私は信じています。

彼はやり直せます。反省出来ます。真面目に働いていけます。
過ちを認めやり直すチャンスを彼に与えて上げてください。

彼や、彼を待つ家族の為に 1 日も早い出所を心から望みます。

東京都豊島区巣鴨 3-15-16

三石 洋

November 8, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yukie Murasawa, I earn a living running a beauty school and as a cosmetic designer in Tokyo. I am writing to you today concerning Daisuke Miyauchi.

I met Daisuke at a meeting of small business owners in 2013, and we have been friends since. Both my son and I consider ourselves fortunate to count him among our friends.

Daisuke is always respectful when interacting with his fellow business owners, and he is well respected because he is a helpful mentor to others. He has also been extremely kind to my son, teaching him about working and taking him to dinner, and I am extremely grateful for the mentorship he has given him.

He has always been a hardworking entrepreneur, seeking to learn from seasoned business owners, and always looking for new opportunities to grow. When I was caught up in a problem of myself, he was the first to respond and took initiative to act and lead the response to settle the matter.

This is why I am confident that he has the ability and the strength to face his own mistakes and return to contribute to society. I ask that you give him a chance to redeem himself.

I pray for his release for his sake, for the sake of his wife who must raise their son by herself for the moment, and for the sake of my son who looks up to him as a mentor.

Yukie Murasawa
4-1-407 Kanda-sakumacho
Chiyoda-ku
Tokyo, Japan

2021 年 11 月 8 日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区

400 ノースマイアミアベニュー

13-3 号室

フロリダ州マイアミ 33128

宮内大輔について

親愛なるアルトナガ裁判官

私の名前は村沢　雪絵と申します。

私は東京都で美容のスクール経営やコスメプロデュースを生業にしています。

私は大輔とは 2013 年から経営者の会合で友人となり、私の息子含めて長く交流をしています。

彼とは経営者同士の交流でも礼儀正しく、面倒見が良いので人望があります。

私の息子も仕事について教えてくれたり、食事に連れて行ってくれたりしてとても感謝しています。

先輩経営者にはアドバイスを求め、学びの意欲が人一倍あり努力家でした。

私が問題に巻き込まれた時も、真っ先に解決に向け動いてくれる行動力と統率力で対処してくれました。

ですから、彼はその力で自分の過ちと向き合い再起できると私は信じます。

彼にやり直すチャンスを与えてください。

彼や、一人で子育てをしなければいけない奥様の為、彼が可愛がっていた小さい息子の為にも 1 日でも早い出所を切に願います。

東京都千代田区神田佐久間町 4-1-407

村沢 雪絵

Brad Boa
4740 Lamont CT
Warren, MI 48091


Honorable Cecilia M. Altonaga
United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, FL 33128

Your Honor,

I have known Daisuke Miyauchi For approximately
seventeen years. Within those seventeen years
I have had a business relationship with him that also
turned into a close friendship.

My family and I look forward to seeing Dai Twice a year

at a trade show. All of our business dealings have been above board and has been a pleasure to do business with him .

I can say after knowing Dai after all these years he is a family man, a great father to his children, and a great husband to his wife. I have seen many photos of Dai with his kids spending time in the outdoors and fishing with them. You can see the love he has for his family.

Dai has always been good to my family and would always bring gifts from Japan.

Dai has always show my family respect, love, and caring.

Dai has always been honorable and someone I am proud to call a friend.

Sincerely
Brad Boa

November 4, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Dear Judge Altonaga,

Daisuke is the younger brother of one of my childhood friends, and I have known him since he was in elementary school. I vividly recall the fact that the family had dogs and reptiles as pets and that he was extremely dedicated to caring for them.

When Daisuke moved to New Zealand to study abroad for high school, I went with his family to see him off to his host family. Given that he was only sixteen years old at that time, I have no doubt that he was filled with anxiety at the prospect of being away from his family, but he did his best to conceal his anxiety to avoid worrying his parents and said goodbye with a smile on his face. After this, he worked hard to overcome the language barrier and graduated from high school with extremely good grades.

I also recall that when we met as adults, he went out of his way to make sure I felt welcome and entertained even after we had not seen each other for several years.

It would take substantially more space than I have here to recount specific episodes where he showed his compassion and thoughtfulness, but I can say with certainty that Daisuke is an extremely compassionate, gentle, and hard-working man.

Sincerely,

Ryoko Matsuyama

Yasuda Heights 102
5-31-10 Kouenji Minami, Suginami Ward, Tokyo
Japan, 166-0003

2021年11月4日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128


RE:宮内大輔

親愛なるアルトナガ裁判官

大輔さんは私の幼馴染の弟さんで、小学生の頃から存じております。当時、ご自宅では犬や爬虫類を飼っていらっしゃって、大輔さんが大変熱心にお世話をされていた印象が強く残っております。

　大輔さんが高校生の時、ニュージーランドへ留学する際にはホームステイ先まで私もご家族と同行しお見送りしました。まだ16歳という年齢で親元を離れる不安がたくさんあったと思いますが、ご両親に心配かけまいとそのような素振りは一切見せず、明るくお別れをし、その後言葉の壁を乗り越えて大変優秀な成績で高校を卒業されています。

　また成人後、久しぶりにお会いした折にも私を楽しませようと色々とご配慮下さり、楽しく過ごせた事を記憶しております。

　エピソードを挙げれば切りがないのですが、大輔さんは大変優しく愛情深く、さることながら、大変な努力家であると確信しております。

〒166-0003
東京都杉並区高円寺南5-31-10 安田ハイツ102
松山　良子

November 7, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Shuichi Toida and I work as an office worker in Tokyo. I am writing to you about Daisuke Miyauchi.

I met Daisuke about four years ago at the introduction by an acquaintance and got to know him as a friend with whom we would go out and have dinner with. He has a bright personality and he is someone who brightens a room with his presence. Daisuke also is the first to lend a sympathetic ear to friends who are struggling, and he is someone with a great deal of compassion for people. He is an extremely hardworking entrepreneur, and he is someone I admire myself.

I fully believe that he deeply regrets his recent wrongdoing and will work to rehabilitate himself as a productive member of society. I will lend whatever help I can to that effort so that we can once again laugh together. I hope for my friend's sake that he will be released as soon as possible. I pray that you will believe in his future and give my friend an opportunity to atone for his crimes and lend his abilities to bettering society.

Shuichi Toida

44-22-2 Nagasaki
Toshima-ku
Tokyo, Japan

2021年 11月7日.

名誉あるセシリア・M・アルトナガ アメリカ合衆国 地方裁判官
フロリダ南部地区 400 ノース マイアミ アベニュー 13-3号室.
フロリダ州 マイアミ 33128

宮内 大輔 の判決について.

親愛なるアルトナガ裁判官.

私の名前は 戸田 周一と申します。私は東京で会社員をしております。
私は4年ほど前に知人の紹介で知り合いまして、飲食を共にしたり、遊びに
行く関係でありました。明るい性格で皆を盛り上げたり、悩んだりして
いる友人の相談にのってくれたり、人情に厚い人柄であります。仕事にも
懸命に取り組んでおり、私自身も尊敬している人物であります。

今回の事を猛省し、更生していける事を信じています。また私も
僅かながら尽力し、共に歩んでいきたいと思います。彼の家族、友人の
為にも 1日も早く 帰りを望んでおります。今後の彼の将来を信じて
いただきまして、更生の機会を与えていただきますよう、心からお願い申し上げます。

東京都豊島区長崎 4-22-2.

戸田 周一

2nd December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

I am Norikatsu Kawamoto. Daisuke is an old friend since we were at elementary school. With the two natural circumstances that our parents are close to each other, and my house is nearby his house, I have been good friends since I was a small child. I was a sort of bully type, but Miyauchi was different. He tried to stop the fighting and came to persuade me as soon as he found me. Even if I had bad friends around me, he would go on himself, and do his best. He had a strong hold and didn't get swept away and didn't participate in bad things.

Nowadays I live apart from hometown, but even after I grow up, we have met several times a year to discuss the latest situation. He is always a positive and challenging person.

It was very shocking for me to know of his arrest. It must have been more shocking for himself to have sinned in his favorite country, the United States. I think he will face the incident and reflect on his sins in good faith. I, as his friend, would like to work with him to prevent him from making similar mistakes in the future. I would like to ask for a generous judgment for the sake of his family and fans in his shop.

Norikatsu Kawamoto
171 Okitsunakacho,
Shimizu-ku, Shizuoka-shi,
Shizuoka Prefecture

2021年12月2日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

僕は河本教勝と申します。大輔とは小学校からの仲です。親同士が仲が良く家も近所のため幼い時から仲良しでした。自分は喧嘩っぱやくいわゆるいじめっ子タイプだったが宮内は喧嘩をしている自分を見つけるとすぐに止めに入り、説得しに来ました。悪い友達がたくさん周りにいても自分の意志を強く持っていて周りに流されず悪いことには参加しなかった。離れて暮らしているが大人になってからも年に数回は会って近況を話しています。彼は常に前向きでチャレンジ精神がある人間です。アメリカで罪を犯してしまったのは非常に残念であり、アメリカが大好きな大輔はショックが大きいと思います。彼は罪に対して誠実に向かい合い反省すると思います。今後同じような過ちを犯さないよう友達として協力していきたいと思います。どうか早く家族に会えるように寛大な判決をお願いしたいです。

静岡県静岡市清水区興津中町171
河本　教勝

河本 教勝

November 12, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Osamu Tomita. I am writing to you today concerning the matter of Mr. Miyauchi. I was extremely surprised to learn of this case involving Mr. Miyauchi.

I have known Mr. Miyauchi for about the last fifteen years. I learned of the existence of his shop, Maniac Reptiles, through magazines and the Internet, and I have been a regular customer for years.

During those years, because I ran an electrician's business, I got to know him better when he chose to expand his business, and he gave me the opportunity to do the electrical wiring work for his new location. Our relationship evolved from that of shop owner and customer to friendship.

For me, personally, Mr. Miyauchi was more than a client or a shop owner. He was a very good example for me as a friend, providing a model from his way of caring for the animals under his care, his business, and his employees. His mix of stoicism and passion also inspired me to approach my work and hobbies in a more productive way.

I sincerely pray that he will be released as soon as possible.

Sincerely,

Osamu Tomita

3-92-126 Kugocho
Yokosuka City
Kanagawa Prefecture, Japan

2021 年 11 月 12 日

名誉あるセシリア・M・アルトナが
アメリカ合衆国地方裁判所
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私は冨田太治といいます。この度、宮内氏のことを聞き大変驚いております。
私は宮内氏とのお付き合いは 15 年程です。ネットや雑誌等で宮内氏の経営するマニア
ックレプタイルズの存在を知り時々通わせて頂いておりました。
そんな中、私が電気工事店を営んでいたということもあり事業拡大に伴う新店舗の建
設や改装等の度に店側のオーナーと客と言った関係を超えた付き合いもさせて頂いて
おりました。
私個人としましては、お互いの商売を助け合える仲と言うよりも、私自身が宮内氏の
生き物や商売、スタッフさんへの思いなど、ストイックな反面情熱的で、私の人生に
おいても少なからず、刺激を与えていただける、とても好感の持てる友人の一人と認
識しております。
1日も早く釈放される事を心よりお祈り申し上げます。

日本神奈川県横須賀市公郷町 3-92-126
　　冨田　太治



Amir Soleymani
17021 South Dixie Highway
Miami FL 33157
305-305-5998
amirsoleymani@aol.com

To: The Honorable Cecilia M Altonaga

Re: Witness to the character of Mr. Daisuke Miyauchi

Hello your Honor. My name is Amir Soleymani and I have been involved in the Herpetological Industry for over 30 years. I have been the owner/operator of many Reptile stores in the South Florida area over the years and have been involved in breeding as well as developing new genetic mutations that have been shared around the world over the last two decades. I have been friends with Mr. Miyauchi for over fifteen years and have visited him in his home country of Japan as well as met his lovely wife and two children. I feel that I can share some insights regarding Mr. Miyauchi's character as well as background to help develop a fuller picture of who he really is.

I first met Mr. Miyauchi at the National Reptile Breeders Expo in Daytona Beach Florida back in 2005. He was introduced to me as a foreign customer who had a great eye for quality reptiles and a much respected business with many high class customers back home in Japan. We spoke briefly at that show and would run into each other at various trade shows in the United States as well as in Europe where he was as well-known and respected as I came to learn.

Mr. Miyauchi was the author of a well-received book on the subject of Ball Pythons and spent some time photographing the animals in my collection as well as conferring with me on some of the history of the different genes that are featured in his Ball Pythons of the World book. I later visited him in Japan where he introduced me to his family as well as his staff at his reptile store in Yokohama. This visit gave me a rare view into the life that he led back at home where he is much respected by both staff and clients as well as fellow businessmen that we met during that trip.

Over the years that I have known Mr. Miyauchi I became aware that he was raised and educated at a boarding school overseas where he mastered the English language and applied his education to making the connections overseas in Europe as well as the United States. Aside from his reptile business Mr. Miyauchi is also a restaurateur as well as a producer, author and investor in a few other businesses. He is certainly not someone who would gain anything from trafficking in endangered or protected wildlife. On the contrary he would and has at this point suffered both financially and personally due the loss of respect that this situation has brought him to.

The bigger concern is for the future of his wife and young sons who are awaiting his return back home where he will surely face many challenges due to this incident. Based on my understanding of Mr. Miyauchi's character and intellect I would not imagine a world where he would not learn greatly from this mistake and do his utmost to correct the wrongs that have been committed.

I would like to thank you for allowing me the opportunity to bear witness to Mr. Miyauchi's character and to shed some light on his background and family life.

Amir Soleymani
2/10/22

November 23, 2021

The Honorable Cecilia M. Altonaga
United States District Chief Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Chief Judge Altonaga,

My name is Hiroshi Konno, and I am the president of PHASE Co., Ltd.
I first met Daisuke when I started my company.

My colleagues and I had been making a living by working in construction industry for a long time. When we stopped by Daisuke's shop out of curiosity, we noticed that he was sincere towards his work and treated us with passion and respect even though we had never met him before.

The most impressive moment was when we tried to purchase an animal despite our lack of knowledge, he explained to us that the animal was not in good shape and recommended a different, healthier animal instead. While his stop was filled with customers because of its excellent reviews and reputation, he was serving all customers fairly with kindness even though he was busy. I was very impressed by how he was approaching his work, and that encouraged me to open my own shop and spread the beauty of reptiles to other people.

This is how we started to have closer interactions with Daisuke.

He really devoted himself to helping us from the time when we started our business until we opened our shop.

He even sacrificed his sleep time and helped us without expecting anything in return.

Without him, we would not have been able to start our company or have the opportunity to meet all the people who cherish us now.

Moreover, he has a strong sense of kindness, moral obligation, and empathy. He has a wide rage of networks with people and refers us to construction related job opportunities.

He does not act in his self-interest but values people and treat them with kindness instead.

I have witnessed his honest and diligent characters since I met him. I am very thankful for him and have great respect towards him. These characters continue to be the foundation on the type of shop and respect we would like to build and earn.

I have no doubt that he feels remorseful for the mistakes he made and will rehabilitate himself.
I am completely certain that he will rehabilitate himself and continue to make positive contributions to society.

I hope from the bottom of my heart that he will be released as soon as possible for himself, his family, and everyone he knows.

Sincerely,


Hiroshi Konno
PHASE Co., Ltd.

2021年11月23日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区　400ノースマイアミアベニュー　13-3号室
フロリダ州マイアミ33128

RE：宮内大輔

親愛なるアルトナガ裁判官

~~株式会社PHASEです。~~ 私は株式会社 PHASE 社長の今野浩と申します。
彼と知り合ったのは、この会社の起源にまで遡ります。

私たちは、ずっと建築業で生活を養っておりました。
興味本位で大輔のお店に出向いた際に、大輔の仕事に対する真面目さや
初めて会った私達に真剣に向き合って、対応をしてくれました。

何よりも感銘を受けたのが、なにも分からない私たちが購入しようとした生体を
正直に状態が悪いという点を説明してくれ、別の元気な生き物を紹介してくれました。
そんな彼のお店は高評価、そして有名なため、沢山のお客さんが来店していましたが
忙しい中、大輔は全ての人に平等に、親切に接客をしており、その姿をみて感銘を受け、
自ら同じようなお店を開業して、爬虫類の良さを人々に伝えたいと思いました。
それをきっかけに、私達と大輔の交流は深まりました。
彼は私達が起業してからオープンをするまでの間、本当に尽力してくれました。
自らの睡眠時間を削ってまで、無償で手伝ってくれました。
彼がいなければ、今の私たちの会社はありませんでしたし、いま私たちを大切にしてくれいる
全ての人々と出会っておりませんでした。
また、彼は忠義理人情が強く、彼の広い人脈を屈し、本業の建築の仕事も紹介してくれます。
その後も、彼は自分の損得ではなく、本当に人を大切にして接してくれます。
彼の素直さ、真面目さは関わってからずっと見てきており、
感謝と尊敬しております。今でも私達の目指す店舗・人望であります。

今回の彼の過ちは、彼が深く反省し、更生するに違いありません。
彼は確実に更生し、さらに世の中の為に貢献し続けると私達は言い切れます。
彼や、彼の家族、彼の知り合い全ての人の為にも、彼の一刻も早い出所を強く望みます。

株式会社PHASE

January 8, 2022

William Jarzyna RPh
140 Rolling Green Ln
Elma, NY 14059

Your Honor,

### RE: Daisuke Miyauchi

My name is William Jarzyna. I am a registered pharmacist in New York state. I have been practicing pharmacy for 27 years and specializing in long term care for 22 years. I have known Daisuke for ten years and consider him a friend. We met at a reptile breeders convention and share a passion for animals.

Daisuke has always shown interest and kindness towards animals and great respect for fellow hobbyists. I do not believe he views animals simply as a commodity. He has shared much information with me over the years regarding animal husbandry.

I respectfully request that you consider leniency in sentencing Daisuke. Daisuke is a good father and loves his family. He enjoys sharing new experiences with his children and teaching them English. I believe an extended sentence would be a hardship for his family, both emotionally and financially.

Sincerely yours,

William Jarzyna

November 17, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Dear Judge Altonaga,

My name is Kimiko Iseki, and I operate a reptile shop in Osaka. I am writing today on the matter concerning Daisuke Miyauchi.

Fifteen years ago, I became fascinated with reptiles and began working as an employee at a reptile shop. When I was searching the internet for ball pythons, my favorite reptile, I learned of Mr. Miyauchi's shop, Maniac Reptiles.

At that time there were few shops that were importing reptiles on their own, and I remember being impressed and moved by the sheer variety of ball pythons that he had at his shop. After learning this fact, I wanted to know more about what kind of person Mr. Miyauchi was.

The reptile shop I worked at began to participate in conventions that were held in various parts of Japan, and it was at one of those conventions that I met Mr. Miyauchi for the first time. Since I was shy and became nervousness, I was not able to approach him myself. However, Mr. Miyauchi was kind enough to introduce himself to me. I asked him a great number of questions at that time, since I wanted to learn more about ball pythons and he patiently answered all of my questions with a smile on his face. That first interaction left me with the impression that he was an extremely knowledgeable, kind, and thoughtful individual who could be trusted.

When I opened my own shop several years later, he would always generously share his knowledge, experiences, and help when I asked him for advice. When I saw how he interacted with his employees at Maniac Reptiles, I realized that he was someone who valued the opinions of those around him and in return was extremely trusted.

I was honestly shocked when I learned of this incident, but I believe Mr. Miyauchi is someone who can own up to his mistakes and repent for his errors.

I sincerely wish for his release for the sake of his family, his friends, his employees, and the many other people who await his return.

Sincerely,

Kimiko Iseki
1-27-4 Yada
Higashi Sumiyoshi-ku, Osaka City
Osaka Prefecture, Japan

2021年11月17日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノース マイアミアベニュー
13-3号室
フロリダ州マイアミ 33128

宮内大輔へ

親愛なるアルトナガ裁判官

私は大阪で爬虫類専門店を経営してる井関喜美子と申します。

15年前に爬虫類の魅力に依り爬虫類専門店の従業員として働くようになり、その中でもボールパイソンが好きで色々とインターネットで調べている時に宮内さんの経営するマニアックレプタイルズを知りました。
当時はあまり自社で爬虫類を輸入している所が少なく見たこともない種類のボールパイソンを扱っていたので感動したのを覚えています。
そこから宮内さんとはどのような人物なのか興味と憧れを持ちました。
それから私が働いていた爬虫類専門店が日本各地で開催されている展示即売会出店の手伝いで付いて行く事になりその会場で宮内さん本人と会うことが出来ました。
人見知りもあり緊張して私から話しかけれなかったのですが、宮内さんの方から気さくに話しかけてくれ、その時にボールパイソンの事などを教えてもらいたく質問をしましたが、その際は嫌な顔をせず色々と教えてくれて知識も豊富で優しさと気遣い、信用の出来る人物だと思いました。

それから数年して私が自分で店を始める事になり、相談した時も惜しみなく経験や知識をご教授してもらい物凄く頼りになりました。

マニアックレプタイルズの従業員に対する接し方を見ていてもみんなの意見を尊重したりしていて周りからの信頼なども高いのが判りました。

今回の件を聞いた時はショックでしたが、宮内さんは罪を認め、悔い改める事の出来る人と思っています。
ご家族、友人、仕事仲間など宮内さんを待っている沢山の人たちの為に1日でも早い出所を心から望んでいます。

井関 喜美子

大阪府大阪市東住吉区矢田 / -27-4

Lee Cook
9/9 Eastview Rd, Glen Innes. Auckland 1072
New Zealand

January 8. 2022

HONORABLE CECILIA M ALTONAGA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
ROOM 13-3 MIAMI, FI 33128

Your honor,

I am Lee Cook (May 18 1981, New Zealand citizen), I work for Rocket Lab (Long Beach. CA) as Software Engineering Team Lead based in Auckland, New Zealand.
I'm a childhood friend of Daisuke, we went to high school together in Cambridge High School in New Zealand 25 years ago.

Since then I've kept in touch with him over the years via email and messaging, and I visited him in Japan. Daisuke is one of those friends where time doesn't change the friendship. Whenever we talk, it's like yesterday. He has been my host in Japan. and I've also been hosted by his family. He comes from a family with very good traditional Japanese family values. I've never felt more welcome in Japan than I did with Daisuke and his family

From a personal perspective, Daisuke is generous, kind, considerate, loyal  I trust him completely. he would be there to support me with whatever I needed.
Outwardly Daisuke is a larger than life character, who likes to stand out from the crowd - it's an interesting juxtaposition to Daisuke in a personal situation. It's a part of his great character, charm and positive standing within the wider community in Japan.
He is a loving husband and particularly loving father, the first thing he tells me when we catch up is how his kids are coming along. They are his pride and joy.

As an example of his background and generosity, Daisuke took days off from his work to show me and my friend around Tokyo and all the way to his home town. When taking me to the Imperial Palace he told me the history of his family and how his grandfather worked as a high ranking member of staff in the Imperial Palace. Daisuke and his family generously covered everything for me and my friend, they wouldn't let us pay for a thing.

I have been talking to him about Miami, he really loves the USA and in particular Miami. It sounds like a really cool city and if covid had not been keeping New Zealand's border closed I would have tried to visit him in Miami last year. I would love to have the opportunity to visit him in Miami soon and have him show me around the city he loves so much.

Yours truely,

*[signature]*   8. Jan 2022

Lee Cook
lee.cook@gmail.com
+64 21372010

3rd December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Takao Umebayashi. I am a director at a non-profit organization, 'Ichinokai'.
I would like to inform you about Miyauchi. In my impression, he is not arrogant in contrast to his
casual appearance. He is gentle for everyone. Moreover to describe his personality, he was kind
to others. He cares for the people around him and is very gentleman for senior and children. I
was attracted by him at the first time that I met him and became a good friend before long.

He doesn't drink alcohol, however he participates in the liquor table in a multi-disciplinary manner,
deepening the rules with his peers and building connections. I've spent a lot of time with him. He
has a tough mouth in compliance and has told many stories that he can hardly talk to others, but
it seemed surprisingly happening to me.

He loves not only people surround his everyday but also animals, especially reptiles on his
business. His love is immeasurable and deep. I am very impressed every time I hear his
outstanding wisdom. There are hardly relational persons for animal merchant in Japan, who does
not know him and he seems fulfilled on the Japanese merchant.

It shows reputation of himself and his business that we enjoyed having wedding cakes based on
a lizard motif when we celebrated his wedding ceremony. I am honored him as a good person
and a knowledge business man.

He is one of my respectable guys who are full of kindness and mercy. It made me so
unbelievable to hear that he made a guilty in U.S. However I know him who could overcome the
matter by himself and change him by his review. I would like ask your favor to get him away from
the place.

Sincerely yours,
Takao Umebayashi

2021 年 12 月 3 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私の名前は梅林隆夫です。私は特定非営利活動法人一の会にて、理事をしております。

私と大輔さんとの出会いは、7 年前のとある経営者会でした。

彼はラフな見た目とは裏腹に、とても腰が低く繊細で、周囲に細かな気配りの出来る紳士でした。
少しお話ししただけで、私は彼の虜になり、友人関係になりました。

彼はお酒を飲みませんが、それにも関わらず酒の席にも積極的に参加し、仲間との親睦を深め、
人脈を作っておりました。彼とは多くの時間を共に過ごしてきました。彼は口が硬く、彼としか話が
できない話をいくつもしてまいりました。

彼は周りにいる人たちのみならず、自身の生業でもある爬虫類や動物をこよなく愛し、その愛情の
深さは計り知れないもので、卓越した知識を聞く度に感心しております。そのため業界で彼を知ら
ない人はいないほどの存在で、成功を収めております。

彼の結婚式に参列した際、ウエディングケーキがトカゲをモチーフにしていたことは、とても印象的
でした。

そんな魅力溢れる彼を私は経営者として。また 1 人の人間としてとても尊敬しております。

彼は優しさと慈愛に満ちており、信用のおける数少ない友人の 1 人です。

そんな彼ですが、彼は過ちを犯してしまいました。しかし彼は過ちを認め、自分を変える力がある
人です。彼を待つ友人や家族のために、1 日も早い出所を心から望みます。

梅 林 隆 夫

14th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Naoki Yamamoto. I am a retailer store called Meitousuien. I've been with Mr. Miyauchi for about 12 years. Even now, I stayed at his house once in a while, and took me to a meal. Once I left from the current company. Then after a while, I got the same job again. At the time he gave me a surprise call and warmed up me.

Another episode to mention about his personality is that when Mr. Miyauchi had a child, I got his call and he talked about a happy family with sweet laughing, saying "how lovely babies are, aren't they?"
It kept good memories at that moment that I wanted to have a family as soon as possible.

He is a good person with such kindness. Also he has full of vitality, good behavior, and communication skills, and has leadership. He is a sincere and hard worker, so he is one of my best idols. He is a man who admits mistakes and has the power to change himself. I sincerely hope for his return as early as possible, because of fans in his shops and especially for his family.

Naoki Yamamoto
1-14-11 Mitake,
Togo-cho, Aichi-gun,
Aichi Prefecture

2021 年 12 月 14 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は山本直輝です。私は株式会社名東水園で生き物の小売をしておりま
す。

宮内さんとは 12 年ほどの付き合いですが、家に泊めて頂いたり、食事に連れて
行ってもらったり、また私が今の会社を一度退社しており、再度就職した際は
わざわざ電話で温かい言葉をかけて頂いたこともあります。宮内さんにお子さ
んができた際も笑顔で「すごい可愛いんだよね」など幸せそうな家庭の話をし
ていて、当時の私も早く家庭を持ちたいという気持ちになったのを今でも覚え
ています。そんな優しさ持った人物です。
バイタリティに溢れており、行動力、コミュニケーション能力にも長けていて、
リーダーシップもあります。
誠実で努力家でもあるので、私の憧れている人物の 1 人でもあります。

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。

山本直輝
住所：愛知県愛知郡東郷町御岳 1-14-11

23rd November, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Noboru Ito. I run a reptile shop in Northeast of Japan. It was about 10 years ago that I met Daisuke. His shop had a good reputation and famous in Japan. At the first time to visit his shop, I thought that clerks and consumers look friendly each other. It was clear to remember in the atmosphere as if it were spread his sincerity onto everything there.

Daisuke and I worked together 6 years ago. My shop is located in the local area damaged by a big earthquake on 11th March. The scenery in the area was awful and local people were so anxious for future. With the circumstances, I wanted to open a small animal shop to make them warmhearted in everyday life.
He willingly supported my start-up with his mighty action and knowledge.

I was amazed his personality. Since the event, our relationship has been keeping on nicely. He lives for others. He introduced many famous guys in reptiles industry. In the result of the supports from those, my shop has been successful and made my customers happier. He exists for others in order for our happiness. I believe that he would have come over the sin in U.S. and could step forward for his fans and family.

I really look forward to seeing him before long. I would like to ask you to make him out of the place as soon as possible.

Noboru Ito
1-16-10 Yamahana, Miyagino-ku,
Sendai, Miyagi prefecture, Japan

2021年11月23日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区 400ノースマイアミアベニュー 13-3号室
フロリダ州マイアミ33128

RE：宮内大輔

親愛なるアルトナガ裁判官

私の名前は伊藤渓登です。私は日本の東北で爬虫類店を経営しております。
私は大輔を知ったのは約10年前でした。彼のお店は評判がよく、日本でとても有名でした。
彼のお店に初めて行ったときは、大輔を中心に他の店員も親切に対応し心地よい買い物が出来たのを
鮮明に覚えています。これも大輔の真面目さがお店全体に広がっているような感覚でした。

私と大輔が初めて仕事で関わったのは約6年前です。
それは私が東北に爬虫類店を開業する時です。私の店舗がある場所は
「3.11 東日本大震災」の被災地です。いま私がいる店舗の場所も津波が襲ってきた場所です。
当時の被災地の光景はむごく、人々は不安な日々が続いておりました。
その光景をみた私は爬虫類を通じて
地元の人々を勇気付けたい、幸せにしたい、笑顔にしたいという気持ちで開業を決めました。
その気持ちを大輔に相談したところ、彼は快く受け入れてくれ、全力で力を貸してくれました。当時の
私は開業する際の、知識は乏しかったので彼が全て教えてくれました。心優しく、人の為に尽力出来る
彼の人間性です。彼の優しさのもと、被災地の人々に幸せを与えられていると思っています。
それから大輔との付き合いが始まり、今でも良き相談相手です。彼はどんな時でも私の相談に全力で
取り組んでくれます。仕事だけでは無く、彼はプライベートでも優しく接してくれます。
様々な場所で私を接待してくれ、私はその都度、幸福感が生まれ、彼に感謝しています。
彼は損得ではなく、人を大切に出来る素晴らしい人望です。
大輔は私を日本の爬虫類業界の多くの有名人を私に紹介してくれ、私はそのお陰で、いま沢山の人から
支えられて、その結果、私は私のお客さんを幸せに出来ていると確信しています。
大輔は自分のことだけでなく、彼は人助けが出来る優しい心の持ち主です。
絶対に大輔は自らの過ちを認め、心から反省し、自分を変えられる力を持っております。
そして彼の心の優しさ、素直さは更生し、これからもより一層、世の中に貢献します。

彼や、彼の家族、彼を待っている全ての人々の為にも1日も早い、彼の出所を心から望みます。

伊藤 渓登
宮城県仙台市宮城野区出花1-16-10

November 13, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Hidemitsu Nagai. I operate a pet shop in Fukui Prefecture in Japan.

I have known Mr. Miyauchi after meeting him at a pet shop convention twenty years ago and we have been business partners since. He is an extremely hardworking individual, and we have always conducted honest and fair business transactions.

He always considers the needs of the other party in a business transaction, and we have always had a good working relationship. He is also someone who has been eager to provide advice and guidance when we were struggling with our business. He is a trustworthy individual who creates a sense of balance and harmony whenever he is dealing with other people.

In this case he has made a great mistake, but I sincerely believe he deeply regrets his crimes.

I hope that he is able to serve his penance and return back to Japan as soon as possible not only for our business's sake, but for the sake of his friends and family.

He is a man who will reflect and learn from his mistakes and work to contribute to society to atone for his mistakes.

He has many people who love and admire him and hope to work with him again.

I ask that you provide him with leniency so that he can return to contributing to society as soon as possible.

Sincerely,

Hidemitsu Nagai
1-1-2-6-607 Katakazu, Hakata-ku
Fukuoka City, Fukuoka Prefecture
Japan

2021 年 11 月 13 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE: 宮内大輔

親愛なるアルトナガ裁判官

私の名前は永井秀光です。私は日本の福岡県でペットショップを経営いたしております。
宮内さんとは、ペットのイベントを通して 20 年来のビジネスパートナーです。
彼の仕事ぶりはとても真面目で、常に誠実な取引をさせて頂いています。
常に取引先の事を考えてくださり、いつも善良なお付き合いをしてきました。
彼は、私たちの仕事上の悩みにも適切な助言をくださり。
常にすべてに置いて、良い調和を作る事かできる信頼できる人物です。

彼は過ちを犯してしまいましたが、私は彼が深く反省していると信じています。
仕事の取引の事ももちろんですか、彼の家族や友人の為にも、
更生して早く帰ってきてくれる事を、心から願っております。
彼は反省して、社会に大きな貢献をする事かできる人物です。
たくさんの方が彼を慕い、また一緒に仕事をする事を望んでいます。
早く社会復帰できるよう、格別のご判断をお願い致します。

永井 秀光
福岡市博多区堅粕 1 丁目 1-2-6-607

Melanie Feisst
10 Rue des Bateliers
17350 Port d'Envaux
France

03 January, 2022

HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE ROOM
13-3 MIAMI, FL 33128

Your Honor

I'm Melanie Feisst (DOB 14.02.1981), a dual New Zealand and British citizen, now permanently resident in France. I'm the Founding Director of a corporate consultancy and active volunteer on international business and relations.

I have been friends with Daisuke Miyauchi (Dai) since the mid 1990s, when he came from Japan to study at Cambridge High School, Cambridge, New Zealand. I'm writing today to offer a fuller picture of him as a father, small business ower and friend.

At school, Daisuke was a much-loved classmate and valued member of his basketball teams, and is still a loyal friend in our group. In 2020, for example, we shared a zoom memorial for the birthday of one of the boys who died (pic enclosed). Dai spoke movingly about the positive impact the friendship had had on his early years. We enjoyed hearing news of his family life with two young boys.

Since Dai returned from NZ to Japan as a young man, he found a way to bring together his newly-confident side from New Zealand with the extremely-conservative Japanese culture in his passion for reptiles. Through his shop, Maniac Reptiles in Yokohama, Dai has employed and mentored many young people, providing an extremely well-organised, professional and fulfilling place to work.

In Japanese culture, Dai is recognised as a person in a position of responsibility, because he researches and shares knowledge about ball pythons and reptiles, and contributes to the immediate and international reptile communities. He is an intelligent and dynamic business person, with a strong grasp of doing business in many cultures around the world.

In 2012, a New Zealand friend and I visited Dai in Japan. He was proud to show his achievements and was the perfect gentleman host, carefully introducing us to the ways to be polite and respectful, for example when visiting a nice restaurant and hot bathing pools. Around a year later, Dai returned the visit to London, where the friend and I were living. I was happy to offer him my place to stay if needed

Dai and I keep in touch regularly, discussing family, friends and ways to overcome small business challenges. In 2019, he shared openly his contacts of reptiles experts in Europe to help me with a client

project about lighting. I admire the way he helps emerging business people, and value highly my friendship with Dai.

Please show him leniency

Best regards

Melanie Feisst

melaniefeisst@hotmail.com
+33-785-084-431

November 22, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Shunichiro Ito, and I am a reptile breeder in Japan.

I met Mr. Miyauchi when I was working at a large reptile shop in my youth. He was kind enough to teach me a great deal about reptiles including Ball Pythons without reservation despite my lack of knowledge. He is the man I consider my mentor in this field.

He is a generous man who has always interacted with us breeders with respect and care. He is not someone who is focused solely on his own profit.

He is someone who has supported me even after I became an independent breeder, providing me with generous advice and support like an older brother. I believe I would not be the man I am today without his guidance.

I believe that he is a man who can admit his mistakes and change himself for the better.

I pray that he will be able to return home as soon as possible.

I beseech you to give him lenience.

Sincerely,

Shunichiro Ito
1-511 Koushin, Moriyama-ku
Nagoya City, Aichi Prefecture
Japan

2021 年 11 月 25 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE 宮内大輔

最愛なるアルトナガ裁判官

私の名前は伊藤俊一郎です。私は日本の爬虫類ブリーダーです。

私は若い頃大型爬虫類ショップで働いていました。
その頃、宮内氏と知り合いました。
未熟な私に彼はボールパイソンをはじめとして
多数の爬虫類について教え与えてくれました。
いわば彼の師として頂ける存在です。
彼は今でも私や私の周りのブリーダーにも親切に
教え接することのできる心の広い方です。
自らの利益ばかりを追う人間ではございません。
独立した私のサポートもいやな顔せず協力してくれる
優れた兄のような存在で彼がいなければ今の私はないでしょう。

彼は過ちを認め、自分を変える力がある人だと私は信じております。
心より早く出所できることを祈っております。

よろしくお願いいたします。

伊藤俊一郎
愛知県名古屋市守山区幸心 1-571 リバティハイツ守山 105 号室

November 22, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

I am Daisuke's older sister. I would like to sincerely apologize for all of the trouble that has occurred as a result of my brother's misconduct.

My brother is an extremely hard-working man. When he was in high school, he studied abroad in New Zealand. Although he had studied English prior to his departure, at first he was unable to communicate effectively, make friends, or keep up with the classes. He would frequently call our parents crying and saying he wanted to come home.

In the end, however, he persevered and overcame the challenges he faced. By the time he graduated high school, he had made many friends and greatly improved his English ability.

The experience made him much stronger. When he returned to Japan, he continued to work hard to improve his English skills. I believe the fact he has many friends in the United States is a testament to his efforts.

My brother is a compassionate man who is always ready to offer a hand to people who are struggling.

He is a man capable of properly admitting his mistakes, repent for them, and change himself for the better.

I intend to fully support him in that effort.

I pray that he will be released as soon as possible for the sake of his family.


Sincerely,

Mariko Miyauchi

Sunny Live 201
3-210 Hongo-cho, Naka-ku, Yokohama City
Kanagawa Prefecture, Japan
231-0843

2021年11月22日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128


RE:宮内大輔

親愛なるアルトナガ裁判官

私は大輔の姉です。
この度は弟の不祥事により、多大なご迷惑をおかけいたしましたことを心より謝罪申し上げます。


弟はとても努力家です。
彼はニュージーランドの高校へ留学していました。
英語を勉強してから留学しましたが、最初は実力が足りなくてコミュニケーションがとれず友達もまったく出来ないうえ、授業にもついていけませんでした。
いつも両親に帰りたいと泣いて電話してきていました。
でも彼は逃げずに乗り越えました。
卒業のときには友達もたくさんできて英語の実力もかなり上がっていました。
この経験のおかげで彼はとても強くなりました。
彼は帰国してからも自分の英語力をさらに上げる努力をしていました。
今アメリカにたくさん友達がいるのは彼の努力のたまものだと思います。
彼は落ち込んだり困っている人に対して、親身になって手を差し伸べることができる優しい人です。
彼はしっかりと過ちを見つめ直し、反省し、自分を必ず変えることができます。
私もそんな彼を全力でサポートしていきたいと思っております。
家族のためにも、一日でも早い出所を心から望んでおります。

〒231-0843
神奈川県横浜市中区本郷町3-210　サニーリヴ201
宮内 麻里子

12nd December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128
RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Ryosuke Hoshi. I work at a reptile shop in Japan. The shop I work
for is not the one run by Daisuke. I think he is a great senior in the industry. It is
because he is friendly and close to me even though I just met him by work and
not in private conversation. He talks not only about his work but also about
everyday conversations, that is to say, he is genuinely very sociable.

I clearly remember when I first met him five years ago. He was kind and caring
for me, who was just starting to work and had no knowledge or
experience. Afterwards, I had more opportunities to meet up through work, but
he was always thinking about the people he was with, and he was a person who
could take action for those. He takes the leadership and leads the people around
him towards outcome when troubles occurred. There is no doubt that he is
respected and loved by everyone.

I am one of his fans. I truly respect him as a person who can think, care, and act
not only in his work relationship but also in his surroundings.

I strongly hope that I can meet him again, and I would like to have a laugh, and
good time with him. I sincerely hope for an early release for his family waiting
for him and for many people who respect him, including me.

Ryosuke Hoshi,
201 Garden Heights AIHARA,
1-2-10 Kagitori, Taihaku-ku, Sendai City,
Miyagi Prefecture, Japan

2021 年 12 月 12 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE：宮内大輔

親愛なるアルトナガ裁判官

私の名前は星 亮介です。私は日本の爬虫類ショップで働いています。

私の働いているショップは、大輔さんの経営しているショップではありませんが、仕事を通じて彼と出会い、仕事の話だけでなく他愛もない日常の会話もしてくれる業界の偉大な先輩だと思っています。

私が彼と初めて会ったのは 5 年前です。まだ働き始めたばかりで知識も経験もない私にも、彼は気さくに、そして緊張する私を気遣い優しく接してくれたことを今でも覚えています。その後も仕事を通じて会う機会が増えていきましたが、彼は常に一緒にいる人達の事を考え、行動の出来る人でした。

楽しい話をして場の雰囲気を良くし、常に会話の中心となっているだけでなく、トラブルが起きた時にはリーダーシップを取り周りの人達を引っ張ってくれました。

そんな彼は誰からも尊敬され愛されている事は間違いありません。私もその一人であり、仕事上の関係だけでなく、周りの事を考え、気遣い、行動の出来る彼を人として心から尊敬しています。

また彼と会って笑い、楽しい時間を過ごせることを強く願っています。
彼を待つ家族、そして私を含む彼を尊敬する多くの人々の為に 1 日でも早い出所を心から望みます。

星 亮介
宮城県仙台市太白区鈎取 1 丁目 2-10　ガーデンハイツ AIHARA201



Larry Boyle
3100 N. Douglas Blvd
Spencer, OK 73084
405-255-4506

November 16, 2021

Prestigious Cecilia M. Altonaga

United States District Judge, Southern Florida

400 North Miami Avenue Room 13-3 Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Larry Boyle. I am a small business manager and I have known Daisuke for about 4 years. He periodically purchases geckos from our business. To the best of my knowledge, he has not purchased any animals from us that are protected in the US or abroad. He seems to be an honest, hardworking person who is running a small business in Japan. He has always paid for any animals he has purchased from us in a very timely manner and treats me fairly in any dealings we have. He has a wife and son who I am certain are eagerly awaiting his return.

I have dined with him on a few occasions and although there is a bit of a language barrier, I have come to know and like Daisuke. He is a good man at heart who loves his family, loves to fish, and is hardworking. I believe that he will learn from this experience and be more diligent to make sure that the laws of the United States are followed in his future endeavors.

I personally feel that in cases such as this (non-violent, first time offenders), there is little reason for the person (especially a foreign national) to spend time in the US prison system. Our overburdened prison system should be reserved for violent criminals and people who should not be returned to society. I think this is especially true for nonviolent wildlife crimes. I humbly ask that you please consider a fine, expulsion from the country, and time served when deciding his sentencing.

Thank you for your time and attention.

Sincerely,

Larry Boyle

1st December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Masuhiro Nakamura. I work at a pet shop in Kawasaki, Japan. It has been about four years since I started working with Mr. Miyauchi.

I had not had many times to talk to him, but he gave me a nice smile every time I visited his shop. I did not know appropriate ways - how to look after and adore reptiles. I was just tense to look at the smalls, but he watched my behavior and gave me a smile nicely. He is kind and serine for overyone.

Moreover to mention his personality, he was always very kind to me even though I was not a staff at his shop. He treated me like a younger brother, who did not understand at work and was worried about troubles at work. It is much more appreciated than I thank him to look after me.

He is a wonderful person who is very sincere and caring. He made a mistake, but I believe that he has been deeply remorseful now. Many people are willing to work with him again as soon as he is released. We are waiting for his back to Japan.

I sincerely hope that he could return to Japan soon for his wife and son, who are anxious for his health and business. We would really like to ask you to take account for his situation in Japan. Please be generous to make the agiler decision so that he could recover his debt piled up for last several months in order to recover economical delay.

Masuhiro Nakamura
1-3-7 Kamata, Ota-ku,
Tokyo 107

2021 年 12 月 1 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は中村瑞寛です。私は日本の川崎にあるペットショップで働いています。
宮内さんとは私が働き始めてからの 4 年私の付き合いになります。
彼とはそれほど頻繁な付き合いはありませんでしたが、それでもお店に来た時はまだ右も
左も分からずに緊張していた私に目を合わせて優しく挨拶をしてくれました。
また、彼は自分のお店の従業員でもない私が仕事で分からない事や悩んでいる時もとても
親身になって相談に乗ってくれました。
彼には感謝してもしきれません。
彼はとても誠実で人を思いやることが出来る素晴らしい人物です。

彼は過ちを犯してしまいましたが、私は彼が深く反省していると信じています。
沢山の方が彼を慕いまた一緒に仕事をすることを望んでいます。
彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。
早く社会復帰できるよう、格別のご判断をお願い致します。

東京都大田区蒲田 1-3-7 107

中村 瑞寛

10th November, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Reo Naito. I have been working for Mr. Miyauchi's shop for last 5 years.

The shop is located nearby my house so that I often go to shop as a customer even before I become a clerk.

The shop was very popular, famous and reputated with its atmosphere.

The inside of the store was always lively and busy, but I still remember the first impression to see him that he talked to me kindly even though I was just a small boy in elementary school at the time.

After I became to be by side of selling in shop, I noticed Mr. Miyauchi's strong commitment to the shop, which he could not see from the customer's point of view.

His caring sight is keen and gentle to small animals.


Mr. Miyauchi is very friendly and his staffs are free in communications to listen to not only tasks but also private talks and casual things.

I strongly hope that I will continue to work in Mr. Miyauchi shop. We look forward to seeing him before long.

Reo Naito
2-13-2 Takane-cho, Minami-ku,
Yokohama-shi, Kanagawa, Japan

2021 年 11 月 10 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

Re:宮内大輔

親愛なるアルトナガ裁判官

私の名前は内藤玲央です。

私は宮内氏のショップで働いて 5 年目になります。

私の家の近所に宮内氏の経営するショップがあり、働く前から客としてよくショップに通っていました。

宮内氏の経営するショップはとても人気で雰囲気も良く有名でした。

店内は常に活気があり忙しそうにしていましたが、宮内氏は当時小学生だった私にも気さくに優しく話しかけてくれた事を今でも覚えています。

働き始めてからは客目線としてでは見えなかった宮内氏のショップに関する強いこだわりや、細かい生き物への気配りなどを間近で教えていただきました。

宮内氏はとてもフレンドリーで私達スタッフは仕事のことはもちろん、プライベートな相談や何気ない事も気軽に聞いてくれます。

私はこれからも宮内氏の下で働きたいと強く願います。

神奈川県横浜市南区高根町 2-13-2
内藤 玲央

内藤 玲央

9th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Ikuya Fushimi. I work for a design company in Tokyo.

Daisuke and I have come along since the elementaly school.

We would often play together, because we lived nearby. He was very active and had excellent motor skills. Another thing to mention on his personality is that when he was a junior high school student, he had many friends because of his sociable personality, and he turned out to be the vice president of the Student Organization, and he became very popular with both students and teachers. We have kept in touch with each other even after graduation from schools. I often met him in Tokyo because we worked away from each other's hometown.

Since he was a college student, he became fond of insects and kept many small creatures. He has a lot of hobbies and is easy to heat up and cool down, but he had been an iguana since he was a junior high school student and learned about breeding methods and living organisms and was enthusiastic about those.

Daisuke eventually got his own pet shop. I think he was able to continue the store now because he has a personality that he cannot easiiy give up a matter once he decides. He always has a positive personality and is reliable. I often ask him to consult my issues. It is pity that he sinned, but it doesn't change our way of caring for him. He would be able to overcome bitter experience in which the roots in his soul are not rotten. I would really ask you to give him a chance.

Ikuya Fushimi
1-22-8-301 Sakurashinmachi,
Setagaya-ku, Tokyo

2021年12月9日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

僕の名前は伏見育也と言います。東京都でデザインの仕事をしています。大輔とは小学校のときからの付き合いです。実家が近くてよく遊びました。彼はとても活発で運動神経が抜群に良かったです。中学生の頃は社交的な性格のため友達も多く、生徒会の副会長をしていて生徒からも先生からも人望が厚かったです。彼とは大人になってもずっと連絡を取り合い、お互い地元を離れて働いていたのでよく東京で会っていました。大輔は大学生のときから爬虫類が好きになり、たくさんの生き物を飼っていました。趣味がたくさんあって熱しやすく冷めやすい性格の彼ですが生き物に関しては中学生の頃からイグアナを飼っていて飼育方法や生体について学び、熱心でした。最終的には自分の爬虫類ペットショップを持つようになった。1度決めたら簡単に諦めない性格だから今まで店を続けられたんだと思います。大輔は弱音を吐かず常に前向きな性格で頼りがいがあるので僕はよく相談にのってもらいました。彼が罪を犯したのは残念ですがそれで僕たちの見る目が変わることはありません。彼は必ず立ち直るし、根は腐っていないと信じています。彼にチャンスを与えてあげて下さい。

東京都世田谷区桜新町1-22-8-301
伏見　育也

Hung Fei Yap
Rm 2907, Po Yan House,
Po Lam Estate, Tseung Kwan O,
Hong Kong

23 December 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga

My name is Hung Fei Yap (Alex). I am a customer services officer at an Italian company in Hong Kong.

I have known Daisuke as a good friend for over twenty years since high school in New Zealand. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Daisuke Miyauchi regarding this matter. I understand the seriousness of this matter; however, hope the court will show some leniency.

Daisuke has always been an upright character; I and he spent a lot of time together. In our friendship, he has really been there for me, he has the kindness to reach out and help his friends as soon as they are in trouble. He is one of the few friends I can talk to and still keep in contact after graduating.

In addition to our friendship, he is a man who admits mistakes and has the power to change himself. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge as a better person. In short, he expressed a deep sense of remorse for making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Daisuke Miyauchi to be an honorable individual, a valuable member of his family, and a good human being.

Sincerely,

Hung Fei Yap

Dear Judge Altonaga,

I'm writing to you today on behalf of my good friend Daisuke (Dai as we like to call him).

Dai has been a friend of my daughter and I for the last 12 years, since we first met in Daytona at a reptile expo that is held there annually.

Since our first meeting we have had the pleasure to enjoy his business and his friendship through many trips to Tinley Park, ILL (twice a year) and Daytona (once a year).

We always inquire about his well being and his travels when an impending show is upon us and he always makes time to come visit with us at these venues.

My daughter always asks if Dai will be attending the show because we look forward to having lunch or dinner with him and to have him hang around with us at our vendor table just chatting about our families and reptiles.

As I was writing this, I was perusing my pictures from over the years and each one has myself, my daughter and the smiling face of Dai. That is Dai to us, all smiles.

I haven't a clue what may have transpired but I do know in my heart, Dai is a good person, a friendly person and a family man, that is how we know him to be.

We are praying for leniency with your decision and we are hoping he can go home to his family soon and this can all be put to rest.

Thank you for taking the time to read this,

X _Jemano_

Jeff Nemanius

November 1, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Kenji Motozawa and I am writing to you today on the matter of Daisuke Miyauchi.

I work as an office worker in Tokyo. Daisuke and I have been friends in college, and we have spent a great deal of time together since our late teens, spending time together whether for pleasure or when studying. He was always the life of the party, the one person who would make everyone feel at ease.

He has always been a good friend who cares for the well being of his friends, and is a generous man who is kind to everyone. He has helped me countless times over the years. That has not changed in the many years since I first met him. Daisuke is someone who gives me a great deal of advice and provides me with encouragement in my life.

Daisuke has always been a hard-working person who has never shied away from challenges. After focusing intensely on his studies, he was the first among our group of friends to move out on his own and he worked hard to establish himself in society. In addition to his work, he has placed a great deal of emphasis on cultural activities, publishing books and playing music, making great contributions in his local community.

I understand that he has committed a crime, but he is a man who can admit his errors and change his ways.

He has a family and many friends who wait for his return to Japan. I sincerely pray that you will consider granting him an early release and take mercy upon him.

Sincerely,

Kenji Motozawa

Fukazawa
Setagaya-ku
Tokyo, Japan

2021 年 11 月 1 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は本澤賢士です。私は日本で会社員をしています。

私は大輔とは大学の時からの友人です。
10 代の頃から彼とは一緒に遊んだり、勉強したり、多くの時間をすごしてきました。彼は周りの人を盛り上げるムードメーカーでした。

彼はいつも友人を気遣い、誰に対しても優しさを持っており、幾度となく助けてくれました。
それは年月のたった今もなお続いております。
たくさんのアドバイスをくれて、励ましてくれます。

なにより彼は友人の中でも、当時からとても勤勉で努力家でした。
そして、学生のときから熱心に勉強をして、いち早く独立して一生懸命働いていました。
そして彼は出版や、音楽などの文化活動にも力を入れて、国内で多大なる貢献をしてきました。

彼は罪を犯してしまいましたが、
彼は過ちを認め、自分を変える力がある人です。

日本で彼を待つ家族、友人がたくさんいます。
1 日も早い出所と、寛大な処置を心から望みます。

本澤賢士
東京都世田谷区深沢



November 6, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Daigo Takahashi, and I am writing to you today concerning Daisuke Miyauchi.

I have a construction business at 4-2-18 Minami Nagasaki, Toshima-ku in Tokyo.

Daisuke and I have been friends since 2016, and during that time he has been a mentor who has provided me guidance on various matters in my life. He has also been kind enough to hire me to do construction work on his home and business, and we have a close relationship where we often go out to dinner and spend quite a lot of time in one another's company.

In the time that I have known Daisuke, he has always been an honest and hardworking business owner, who uses his creativity to bring a great deal of profit to his clients in his business.

Daisuke is older but he has always been very kind to me, at times providing me with invaluable advice about life. Our children are about the same age, and we have shared many conversations on the subject of fatherhood.

I have never had any personal or financial issues with Daisuke during our long acquaintance. I have always admired his willingness to tackle life's challenges head on. I still believe firmly that he is a good man.

I can say with certainty that he is a man who sincerely regrets his mistakes and can return to being a productive member of society. Please provide him with an opportunity to admit his error and begin atoning for his crime.

I pray that he is able to return to his family as soon as possible.

Thank you for your time.

Sincerely,

Daigo Takahashi,

1-14-6-501 Nagasaki
Toshima-ku
Tokyo, Japan

2021 年 11 月 6 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

# 親愛なるアルトナガ裁判官

私の名前は高橋大悟と申します。
私は東京都豊島区南長崎 4-2-18 で建設業を営んでおります。

私は大輔さんとは、2016 年からの友人で色々なことを相談できる良き先輩であります。
彼の自宅や会社の外装工事をさせてもらったり、外食を共にしたり、多くの時間を共有しました。
彼は持ち前の誠実さと創造力で、ビジネスにおいても能力を発揮し、クライアントの利益を多く生み出していました。
後輩の私にも、とても優しく接していただき、時には人生における貴重なアドバイスもしていただきました。またお互いに同じくらいの歳の息子がおり、子育ての話なども親身に聞いてくれました。
人間関係問題や金銭的な問題になったことは今まで一度もありません。
何事にも正々堂々向き合う彼の姿は尊敬に値します。
今でも彼を心から信じています。

彼は真摯に反省し、人生をやりなおせると断言いたします。
過ちを認め、彼の人生をやりなおすチャンスを与えてください。

彼や、彼を待つ家族の為に 1 日も早い出所を心から望みます。

東京都豊島区長崎 1-14-6-501

高橋 大悟

November 19, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yuichi Komaki, and I work at a reptile shop in Osaka Prefecture.

I first met Mr. Miyauchi fifteen years ago. My first impression was that he was a respected member of the industry and someone who was difficult to approach, but as I came to know him across various reptile shop conventions throughout Japan, I learned that he was someone who would kindly approach anyone and invite them out to lunch, even if they were employees from other shops like myself. I quickly learned that my first impression of him didn't capture his warmth or his kindness.

He was not just generous and kind, but when I was struggling with my work and thought I had hit a roadblock, he was willing to sit down and offer me advice. He is someone that I can depend upon to always give me good advice.

Which is why I was extremely surprised when I heard the news about this case.

I sincerely hope that he can return home as soon as possible for the sake of his family and all of the people around him that depend upon him.

Sincerely,

Yuichi Komaki
3-2-16 Kami Kosaka
Higashi Osaka City
Osaka Prefecture, Japan

2021年11月19日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ 33128

宮内大輔へ

親愛なるアルトナガ裁判官

私は小牧勇一と申します。
大阪府で爬虫類専門店の従業員として働いています。

私が宮内さんに初めて会ったのは15年前です。
第一印象は威厳があり近寄りにくいと思ったのですが、日本各地で開催される爬虫類の展示即売会に出店する度に気さくに声をかけてきてくれて他店の従業員なのにも関わらず食事に誘ってくれたりと優しさがあり第一印象とは全く違いました。
優しさだけでなく私が仕事で行き詰まりを感じた時など相談にも乗ってくれ知恵も貸してくれるなどとても頼りになる人です。
なので今回の件を知った時は驚きました。

宮内さんには1日でも早く出所し、ご家族や宮内さんの周りの人達を安心させてもらいたいと心から望んでおります。

大阪府 東大阪市
　　上小阪 3-2-16

小牧 勇一

November 15, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yuzu Takeda, and I am a tailor. I would like to speak to you today about Daisuke Miyauchi.

Daisuke and I have been friends since our college days.

When I was struggling with my business, Daisuke was always eager to listen to me and offer advice. He is extremely hard working, who is always dedicated to whatever task he sets out to do, and he is someone who never gives up despite the challenges he might face.

He is a generous man, and when I was struggling with money, he considered my own pride and asked me to clean his shop instead of simply offering me money. He is someone who will help those in trouble without coddling them.

Daisuke is someone who can admit his mistakes and change himself to make sure he does not make the same mistake again. I hope that he is released as soon as possible, both for his sake, and for the sake of his family that waits for his return.

Yuzu Takeda
1-16-6-203 Aoyanagi
Kunitachi City, Tokyo, Japan

2021/11/15

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は武田由都（タケダ　ユヅ）です。テーラーをやっています。

私と大輔は大学時代からの友人です。

私が仕事で悩んでいる時には、相談に乗って貰いました。彼は勤勉で努力家なので、一途に物事
に取り組み、決して諦めない精神を持っているからです。
叶いませんでしたが、私がお金がない時には、彼のお店の清掃などの仕事をくれるような人です。
困っている人には厳しくも彼なりの優しさで接してくれる人です。

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために、1日も早い出所を心から望みます。

武田由都
東京都国立市青柳1-16-6-203

November 8, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yorito Murasawa and I work at an export company in the Sumida Ward of Tokyo. I am writing to you today about Daisuke Miyauchi.

I became friends with Daisuke in 2016 after being introduced to him by my mother. He is much older than I am, but he has always treated me as an equal, considering me as a friend even though I was 19 years old at the time. He has since become a trusted mentor for me.

He has introduced me to a great deal of books, and in particular, the Midnight Express by Kotaro Sawaki was a book that really expanded my horizons in life.

When I came of age and turned 20 years old, he not only celebrated the occasion, but he is also one of the few older friends who teach me about work and human relationships as an adult.

Daisuke is a man who can face his own failing and admit his wrongdoing. Please give him a chance to admit his error and atone for his crime.

I pray that he is released as soon as possible for Daisuke's sake and for the sake of his family waiting in Japan.

Yorito Murasawa
4-1-407 Kanda Sakuma-cho
Chiyoda-ku
Tokyo, Japan

2021年11月8日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

宮内大輔について

## 親愛なるアルトナガ裁判官

私の名前は村沢 頼人と申します。
私は東京都墨田区で輸出会社に勤めています。

私は大輔とは2016年から母の紹介で仲良くなりました。
大輔はとても年上ですが、19歳の私に大人同様に会話してくれ良き先輩となりました。
様々な本を勧めてくれて、中でも「深夜特急」沢木耕太郎著者の本は私の視野を広げる
きっかけとなりました。
20歳の誕生日には成人のお祝いもしてくれると共に、仕事の姿勢や人との関わりについて
教えてくれる私の数少ない年上の友人です。

大輔は今回の過ちに真摯に向き合える人です。
過ちを認めやり直すチャンスを彼に与えてください。

大輔や日本で待つ家族のために1日も早い出所を心から望みます。

東京都千代田区神田佐久間町4-1-407

村沢頼人

14th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Yoshitoshi Nagase. I am a retailer of small animals at Meito Suien
Co., Ltd. I've been with Mr. Miyauchi for about 17 years.

When I went to Germany for work, I was taken to play on off days and helped me
with fluent English when I got negotiating at shops. He is reliable for me.
For last couple of years, I have been able to have a good business time with him
in Hokkaido. He is kind and has full of vitality, good behavior, communication
skills, and has leadership. He is also one of my idols, because he is a sincere
and hard worker.

I believe that he is a man who admits the mistakes and has the power to change
himself to a right way. I sincerely hope for the earliest release for the sake of his
family, who are waiting and worried for him.

Yours sincerely,
Yoshitoshi Nagase
275 Nakagawanishi, Atsutamae Shinden,
Minato-ku, Nagoya

2021 年 12 月 14 日

名誉あるセシリア・ M ・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は長瀬美利です。私は株式会社名東水園で生き物の小売をしておりま
す。

宮内さんとは１７年ほどの付き合いですが、仕事で一緒にドイツに行った際も
オフの日に遊びに連れて行ってもらったり、交渉の際も流暢な英語で手助けし
ていただいたりと非常に頼りになる存在です。この数年は北海道の仕事でも、
ご一緒させていただき楽しい時間を一緒に過ごすことができました。
優しくバイタリティに溢れており、行動力、コミュニケーション能力にも長け
ていて、リーダーシップもあります。
誠実で努力家でもあるので、私の憧れている人物の１人でもあります。

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために１日も早い出所を心から望みます。


長瀬美利
住所：名古屋市港区熱田前新田字中川西２７５

November 1, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Orie Motozawa and I work as a web designer in Japan. I am writing to you today on the subject of Daisuke Miyauchi.

Daisuke is an old friend of my husband, and we our families have a close relationship.

Daisuke started a business early in his career, and because he was extremely hard-working, he was able to find success and provide us with a great deal of knowledge and advice over the years. He is an extremely capable man.

He has served as a bridge between Japan and the world and has contributed positively to Japan's relationship with countries globally. He has also made a sizable cultural contribution both within Japan and outside of it.

Daisuke has always been willing to offer his ear and his advice when I was in trouble. He is one of the rare generous and kind friends in my life, and he has always been willing to lend a helping hand to the people around him. He has always been devoted to his family and friends.

I understand that he has committed a grave crime, but he is a man capable of admitting his faults and correcting his path to return to being a contributing member of society.

His family and his many friends in Japan both wish for and need for him to return. I sincerely pray that you will consider granting him some mercy.

Sincerely,

Orie Motozawa

Fukazawa
Setagaya-ku
Tokyo, Japan

2021 年 11 月 1 日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区

400 ノースマイアミアベニュー

13-3 号室

フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は本澤緒里恵です。

私は日本でウェブデザイナーとして働いています。

大輔は私の夫の古い友人であり、家族ぐるみの付き合いをしてきました。

彼はいち早く起業して、とても勤勉だったため、多くのことを彼から学ぶことがことができました。彼はとても能力がある人間です。

日本と海外の架け橋となり、国際交流に貢献してきました。そして国内外で文化活動においても多くの実績を残しています。

私が困った時にいつも相談に乗ってくれました。

数少ない優しい友人であり、いつも周りの人間を助けてくれます。

家族、友人に対していつも献身的でした。

彼の罪は許されることではないですが、きっと改心して正しい方向に進んでいく力を持っている人間です。

日本で彼を待つ家族、友人がたくさんいます。

寛大な処置を心から望みます。

本澤緒里恵

東京都世田谷区深沢

November 9, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Shingo Harima. I am an architect and writing to you today concerning Daisuke Miyauchi.

Daisuke and I have been friends since our college days, and I have spent a great deal of time with him over the years. He is extremely energetic and he was someone who always brightened those who are around him.

What's more, he was always someone who was aware of himself, and would dedicate himself to making progress toward his own goals. He would always reach out to me when I was struggling and would listen to whatever I had to say and offer me advice.

Daisuke is one of the few friends that I trust without reservation. His friendship is irreplaceable and an important part of my life.

He is a man who can admit his mistakes and can change himself for the sake of his own future.

I pray from the bottom of my heart for his early release for his sake and for the sake of his family and friends that eagerly await his return.

Shingo Harima

2021 年 11 月 9 日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区 400 ノースマイアミアベニュー13-3 号室フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は播磨信吾です。私は建築家です。

私と大輔は大学の時からの友人です。私と彼は多くの時間を共に過ごしました。

彼はとても活発で周囲を明るくする事が出来る人でした。

そして、自分を持っており、自分の進む道に対し、真摯に行動していました。

彼は私が悩んだりしていると声を掛けてくれ、相談にのってくれました。

彼は私が信頼する数少ない友人の 1 人です。

彼は私にとって掛け替えのない存在です。

彼は自分の過ちを認め、こちらからの未来の為に自分を変える力がある人です。

彼や、彼を待つ家族のため、そして多くの友人達のために 1 日でも早い出所を心から

望みます。

Shingo Harima

8th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Atsushi Kinoshita. I am an office worker in Shizuoka.

Mr. Miyauchi was a senior team-mate in the basketball club in junior high school. He worked very hard on club activities. He taught his juniors rigorously, but he was a passionate and loving teacher.

Just before the basketball tournament, some of his teammates behaved improperly and the coach said that they would not play on tournament.

At that time, he was the first to discuss this matter and worked for outcome.

He worked for people regardless of himself.

Even after getting old over 20, our exchanges continue, and Mr. Miyauchi contacts me every time I come back to our hometown and takes me to a meal.

If you have any problems, he will always consult with you and listen to you very seriously. He is very compassionate and has been living with his juniors. He often talks about his family. He said he often goes abroad for his work so he tries to make a lot with his family when he is in Japan.

It is obvious to guess that he has been very lonely there, because he has not seen his family overseas for last several months. I really hope that you would be able to help his release back to his family and all his companion as soon as possible.

Atsushi Kinoshita,
1-158-1, Yatsu-cho,
Shimizu-ku, Shizuoka-shi

Atsushi Kinoshita

2021年12月8日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

僕の名前は木下淳です。静岡で会社員をしています。宮内さんは中学のバスケットボール部の1個上の先輩でした。とても一生懸命部活動に励んでいました。後輩の僕たちには厳しく指導しましたが情熱的で愛のある指導をする人でした。バスケットボール部の大会直前にチームメイトの何人かが不適切な行動をしてしまい、コーチが彼らを試合に出さないと言った。そのときに真っ先にコーチと話し合い、なんとか問題を解決できるように働きかけてくれました。彼は自分が関係なくても人のために動いてくれました。大人になってからも交流は続き、宮内さんは地元に帰ってくるたびに連絡をくれ、食事に連れて行ってくれます。そのときも困ったことがあればいつも相談にのってくれ、とても真剣に話を聞いてくれます。とても情に厚く、後輩から慕われています。彼はよく家族の話をします。彼は仕事でよく海外に行くので日本にいるときは家族との時間をたくさん作るようにしていると言っていました。家族に会いたくてとても寂しがっていると思います。早く彼が日本の家族の元に帰れることを祈っています。

静岡市清水区谷津町1-158-1
木下淳

1st December, 2012

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

I'm Hideyuki Kinoshita. Miyauchi was a friend ever after elementary school, and he and I was cozy class mate because we were small at same height. We were always lined up in back and forth in a row when they were ordered alignment in class. In every event during alignment time, I had many opportunities to talk to him, and we had become close friend.

Miyauchi was an excellent student who made friends with everyone and had a sense of justice. He was polite, even if he looked naughty, and he didn't throw trash around and violate manners. He knows that he respects older people and always treats them with honorifics and sincerity.

Even after I became an adult, our relationship did not fade. He and I have continued to interact with each other's families. I feel that he is good at taking great care of his child as a good father. I guess that he feels very lonely when he is separated from his family, especially being abroad now. It can be without doubt that he deeply regrets what he has done there and I don't think he will make the same mistake again. We will do our best to support him, so please give a generous judgment for him so that he would be able to return to his family as soon as possible.

Hideyuki Kinoshita
1-186-2 Yatsu-cho,
Shimizu-ku, Shizuoka-shi,
Shizuoka, Japan

2021年12月1日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

僕は木下秀之と言います。宮内とは小学校からの友達でずっと同じクラスで二人とも背が低かったのもあり話す機会が多く、昔からよく遊ぶ仲でした。宮内は誰とでも仲良くし、正義感があり優秀な生徒でした。見た目はやんちゃな方でも礼儀正しく、ゴミをその辺に捨てずマナー違反をしない人でした。年上の人を敬い常に敬語で誠実に接しているのを知っています。大人になってからもお互いの家族同士で交流を続けていますが、子供に対して面倒見がよくて父として立派だなと感じます。家族と離れ離れになってとても寂しい思いをしていると思います。彼はやったことを深く反省し、二度と同じ過ちを犯さないと思います。自分も全力でサポートしますのでできる限り早く家族の元に帰れるように寛大な判決をお願いします。

静岡県静岡市清水区谷津町1-186-2
木下秀之

November 11, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Kaede Maruyama, and I work at Mr. Miyauchi's reptile shop. I have been working there since October of 2020.

The reason I wanted to work at Mr. Miyauchi's shop was because he had a great reputation among his customers and his staff were all very knowledgeable and trustworthy, and I wanted to be like them.

Maniac Reptiles that Mr. Miyauchi owns and runs is one of the larger shops in Japan and has a great deal of influence. I look up to him for having built and operated such a business for many years.

He always treats staff members fairly and provides great leadership and guidance when necessary. It's been a very good experience for me to work at his shop.

I am very anxious about the fact that Mr. Miyauchi is not here to run his shop. As I wish to continue working at this shop, hoping that he will return as soon as possible.

Kaede Maruyama

Maison Tachibana Part 2 No. 201
1-1-40 Shinohara-higashi
Yokohama Kohoku-ku
Kanagawa Prefecture, Japan

2021 年 11 月 11 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

私は宮内さんの爬虫類ショップで働いている丸山楓(Kaede Maruyama)といいます。

私は 2020 年の 10 月から働いています。

宮内さんのお店で働きたいと思ったのはお客さんからの評価が良く、スタッフの知識が豊富で信頼できる店だからです。

Maniac Reptiles(宮内さんのお店) は日本では大きいお店で影響力があります。

私はそんなお店を何年も経営している宮内さんを尊敬しています。

宮内さんはスタッフにたいして理不尽に怒ったりしないですし、適切な指導をしてくれます。私は宮内さんのお店で働くことでとてもいい経験をさせてもらっています。

宮内さんがいないことで不安です。

これからも働きたいので少しでも早く帰ってきていただきたいです。

日本神奈川県横浜市港北区篠原東 1-1-40

メゾンたちばな part2 201

丸山楓

丸山 楓

iPhone から送信

1

January 7, 2022

Honorable Cecelia M. Altonaga
United States District Judge Southern District of Florida

Judge Altonaga,

I am writing this letter to vouch for the character of Daisuke Miyauchi.

My name is Brent Bumgardner. I feel this letter will hold little merit without me providing some personal information about myself. I am a 58-year-old lifetime resident of Northern Virginia. I recently retired from a distinguished 34-year-career in the automotive industry. I'm blessed to have a loving partner of twenty eight years who has helped me raise two compassionate and driven children. I firmly believe that your success in life comes from the people you surround yourself with and the impact you make on your community.

I have known Daisuke Miyauchi since early 2010. We met through our mutual passion for reptiles and amphibians. Whenever Daisuke would visit the United States, we made it a point to meet up and spend time together. Whether enjoying a meal, fishing, or discussing our lives and our families, I considered Daisuke a true friend. I especially admired his love for his family, as well as his community.

We may come from two very different cultures, but I feel over the last ten-plus years that we have come to truly understand each other and our similar values and ways of life. From my perspective, Daisuke has always been very good to the reptile community and thus has our total support.

I appreciate your time and consideration.

Sincerely,

Brent Bumgardner

DECEMBER' 14th, 2021

Prestigious Cecilia M. Altonaga

United States District Judge

Southern Florida

400 North Miami Avenue

Room 13-3

Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Norapat Thongthai. I am a very close Thailand' friend of Daisuke Miyauchi.

I have been a friend of Daisuke since college.

Daisuke and I spent a lot of time together. We'd been study at Cambridge high school in New Zealand since High school college. Daisuke and I studied at the same class since Grade 10 to Grade 12

Later when we graduated, we still keep in touch since from that time till today. He came to travel to Thailand so many time and visit to me. And I also went to see him in Japan when I was once travelled to Japan.

He is very diligent and hardworking.

He is very friendly and helpful and hospitality

He is one of a good friend that when I have a problem I can talk to directly talked to him and surely he is very helpful and give a very good solution and good advise to me.

He is credible.

When he has done something wrong and noticed about that, he is rather prompt and strictly change himself rightaway and he never ever won't do it again.

I sincerely hope for the earliest possible source for him and the family waiting for him.

SINCERELY YOURS,

NORAPAT THONGTHAI

(A FRIEND OF DAISUKE MIYAUCHI FROM CAMBRIDGE HIGH SCHOOL)



1st December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

I'm Ayaka Kubo. I am a housewife in Kanagawa prefecture, Japan.
I've known Mr. Miyauchi for about 5 years in the animal-related work, where my
husband used to work before present job. The style of Miyauchi at work was
very serious. He was always a reliable person who tries to make it better on
everything.

He made a trouble on business overseas this time, but I believe he is deeply
remorseful. He is a person who is able to admit mistakes and has the power to
change himself. I sincerely hope that he would be rehabilitated and come back
soon for his family and friends as well as his fellows in his company. Taking
account of bitter experience this time, he could continue to make greater
contributions to Japanese business market and society. Many people yearn for
his return and want to work with him again. We would ask you to make a special
decision to him so that he could return to Japan earlier than planned on the
regulation.

Ayako Kubo
79-5 Hachiman-cho,
Minami-ku, Yokohama-shi,
Kanagawa 232-0037

2021年12月1日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13−3号室
フロリダ州マイアミ33128

RE:宮内 大輔

親愛なるアルトナガ裁判官

私は久保 綺香です。私は日本の神奈川県で主婦をしています。
宮内さんとは主人の前職の動物関係の仕事で知り合い5年くらいの付き合いです。
彼の仕事ぶりはとても真面目で、彼の職場に来店の際も誠実な対応をさせていただきました。
プライベートで付き合いもありますが、常にすべてにおいて、
良い調和を作ることができる信頼できる人物です。


彼は過ちを犯してしまいましたが、私は彼が深く反省していると信じています。
彼は過ちを認め、自分を変える力がある人物です。
彼の会社のこともちろんですが、彼の家族や友人の為にも、
更生して早く帰ってきてくれることを、心から願っております。
彼は反省して、今後も社会に大きな貢献をすることができる人物です。
たくさんの方が彼を慕い、また一緒に仕事をすることを望んでいます。
彼が一刻も早く社会復帰できるよう、格別のご判断をお願いいたします。


〒232−0037
神奈川県横浜市南区八幡町79−5

久保 綺香

23rd Janurary, 2022

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Alto Naga,

My name is Eiichi Nomoto. I run a funeral company and an reptile shop in Osaka.

I have been a friend of Daisuke for 20 years, and I started to have a long relationship with him by talking about both of business and private. For him, work is like a hobby. He is a serious and caring person. He has a strong sense of companionship and is a reliable person who actively solves the problems of small animan industry. I think it is no exagarrated to describe that we could not maintain the current name of the industry without his success at various event in Japan. I sincerely hope that his return will be as soon as possible for his waiting family.

Sincerely yours,
Eiichi Nomoto

2022年1月23日


名だあるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128


RE:宮内大輔


親愛なるアルトナガ裁判官


私の名前は野本栄一です。
私は大阪で葬儀社と爬虫類ショップを経営しています。


私は大輔とは20年からの友人で
経営の話や趣味の話で意気投合し
長く付き合いをする様になりました。
彼は真面目で面倒見が良く
仕事が趣味みたいな人間です。
彼は仲間意識が強く業界全体の悩みなども
積極的に解決してくれる、頼りになる存在でした。
20数年前から日本の爬虫類業界の為に
尽力し各イベント等でも彼の活躍無くして
今のこの業界の知名度は保て無かったといっても過言
では無いと思います。
私も含め彼を待つ家族のために1日も早い出所を心から
望みます。

野本栄一

2nd December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Hiroaki Maruyama. I'm a reptile shop clerk at a reptile shop.
When I met him, I was a customer at his shop, but now he is a big senior in the
reptile industry. When I got a mental sick in struggling for an incident at work,
he talked me a lot to give me kind and to care at his shop and events. I got very
impressed with the kindness. I would not forget such compassion and great
mind.

I really hope that he could return back to Japan and warm up his son and wife
by his warm heart. I would like to ask you to make the release as soon as
possible.

Hiroaki Maruyama
2-4-16 Hisamoto, Takatsu-ku,
Kawasaki-shi, Nagawa 305

2021 年 12 月 2 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判所
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は丸山洋明です。

私は爬虫類ショップの店員です。

私は大輔さんとは大学生の時からの知人です。

私が彼のお客だった時もありますが、現在は爬虫類業界の先輩です。

私が精神的な病気になり辛かった時、

店舗やイベントで会えば、気に掛け何度も話をしてくれました。

私はその優しさに今でも大変感謝しています。

彼や彼の優しさを必要としている家族の為にも 1 日も早い出所を望みます。

神奈川県川崎市高津区久本 2－4－16　305

12th Dec, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Natsuko Sugiura. I am a retailer at a small animal shop, 'Meito Suien Co., Ltd'. I met Mr. Miyauchi at business. He is a senior of the market, and he is a respectable and fully talented person who has various abilities to arbitrate different issues to act and give advices.

I believe that he is a person who admits mistakes and has the power to change himself. It would be so much appreciated to consider of this letter in order to return him back to his family. I hope to see him with smile and good health soon. All his customers and family are anxious about his mental and economical situation there, which ha cannot make end meet without work. Please be generous to solve it out for him, even if it were irregular and difficult for the sin made by alien. You may see him useless, but in Japan he is important as father and an owner of many employees, who have responsible for their own families.

Natsuko Sugiura,
9-28 Kanseicho, Minato-ku,
Nagoya city, Aichi prefecture

2021年12月12日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE：宮内大輔

親愛なるアルトナガ裁判官

私の名前は杉浦菜都子です。私は株式会社名東水園で生き物の小売をしています。

私は宮内氏とは10年ほど前から仕事で付き合いがあり年に数回会う事があります
業界の先輩である彼はとても親切にアドバイスをしてくれます。
陽気な性格で行動力がありたくさんの人に慕われる存在です。
努力家な彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために1日も早い出所を心から望みます。

杉浦菜都子
愛知県名古屋市港区寛政町9－28

杉浦 菜都子

1st December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

I'm Satoshi Kubo. I live in Kanagawa and am an office worker. I've known Mr. Miyauchi for last 20 years. I met him in my previous job related to animals. He was very serious in work and I think that he was sincerely responding to transactions.

Even if it had been not a profitable for him to make a contract with me, he introduced some deals without unpleasant response. I also have been close to him in my private life, but he has always been reliable in everything and provided a good atmosphere in communication.

He made a mistake last year in U.S., but I believe he would have been deeply remorseful. He is a person who will admit mistakes and has the power to change himself. I hope that he has rehabiriated and come back soon for his company, and especially for his family and friends. He is a loved one who can atone for his sins and continue to make a great contribution to society.
Many people yearn for his return and want to work with him again. Please make a thoughtful decision so that he can return to Japan as soon as possible.

Satoshi Kubo
79-5 Hachiman-cho, Minami-ku,
Yokohama-shi, Kanagawa 232-0037

2021年12月1日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13－3号室
フロリダ州マイアミ33128

RE：宮内　大輔

親愛なるアルトナガ裁判官

私は久保　智です。私は日本の神奈川県で会社員をしています。
宮内さんとは前職の動物関係の仕事で知り合い20年来の付き合いです。
彼の仕事ぶりはとても真面目で、取引の際も誠実な取引をさせていただきました。
彼に利益のない取引などでも紹介していただいたりもしました。
プライベートで付き合いもありますが、常にすべてにおいて、
良い調和を作ることができる信頼できる人物です。


彼は過ちを犯してしまいましたが、私は彼が深く反省していると信じています。
彼は過ちを認め、自分を変える力がある人物です。
彼の会社のこともちろんですが、彼の家族や友人の為にも、
更生して早く帰ってきてくれることを、心から願っております。
彼は反省して、今後も社会に大きな貢献をすることができる人物です。
たくさんの方が彼を慕い、また一緒に仕事をすることを望んでいます。
彼が一刻も早く社会復帰できるよう、格別のご判断をお願いいたします。


〒232－0037
神奈川県横浜市南区八幡町79－5

久保　智

10th Nobember, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Sho Hasebe. I have been working at a reptile shop run by Daisuke since April 2017. Mr. Miyauchi's shop is large in Japan and is famous with wealth of knowledge in a wide range of small animal fields. Therefore I've always wanted to work for him since I was a student.

Mr. Miyauchi taught me one by one in an easy-to-understand manner to me, who had no knowledge at all when I started working, and he kindly talked about the joy of serving customers. Also, when I had fault at work and is depressed and worried, he is a very kind and enthusiastic person who thinks about problems together and improve better ways at once and encourages all staffs

.

Since Mr. Miyauchi is not in the store last year, I am in big troubles because I cannot take care of all managements and animals.

And since a manager, who always leads everyone, suddenly resigned last year, so that I'm only worried about the future without Miyauchi.

I have respected Miyauchi-san so that it surprised me about this matter .
I sincerely hope that he will come back to the store as soon as possible and like to let us work with him.   I would like to see him as soon as possible.

Sho Hasebe
1-20-29 Nishihashimoto, Midori-ku,
Sagamihara City, Kanagawa, Japan

2021 年 11 月 10 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13−3 号室
フロリダ州マイアミ 33128

**Re:宮内大輔**

親愛なるアルトナガ裁判官

私の名前は長谷部笙です。私は宮内大輔さんが経営している爬虫類ショップで 2017 年 4 月から働かさせて頂いています。
宮内さんのお店は国内で規模が大きく、広い分野にわたって知識が豊富なことで有名なお店で、学生の頃からずっと働きたいと思っていました。

働き始めて知識が全くなかった私に対して、宮内さんは 1 つ 1 つ丁寧に分かりやすく教えて下さり、接客の楽しさや命を取り扱う事に対しての思いを話して下さりました。
また、仕事で失敗して落ちこみ、悩んでいる時には問題点や改善点を一緒に考えて下さり、励ましたりしてくれるとても優しく仕事に熱心な方です。

宮内さんがお店にいないことで、経営や動物のお世話が回らず大変困っています。
そして、いつもスタッフのみんなをひっぱってくれていた方が急にいなくなってしまったので、この先の事が心配でしかありません。

私は宮内さんの事を尊敬していたので、今回のような事が起こってしまったことに関してはとても残念に思っています。
罪を犯してしまったことの重大さをしっかり反省して頂いて、一日でも早くお店に戻ってきてもらい、また一緒に働ける事を心から願っています。

神奈川県相模原市緑区西橋本 1-20-29
長谷部 笙

November 4, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Ave. 13-3
Miami, Florida 33128

Dear Chief Judge Altonaga,

My name is Hitoshi Nakatani, and I am writing to you regarding the case of my friend Daisuke Miyauchi.
I am a realtor with an office at 2-10-7 Dougenzaka, Shibuya-ku, Tokyo.

Daisuke and I have been friends since 2017. He and I have spent a great deal of time, frequently going out to meals and taking vacations abroad together.

In our time together, I came to know Daisuke as a man dedicated to his work and a man who has a passionate and compassionate soul. When he finds a friend is in trouble, he will drop everything else and take whatever time is necessary to take care of the problem until it is solved. He is also a man who can confront difficult truths, calling out friends if he believes they are making a mistake. I have faith that he is a good man and is capable of reform.

He is a man who is able to admit his wrongdoing and work to make amends for those mistakes. I ask that you please give him a chance to atone for his crimes through contributions to society.
I hope for his early release for his sake and for his family that eagerly awaits his return.
Thank you for your time.

Sincerely,

Hitoshi Nakatani

1-10-7 Otsuka, Toshima-ku
Tokyo, Japan

2021 年 11 月 4 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

## 親愛なるアルトナガ裁判官

私の名前は中谷仁と申します。
私は東京都渋谷区道玄坂 2-10-7 で不動産業をしています。

私は大輔とは 2017 年からの友人で彼とよく遊び、時には一緒に食事をしたり海外旅行に行ったりとたくさんの時間を共に過ごしました。
彼はとても仕事熱心で、熱い心を持った人情味のある人間です。
彼は友人が困っていると夜遅くまで問題が解決するまで話し相手になってくれる優しさがあったり、友人が間違ったことをするとしっかりと注意してくれたりします。
そんな彼を私は信じています。

彼は自分自身でしっかりと過ちを認め、やり直せる人間です。そのためのチャンスを与えてください。

彼や、彼を待つ家族の為に 1 日も早い出所を心から望みます。
東京都豊島区北大塚 1-10-7

November 15, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Mitsuru Ohe, I work as a camp site leader at the camping ground at Nagai Ocean Park Campground here in Japan. I am writing to you today concerning Daisuke Miyauchi.

Daisuke and I have been friends since college. We have spent a great deal of time together over the years. He is an extremely hardworking man with a great deal of interests, and he has always given his all regardless of what he was working on. He is a compassionate man who is always quick to offer his help whenever his friends are in need. He is one of my few friends that I can talk to whatever the situation, whether I am struggling, grieving, rejoicing, or celebrating. He is true to his word and is extremely trustworthy.

Daisuke is a man who can admit his errors and change himself to make himself a better human being. I pray for his sake and for the sake of his family that he will be released as soon as possible.

Sincerely,

Mitsuru Ohe

2021 年 11 月 15 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は太江充です。私は長井海の手公園キャンプ場でキャンプ場リーダーとして勤務しています。

私は大輔とは大学の時からの友人です。
私と彼は多くの時間を共に過ごしました。
彼はとても勤勉で多くのことに興味を持ち、全てにおいて非常に努力をしていました。
彼は友人が困っているとすぐに手を差し伸べ、助けてくれる優しさがあります。
彼は私が困った時、苦しい時、悲しい時、嬉しい時、幸せな時、全てを話せる数少ない友人の一人です。
彼は口が堅く信用が出来ます。

彼は過ちを認め、自分を変える力のある人です。
彼や、彼を待つ家族のために１日も早い出所を心から望みます。

November 15, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yasuyuki Sasaki and I own a company in Oita Prefecture of Japan. I am writing to you today about Daisuke Miyauchi.

I have been friends with Daisuke since college. We have spent a great deal of time together. Daisuke had a dream since his time in college, and he steadily put in the effort to launch his own company.

He is a kind man who is always quick to offer a helpful hand to his friends and help them when they need it. He is a trustworthy man who does not go back on his word.

He is a person capable of admitting his mistakes and changing his ways. I hope that he is released as soon as possible for his sake and for the sake of his family that waits his return.

Yasuyuki Sasaki
1802-1 Kitausa
Usa City
Oita Prefecture, Japan

2021 年 11 月 15 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は佐々木康幸です。私は日本国　大分県で会社を経営しております。

私は大輔とは大学の時からの友人です。
私と彼は多くの時間を共に過ごしました。
彼には大学時代から夢があり、コツコツと努力し会社をたちあげました。
彼は友人が困っているとすぐに手を差し伸べ、助けてくれる優しさがあります。
彼は口が堅く信用ができます。

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。

自分の名前　佐々木康幸
住所　大分県宇佐市北宇佐１８０２－１

2021. 11. 15.　佐々木康幸

November 7, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Yoshitsune Kujima and I make my living as a music producer. I am writing to you today about Daisuke Miyauchi.

Daisuke and I have been friends since college. Over the years we have spent a great deal of time together.

He is an extremely honest and sincere human being.

His bright and positive personality has the power to brighten the lives of people around him and give them energy when they need it.

He is also an extremely thoughtful individual, and he is someone who makes everyone around him feel more comfortable just by being in his presence.

Daisuke is one of the few friends that I trust without reservation and speak to about any subject. I can trust to keep his word and maintain confidentiality.

He is a man with the strength to admit his mistakes and change his ways.

For his sake and for the sake of his family, I pray that you grant him an early release.

Sincerely,

Yoshitsune Kujima

2021年11月7日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区

400ノースマイアミアベニュー

13-3号室

フロリダ州マイアミ33128

RF: 宮内大輔

親愛なるアルトナガ裁判官

私の名前は九島義径です。私は音楽制作で生計を立てています。

私は大輔とは大学の時からの友人です。私と大輔は多くの時間を過ごしました。

彼はとても正直者で実直な人間です。

彼はその明るく前向きな性格から、一緒にいる人達を明るくさせるような、また、人を元気付けるようなパワーを持った人間です。

それに繊細さもあり、一緒にいると些細な気遣いもできる、とても過ごしやすい人間です。

彼は私がなんでも話せる数少ない友人の一人であり、彼は口が硬く、とても信用できる人間です。

彼は過ちを認め、自分を変える力がある人です。

彼や、彼を待つ家族のために1日も早い出所を心から望みます。

九島 義径

10th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga

My name is Kobayashi. I am a designer in Japan.

Daisuke and I are close friends who keep on a good relationship beyond work.

He is precious one of best friends who traveled and worked together and spent a lot of time with him.

He has kindness to reach out to people in difficulty and help his friends as soon as they struggle. When I'm in financial trouble, he introduced a client to my company. In another case, he made a job from his company to my company. He is a warm-hearted person who always gives a message card on the birth day every year. He has affections for others.

I think every human being has a tough time and a hard moment to make a mistake.
I think the problem is whether we can never commit the crime again or not.
I know he don't make the same mistakes in my experience of knowing his attitudes, and he gets over from wrong behavior. Please give him a honorable chance.
I sincerely hope for the earlies release for his family, waiting for him.

Best regards,
Junpei Kobayashi

親愛なるアルトナガ裁判官

私の名前はKobayashiです。私は日本でデザイナーをしています。

私と大輔とは仕事の枠を超えた友人です。

彼と一緒に旅をしたり仕事をしたり彼と多くの時間を過ごした友人の一人です。

彼は友人が困っているとすぐに手を差し伸べ、助けてくれる優しさがあります。

金銭的に私が困っているときにはクライアントを紹介してくれたり自らの会社から仕事を発注してくれたり、

仲間のバースデーには毎年必ずメッセージをくれたり他人に対して愛のある人間です。

人間誰にでもきつい時期や過ちを犯す瞬間はあると思います。

問題はその罪を二度と犯さないという事が出来るかという事だと思います。

私は彼との付き合いの中で同じ過ちは犯さない事はしっていますし、間違った自分を変える

強い意志のある人間だと思っています。

彼に温情あるチャンスをください。

彼や、彼を待つ家族のために1日も早い出所を心から望みます。

小林亨平

Dear Judge Altonaga,

My name is Winston Tsai, I am an Orlando Fire Department Paramedic, and I have known Daisuke Miyauchi for about 7 years. Originally started as business associate, but turned into friendship. As long as I have known Daisuke, he has shown he would go out of his way to help people, and friends alike. Daisuke showed great warmth and welcoming when my wife and I visited his country, treating us as we were family.

Diasuke has good moral character, though stubborn sometimes. He is the type that would admit his mistakes and learn from them instead of making excuses. I sincerely hope he gets the chance to learn from the mistakes and make himself better and rise above it when given the chance. He has a great family waiting for him back home.

Thank you for taking this into consideration.

Sincerely,

Winston Tsai

905 Pine Ave

Sanford, FL 32771

Michael A. Castillo Jr.

1225 Beestone Dr.

Saginaw, TX 76131

michael.a.castillo_@icloud.com


Honorable Cecilia M. Altonaga

United States District Judge Southern Florida

400 N. Miami Avenue Room 13-3

Miami, FL 33128

December 28, 2021


Court Case: Daisuke Miyauchi

My name is Michael A. Castillo. I'm Merchant Services Analyst for JP Morgan Chase.

I have been a friend of Daisuke for over 10 years no. Daisuke, and I have spent a lot of time together over the years here in Texas fishing some of these greatest lakes Texas has to offer. He has always been very diligent, hardworking and a great father to his son. He has always shown other including myself kindness and always willing to help anyone in need. He has always been some I consider him a close friend and someone I can say I trust. He is someone I can say admits to his mistakes, learn from his mistakes, takes action and responsibility for those mistakes.

I sincerely hope that you will take this into consideration upon sentencing so he can return to his home with his wife and young son.

Sincerely,

Michael A Castillo

November 1, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Jiro Komori, and I am a chef at a restaurant in Japan. I am writing to you today concerning Daisuke Miyauchi.

I have been friends with Daisuke since college and our relationship spans over twenty years. I spent a great deal of time with him during the years spending time together as students.

Since our time in college, Daisuke has always been a thoughtful friend. He has always been the first one to offer me a helping hand when I am going through personal problems or struggling with my work.

He is one of the few people in my life that I can say I trust without reservation and consider to be a true friend.

He is a man capable of admitting his mistakes and changing his ways. I pray that he can rejoin his family and his friends soon.

Sincerely,

Jiro Komori

A201 Guri-ntaununomori
2-5-19 Unomori Minami-ku
Sagamihara City, Kanagawa Prefecture
Japan, 252-0301

2021 年 11 月 1 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は JIRO KOMORI です。
私は日本でレストランのシェフをしています。

私は大輔とは大学の時からの 20 年以上の友人です。
私と彼は学生時代に多くの時間を共に過ごしました。

彼は学生の頃から現在までとても友人想いです。
私が困っている時や仕事で悩んでいる時はすぐに手を差し伸べてくれる優しさがあります。

彼は私の数少ない恩人の一人です

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。

JIRO   KOMORI
A201 Guri-ntaununomori
2-5-19 Unomori Minami-ku,
Sagamihara-shi, Kanagawa-ken 252-0301
Japan

JIRO KOMORI

November 29, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Keiji Yasuda.

I met Daisuke Miyauchi as an adult. He is extremely kind and is always happy to listen and offer advice whenever I needed a helpful ear.

He had also put in a great deal of effort into spreading the recognition of reptiles as pets and animals in Japan where they were not particularly well known or popular.

He is a man who can admit to his mistakes and change himself for the better.

I pray that he can return home as soon as possible for the sake of his family and for his employees that wait for his return.

Sincerely,

Keiji Yasuda
1824-2 Shimo Hachiya, Hachiya-cho
Mino Kamo City
Gifu Prefecture, Japan

2021年11月29日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

親愛なるアルトナガ裁判官

私の名前は安田圭志です。

私は宮内大輔とは社会に出てから知り合いました。
彼はとても優しく、困っているときにはいつも親身に相談に乗ってくれました。
日本ではあまり身近に感じられていなかった爬虫類を世に広めるため尽力してくれています。

彼は過ちを認め、自分を変える力がある人です。
彼や彼を待つ家族、彼のもとで働く従業員のために1日も早い出所を心から望みます。

安田圭志
日本国岐阜県美濃加茂市蜂屋町下蜂屋1824-2

November 23, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Kazutoshi Hamamura. I am an employee at a company in Japan that has a business relationship with Daisuke Miyauchi. He has been a great help to me both at work and in my private life.

At work, he has provided me with invaluable advice from when I was a new employee and is a mentor whom I can look up to and trust.

In private, we often went fishing together.

Daisuke was kind enough to introduce me to his circle of friends and help me expand my social network.

He interacts with everyone equally, and with his charisma and leadership, he is always at the center of any social group he is part of.

I greatly admire and respect him.

Daisuke is someone who can express remorse for his mistakes and work hard to make things right.

I pray that he is released as soon as possible.


Sincerely,

Kazutoshi Hamamura
Saison Spika 202
649-1 Haraichi, Ageo City, Saitama Prefecture
Japan

2021 年 11 月 23 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー 13-3 号室
フロリダ州マイアミ 33128

RE：宮内大輔

親愛なるアルトナガ裁判官

私の名前は濱村　一利です。
日本で大輔さんの会社と取引のある会社でサラリーマンをしています。
大輔さんにはビジネスやプライベートでも大変お世話になっています。
仕事では、私が新人の頃から色々なアドバイスをくれたりしてとても信頼でき、そしてすごくよく面倒をみてくれる先輩です。
プライベートでは釣りによく一緒に行きます。
大輔さんの友人のコミュニティに入れてもらったりして私の交友関係を広げてくださいました。
彼は分け隔てなくいろんな人に接することができ、持ち前のリーダーシップで常にグループの中心にいる人物です。
そんな彼を私は尊敬しています。

大輔さんは今回のことを深く反省し、努力できる方です。
彼の一日でも早い出所心から願っています。

濱村　一利
埼玉県上尾市原市 649-1 セゾンスピカ 202

November 23, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Yudai Abe, and I am an old friend of Daisuke Miyauchi.

He is an individual with an extremely strong sense of curiosity and is also proactively willing to tackle challenges in his life.

In the workplace, he thinks of his employees first and foremost, and he often spoke to me about how he could make his shop a better place to work.

In private, we often went fishing together, and during those occasions he was always very thoughtful, making sure that the people around him are comfortable and enjoying themselves.

He is also extremely dedicated to his family, and he often showed me pictures of his beloved son.

Daisuke is a strong person who can face his mistake and change himself to avoid making the same mistake in the future.

I sincerely hope that he is released as soon as possible for his sake, for his employee's sake, and more than anything, for the sake of the family that waits for his return.

Sincerely,

Yudai Abe

2021 年 11 月 23 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー13-3 号室
フロリダ州マイアミ 33128

RE：宮内大輔

親愛なるアルトナガ裁判官


私の名前は阿部雄大です。

大輔とは古い友人です。

彼は、好奇心が旺盛で新しいことによくチャレンジするアグレッシブな性格です。

仕事の面では、従業員のことを第一に考え、より良い職場づくりのことを考えよく私に話し
ていました。

プライベートの付き合いで釣りに行くことが多く、その際も率先して周りの方々気を遣い
リーダーシップをとってくれる友人です。

また、彼はとても家庭的で愛する子供の写真をよく見せてくれていました。


大輔は自分の犯した罪と向き合い、そして自分を変えていける強い人間です。

彼と、彼の従業員何より彼の帰りを待つ愛する家族のため一日でも早い出所を心より願い
ます。


阿部雄大

阿部 雄大

November 12, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Retarding sentencing of Daisuke Miyauchi

Dear Judge Altonaga,

I worked at Mr. Miyauchi's reptile shop from April 2020 to July 2021.

Mr. Miyauchi was an extremely good leader and someone that we could all depend on. Mr. Miyauchi was fluent in English and the way he confidently interacted with overseas breeders spoke a great deal about the effort he had put into his work.

When it came to the shop, he was someone who would give accurate advice and instructions that I could always trust to steer me in the right direction.

I believe the fact that he has been able to maintain a shop for so many years is a result of his dedication and effort.

Mr. Miyauchi is a man who can put in the hard work required to change, therefore I sincerely hope you will be merciful in your sentencing.

Sincerely,

Kouki Nakamura

2021 年 11 月 12 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13 3 号室
フロリダ州マイアミ 33128

宮内大輔の判決について

親愛なるアルトナガ裁判官

僕は 2020 年の 4 月から 2021 年の 7 月まで宮内さんの爬虫類ショップで働いていました。
宮内さんはリーダーシップがありとても頼りになる存在でした。宮内さんは英語が堪能で、海外のブリー
ダーとも臆せずやりとりしているのを見るとすごく努力してきたんだと思いました。
店のことに関する指摘や指導も適切で信頼のおける人でした。
長年店を続けてこれているのは宮内さんの努力のたまものだと思います。
努力できる人なので寛大な判決をしていただきたいです。

すすきしき

1

15th November, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is kenichiro Oikawa. I run a pet shop of 'Particular'.

Before I started the shop, I was working at his shop, 'Maniac Reptiles'.

Even after I was independent, I have a good friendship with the senior, Daisuke. He is a very active business man who has many business partners both in Japan and overseas. He is a very compassionate person who thinks of his co-workers like a family. He is also a good friend who can help me when I'm really in trouble.

It is no doubt for his fan and fellows that he could be the one who admits mistakes and will make further contributions in the future. I believe that he really wants it. I would like to ask you about his release as soon as possible.

Kenichiro Oikawa
3-2-10 Asahicho, Atsugi City,
Kanagawa Prefecture

2021 年 11 月 16 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE：宮内大輔

親愛なるアルトナガ裁判官

私の名前は及川研一郎です。私はParticularというペットショップを経営して
おります。
私は宮内さんの経営しているマニアックレプタイルズで働かせてもらっていました。
私が自分で独立してからもいい友人、先輩として関係をさせてもらっています。
彼はとても行動力のある方で国内、海外共にたくさんの取引先がある実業家です。
彼は従業員を家族のように想い、とても情に熱い人情深い人です。
私が本当に困った時に助けてくれる良き友人でもあります。
彼は過ちを認め、今後失敗のそれ以上の貢献をしていく人です。
彼や彼を待つ家族、従業員の為1日も早い出所を心から望んでいます。


及川研一郎
神奈川県厚木市旭町 3-2-10

2nd December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Kentaro Kojima. I've been a friend and business partner for a long time with Daisuke. He is serious person and the very type who throws his best both privately and at work. If there is a person who is in trouble nearby, he acts as same as their family, who responds for the person, using all his knowledge, energy and experience.

He has enough ability to overcome himself. He has a housewife and a small child, so we hope that he could come home in order to recover the financial gap of last several months on his work and his private life. We hope his early release from the place.

Kentaro Kojima
2-16-3 Kyomachi, Kawasaki-ku,
Kawasaki-shi, Kanagawa

2021 年 12 月 2 日

名誉あるセシリア·M·アルトナガ
アメリカ合衆国地方裁判所
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は小島健太郎です。

私は大輔と長い間、友人そしてビジネスパートナーです。

彼は出会った当初から仕事もプライベートも全力で向き合う真面目な人です。

彼は悩んでいる相手がいれば、

自分の持っているエネルギーや知識や経験を全て用いて相手の為に行動する人で
す。

彼は過ちを認め、更生できる人です。

幼い家族もいるので、1日も早い出所を心から望んでいます。


神奈川県川崎市川崎区京町 2－1 6－3　7 0 6

November 26, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Masato Koike and I run a reptile store in Osaka Prefecture. Daisuke is a friend of mine as we have gotten to know each other as fellow shop owners in the industry. Whenever he is in Osaka, we would go out for dinner and drinks, and we always talk about our lives and our shops. He is an extremely hard-working entrepreneur and is always ready to offer his hand to help out those in trouble. He is honest, discreet, and trustworthy.

He is person who can admit to his mristakes and change himself for the better.

I sincerely pray that he can return home as soon as possible for the sake of his family and friends that await his return.

Sincerely,

Masato Koike
10-20-301 Ajihara-cho
Tennoji-ku, Osaka City
Osaka Prefecture, Japan

2021年 11 月 26日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国 地方裁判官

フロリダ南部地区

400 ノースマイアミアベニュー

13 - 3号室
フロリダ州マイアミ 33128

RE: 宮内大輔

親愛なるアルトナガ裁判官

私の名前は、小池真人です。私は、大阪で地上製屋をしています。私は、大輔とは、仕事関係での友人です。大阪に来た時には、酒を飲み、たのしい話しをして、過しました。彼は、とても勤勉で努力家でした、困っている人がいると、優しく手をさしのべる人です。彼は、口が堅く信用できます。

彼は、過ちを認め、自分を変える力が有る人です。

彼や、彼を待つ家族のために1日も早く出所できる事を心から望みます。

小池真人
大阪市天王寺区味原町 10-20-301

10th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Yuji Yamanashi. I am a childhood friend of Daisuke.
I would like you to understand Daisuke's personality for the appropriate
judgment. His personality is bright and social so that he can easily get along
with anyone. He talked to the bullied child even if other classmates get away
from the bulling matter. He is independent and wasn't swept away from any
issues. I longed for him in the split.

One example to describe him is that he was very angry when my friend was
about to get away from right way when we were in junior high school.
He wasn't particularly good at score at school, but was good at leading
everyone, so that he became the vice president of the Student Organization.

He was able to solve the problem of which it used to be said difficult for juniors
to negotiate seniors at school, because of respective mental order in grade.
He did not hesitate to communicate between juniors and seniors. From my
viewpoint over decades, he hasn't changed his personality since the time. I
don't think he will easily forget this sin, so I really would like you to give him a
generous judgment. It would be so much appreciated to consider and decide his
release as fast as a shooting star at a night.

Yours sincerely,
Yuji Yamanashi

2021年12月10日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔


親愛なるアルトナガ裁判官

僕の名前は山梨雄司です。大輔とは幼馴染です。彼の人柄は明るくて誰とでもすぐに仲良くなれる社交性があります。周りに流されずいじめられている子に積極的に話しかけていて、自分にはないものを持っていた。僕はそんな彼に憧れていました。中学のときに友達が道を外しそうになったときはとても怒って正していた。特に成績が良かった訳ではなかったけれどみんなを引っ張っていく力やまとめるのが得意だったので生徒会の副会長をしていました。後輩からも先輩からも好かれていて後輩が先輩に言いにくいことなど彼が間に入って解決していました。大人になってからも性格は変わっておらず彼を頼ると必ず応えてくれます。

彼は責任感強いので自分の罪に真摯に向き合い反省していると思います。そして自分が迷惑をかけた人に償っていくと思います。彼は簡単に今回の罪を忘れないと思いますので寛大な判決をよろしくお願いします。


山梨雄司

山梨雄司

November 5, 2021

The Honorable Cecilia M. Altonaga
Chief United States District Judge
Southern District of Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Dear Judge Altonaga,

My name is Akihisa Tatemichi. I am a construction contractor in Gotemba City. I am writing to you today concerning Daisuke Miyauchi.

I met Daisuke over twenty years ago, when he ran a shop in Shizuoka City. We formed an extremely close and trusting relationship as business partners. He always paid attention to my needs and concerns, and I believe that he is the reason that I am the person I am today.

He is the only person that I can depend upon. He is a man who takes a steady and serious approach to his work.

I believe he is a man who is capable of repenting for his mistakes and approach his life with sincerity and dedication.

I pray for Daisuke's release for the sake of both him and his family that awaits him.


Sincerely,

Akihisa Tatemichi

2021年11月5日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE: 宮内大輔

親愛なるアルトナガ裁判官

私の名前は立道　昌久です。私は御殿場市で建設業関係の仕事をしています。

私は大輔とは静岡市でショップを経営していた時以来、20年以上のお付き合いをさせて頂
いています。
私と彼はビジネスパートナーとして、とても良い関係を築いておりました。
彼はとても私に対して気にかけてくれ助けられる事が多く今の自分がいるのも彼のお陰だ
と思います。

彼は私が唯一頼れる人です。
彼はコツコツ真面目に仕事に向き合う人です。

彼は過ちを悔い改め、これからの時間を誠心誠意に向き合う事が出来ると信じておりま
す。
彼や、彼を待つ家族のために1日も早い出所を心から望みます。

立道　昌久

Dear Sam,

Plz see below our corresponsedance with Daisuke Miyauchi

January 10, 2022

Prestigious Cecilia M Altonaga

United States District Judge

Southern Florida

400 North Miami Avenue

Room 13-3

Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Tanintorn Thonghai. I am a good Thailand friend of Daisuke Miyauchi.

We had been a friend togethar since Cambridge High School in New zeaiand

We would like to describle about his personality·

friendly

diligent, and good hospitality while we went to Japan to visit him

helpful and always willing to help all friends if any issue

when he made a mistake and we can chat and discussed to each other, he will try to adapt himself to be better in future case.

I Sincerely hope for the earliest possible source for him and the family waiting for him.

Your sincerely,

Tanintorn Thongthai
(A friend since High school)

12th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Atsushi Maeda. I am a retail marchant of small animals at Meitosuien Co., Ltd. I met Mr. Miyauchit on the business. He is a great senior of the market, and he is an active business man and has precious abilities to accomplish different matters to solve out troubles and to lead to good advices at the end.

I believe that he is a person who encounter trouble with good faith in order to overcome mistakes. From my point of view in a long relationship with him, he could conquer the trouble by himself. I sincerely hope that you could take account of this letter for the quicker release for his family and many fans of him.

Atsushi Maeda,
2917-13 Ushiyamacho, Kasugai
Aichi prefecture, Japan

2nd Debember, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE Daisuke Miyauchi

Dear Judge Altonaga

My name is Ayako Kojima. My husband is in the same business as Daisuke Miyauchi, and I met him there. Since then, there have been good relationships between him and us. He was enthusiastic about his own shop and also the Japanese fertilizer industry. In addition to describe him, he is a kind and gentle person who can take care of my circumstances. He is always on good terms with his family and cherishes his young children and his wife.

I think that he could get over this hard time overseas. I believe that he is a person who does not repeat the same mistakes. I hope that you would make his return as soon as possible. I really hope that he contributes to the development of Japanese reptile business.

Ayako Kojima
2-16-3 Kyomachi, Kawasaki-ku,
Kawasaki-shi, Kanagawa
Japan

2021 年 12 月 2 日

名誉あるセシリア M・アルトナガ
アメリカ合衆国地方裁判所
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は小島亜矢子です。
主人は宮内大輔と同業で、私はそれで彼と出会いました。
以来、交流があります。

彼はいつも仕事に真面目で、
自分のお店の夢だけでなく日本の爬虫類業界のことも熱心に考えていました。
また、周りに気遣いのできる優しい人です。
家族とも仲が良く、幼い子供と奥様のことを大切にしています。

今回の事も反省していると思います。
同じ過ちは繰り返さない人です。

1日でも早く日本に戻り爬虫類業界の発展に貢献してくれることを願っています。

神奈川県川崎市川崎区京町2-16-3　706

小島 亜矢子

10th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,
I am Ken Ohashi, a manager for a company, TRC.

I had a good friendship with Miyauchi. We have common hobbies such as fishing, taking many times together. He strives to have better information for his business and others. He gives one helping hands and takes good care for those guys.
He is qualified as a good leader from my viewpoint.

It must take granted to see his path that he could have already get over how ignorant he was last year. He would change the regret to be wiser on business. For his family, please thoughtfully consider for his sin to make him return as faster as possible.

Sincerely yours,
Ken Ohashi

2021年12月10日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は大橋健です。
私は有限会社ティー・アール・シーでマネージャーをしています。

私は大輔とは20年来の友人です。
私と彼は一緒に釣りに行くなど多くの時間を共に過ごしました。
彼は常に新しい情報を得ようと勤勉で努力家でした。
彼は友人が困っているとすぐに手を差し伸べ、
助けてくれる面倒見のいい性格です
彼はリーダーシップがあり頼れる存在です

彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために1日も早い出所を心から望みます。

大橋健

December 11, 2021

Prestigious Cecilia-M-Altonaga
United States Regional Judge Florida
Southern District 400
North Miami Avenue
Room 13-3 Miami,
Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga,

My name is Kosho Yagi. I've been retailing small animals and reptiles at Meito Suien Co., Ltd. I've been with Miyauchi for almost 20 years, and I originally knew him at work, but it seemed a good match with him so that we became close friends soon. We went out for meals in weekdays. We often went fishing on the same boat in weekends.

He is sincere and a hard worker who admits mistakes and has the power to overcome himself. I would like to ask you his early home for his family and fans at his shop, being anxious for him.

Yours sincerely,
Kosho Yagi
1-106-2 Kifune,
Meito-ku, Nagoya-shi, Aichi

2021年12月11日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区

400ノースマイアミアベニュー

13-3号室

フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は八木厚昌です。私は株式会社名東水園で生き物の小売をしています。

大輔とはもう20年近くになる付き合いで、元々は仕事上で知り合いましたが、相性が合うのか、プライベートでも一緒に食事をしたり、同じ船に乗って釣りに行ったりすることも多かったです。

陽気な性格で、行動力にも長け、場を盛り上げ皆んなを引っ張っていく力があります。

誠実な努力家である彼は過ちを認め、自分を変える力がある人です。

彼や、彼を待つ家族のために1日も早い出所を心から望みます。

八木厚昌

住所　愛知県名古屋市名東区貴船1-106-2

December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Mizuo Nagatomo. I was retailing at Meito Suien Co., Ltd. I was inexperienced in animal shop when I met Mr. Miyauchi as a senior in the business industory. Even though I was just a new shop assistant at a different shop, he was kind to me. I learned a lot of knowledge and experience by Mr. Miyauchi, who is considerate of others, is a person who admits mistakes and has the power to change himself.

I sincerely hope that Mr. Miyauchi and his family will be released this matter as soon as possible. I would like to ask you to get him back to his wife and son.

Sincerely yours,
Mizuo Nagatomo
30-20-1 Wakibukuro,
Wakasa-cho, Mikatakaminaka-gun,
Fukui Prefecture

2021年12月12日
名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は長友瑞生です。私は株式会社名東水園で小売をしていました。
宮内さんとは仕事で知り合い未熟だった自分にも他社の人間であるにも関わらず、親切にしてくださいました。
知識や経験も豊富で宮内さんから学ぶことは多かったです。
他人を思いやれる宮内さんは過ちを認め、自分を変える力のある人です。
宮内さんや、そのご家族のためにも1日も早い出所を心から望みます。

長友瑞生
住所 福井県三方上中郡若狭町脇袋30-20-1

25th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128


RE; Daisuke Miyauchi


Dear Judge Altonaga,

I am Riki Watanabe. I'm a pet shop clerk.

I have known Mr. Miyauchi even before I worked at a pet shop.

He taught me about work. We had many times for fishing, which is a common hobby between him and me.

I believe that he is a man who admits mistakes and has the power to change himself. For the sake for his small son and wife waiting for him, please give us clear vision for future. I would seriously like you to understand that his early return has been demanded by everyone surroundings him.

Riki Watanabe
201 Space Cosmo, 2-6-4 Ishiyama,
Higashi-ku, Niigata-shi, Niigata prefecture, JP.

2021 年 12 月 25 日

名誉あるセシリア・M・アルトナガ

アメリカ合衆国地方裁判官

フロリダ南部地区

400 ノースマイアミアベニュー

13-3 号室

フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

私の名前は渡辺りきです。ペットショップの店員です。

私は宮内さんとはペットショップに勤務する前からの知り合いです。

彼には仕事に関することを教えていただきました。

共通の趣味である釣りにも何度も行きました。

彼は過ちを認め、自分を変える力がある人です。

彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。

渡辺力

SpaceCosmo201

Ishiyama2-6-4

Higashi-ku, Nigata-shi, Niigata, JP



24th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Shinya Hasegawa. I work for a pet shop, 'Meitousuien'

I have been coming along with him for last 10 years. From time to time, he and I
go for fishing and other outdoor activities after work and weekends. He is keen at
activity and flexibility so that everyone knows him as respective gentleman.

I am confident for him that he got strong split to get over from difficulties and
change what he regrets to next step in his life, because he is hard worker to
strive for outcome. I really hope to see him as soon as possible. I am anxious for
his family. Therefore I would like you to make it faster than your previous plan for
judgment on his sin.

Shinya Hasegawa
III-C Wing site, 77-2 Kiyosu-shi,
Aichi, Japan

2021 年 12 月 24 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛あるアルトナガ裁判官

私の名前は長谷川真也です。私は株式会社名東水園で生き物の小売をしています。

大輔とは 10 年近くになる付き合いです。彼とは仕事上での付き合いが多いですが、仕事後、釣りや食事に行く仲です。行動力、柔軟性に長け皆から信頼されてます。彼は私が尊敬する一人です。

現実な努力家である彼は過ちを認め、自分を変える力がある人です。
彼や、彼を待つ家族のために 1 日も早い出所を心から望みます。

長谷川真也
住所 愛知県清須市西枇杷島泉 77-2 ウイングサイト III-C

Shinya | hasegawa

10th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Kawagoe and work mainly on web design in Japan.
I create a web site for his shop with regular contracts. He usually suggests ideas to
make it better, to make clear on what he does not understand.    So I see how
passionate and naive he looks into things every time we discuss about the web site.

Apart from work, his keen care reaches to the sphere of which we hardly notice so that I
am honored to make friend with him. He influenced me a lot and helped me many times.

To be honest, I'm incredibly surprised at the mistake he made this time, but he
should had spent a long time to encounter the regret since it happened.
I believe that he has a strong heart that does not turn himself back behind that mistake,
atones for his sins, and never repeats the same thing again.
Looking back him in my memory, I am convinced that he is a person who gets it over.
Please be generous to consider his personality to give him a chance. I would like you to
think of him as a promising person who can recover by own will.

Yours sincerely,
Takafumi Kawagoe

親愛なるアルトナガ裁判官

突然のお手紙をお送りすることをお許し下さい。
私は日本でWEBデザインなどをメインとした仕事をしているKawagoeと申します。

私は彼の経営しているお店のWEB SITEを作製しておりますが、それにあたりより良いものを作ろうと積極的にアイデアを提案してくれ、わからないことは素直に相談してくれたりなど誰にも負けない情熱と純粋な気持ちを何度も見せて頂きました。

仕事以外でも周りの人が気付かないところまで気にかけてサポートしてくれるととても素晴らしい友人だと思っております。
私自身これまで何度も助けて頂きました。

正直、私は今回彼が犯してしまった過ちに信じられず驚いておりますが、彼自身も人生最大の後悔の中で今この時を反省と共に過ごしていることでしょう。

そして、その過ちに背を向けず罪を償い、二度と同じことを繰り返さない強い心を持っている人間だと確信しております。
10年以上彼との関わりの中で見てきたDaisukeはそういう強い意志と真っ直ぐな人間なのです。

どうか彼にまたと無いチャンスをお与え下さい。
そしてこれからの彼に期待して頂けることを心より願っております。

河越 貴文

10th December, 2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE ; Daisuke Miyauchi

Dear Judge Altonaga,

My name is Tomoyuki Shimizu. I work for construction industry in Mie prefecture,
Japan. . It past for about two years since the first time we knew. He and I have a private
relationship, not just for a game, but with other excursions.

He is bright and social so that he can easily get along with anyone.
Before we met in 3D, he sent the fresh fish by parcel on the day he went fishing. We just
met on the web. However he gave me present of fish. It shows how much we had
already got in trust relationship. We used to have a chat. He is kind and very warm to
people. There is eight years' gap between him and me, but he is always fair and he
does not behave arrogant for junior. I respect him from my heart and my biggest friend.
He has strong sense of responsibility and is serious. Please be generous to make
appropriate judgment for me. .

Tomoyuki Shimizu,
2493-12 Chiseki-cyo, Yotsukaichi,
Mie prefecture, Japan

2021 年 12 月 10 日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400 ノースマイアミアベニュー
13-3 号室
フロリダ州マイアミ 33128

RE:宮内大輔

親愛なるアルトナガ裁判官

僕の名前は清水智之です。日本の三重県で建設業を営んでいます。
大輔とはオンラインゲームを通じて知り合いました。
2 年ほどの付き合いになります。彼と僕はゲームだけではなくプライベートな付き合いが
あります。
彼の人柄は明るくて誰とでもすぐに仲良くなれる社交性があります。彼はまだ会ったこと
のなかった僕に彼が釣った魚を自宅に送ってくれました。
お互い信頼関係ができていたからできたことです。
よく 2 人で会話を楽しみました。
彼は人に優しくとても温かみのある人です。
僕と彼は歳の差が 8 年もありますが彼は歳上だからとえらそうにはせず常に対等です。
それに彼からは学ぶことも多いです。
僕はそんな彼を尊敬します。
大切な友人の一人です。
彼は責任感が強く、まじめです。寛大な判決をよろしくお願いします。

日本三重県四日市市智積町 2493 番地 12
清水智之

November 11, 2021

The Honorable Cecilia M. Altonaga

Chief United States District Judge

Southern District of Florida

400 North Miami Ave. 13-3

Miami, Florida 33128

Dear Judge Altonaga,

My name is Sanae Ishida and I work at the restaurant owned by Daisuke's mother-in-law.

Daisuke often brings his family and friends to the restaurant. He is a thoughtful person and often brings a little gift for me when he comes to the restaurant.

I can tell from the way how he interacts with his mother-in-law that he loves her and his family very much. Without him, I would have never been able to find my current workplace, and I appreciate that he provided that opportunity. His family is a second family for me.

I hope and pray that he will return soon for the sake of my second family.

Sanae Ishida

1-23-14-107 Shinyoshida-higashi
Yokohama Kohoku-ku
Kanagawa Prefecture, Japan

2021年11月11日

名誉あるセシリア・M・アルトナガ
アメリカ合衆国地方裁判官
フロリダ南部地区
400ノースマイアミアベニュー
13-3号室
フロリダ州マイアミ33128


RE:宮内大輔

親愛なるアルトナガ裁判官

私は石田早苗といいます。大輔さんの義理の母の飲食店で働いています。
大輔さんはよく家族や友人とお店にきます。私によく手土産を持ってきてくれ
気遣いがあります。
彼の義理の母への接し方を見て義理の母を大切にしているのがわかります。
彼がいないと私は今の職場に出会えませんでしたし感謝しています。
彼の家族は私にとって第二の家族です。
家族のために早く戻ってこれることを願っています。

〒223-0058
日本神奈川県横浜市港北区新吉田東1-23-14-107
石田早苗

**Scott Coltharp**

1600 Windmill Run
Wimberley, TX 78676
(512) 694-8107
scottacoltharp@gmail.com

November 14, 2021

**Honorable Cecilia M. Altonaga**

United States District Judge, Southern Florida
400 North Miami Avenue Room 13-3
Miami, FL 33128

Re: Daisuke Miyauchi

Dear Honorable Judge Altonaga,

I have been a Pediatric Physician Assistant for 17 years in a small community located in Central Texas. I have been friends with Daisuke for over 20 years. I have spent many hours on vacation with him in Florida and in Texas.

Daisuke is a very hardworking and passionate individual. He has always been extremely generous and kind to me and my family. We have enjoyed one another's company during his visits to the United States. Daisuke and I share a lot of similar interests in love of family, animals and fishing. I find him to be a very honorable, outstanding and credible individual. I am confident that he will learn from his misjudgements and grow from this experience.

Daisuke has always been supportive of me as a friend and in business related activities. I have never had one reason to question his integrity or business dealings during the time that I have known him. He has no outstanding debt and has always been honest in our dealings. I sincerely hope that you will take this into consideration upon sentencing so he can return to his home with wife and young son as soon as possible.

Sincerely,

Scott Coltharp

Scott Coltharp

December 13 ,2021

Prestigious Cecilia M. Altonaga
United States District Judge
Southern Florida
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

RE: Daisuke Miyauchi

Dear Judge Altonaga

My name is Akrachai Weerakitti from Thailand.

I have been a friend of Daisuke for 25 years since high school.
Daisuke was a very cheerful and helpful person.
He was very kind and always support his friends in any time of
trouble.
For me, Daisuke is not just a good friend, he is more like family to
me.

He is a person who learn from his mistake and he will never make the
same mistake again.
I hope for the earliest possible source for him to his family.

Best Regards

Akrachai Weerakitti