# **EXHIBIT 1**

## Distribution of Sentence Length
Fiscal Year 2018,2019,2020



The figure includes the 9 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.
**FILTER:**
Fiscal Year: 2018,2019,2020; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: Non-U.S. Citizen; Education: All; Crime Type: Environmental; Guideline: §2Q2.1; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

## Distribution of Imprisonment Length
Fiscal Year 2018,2019,2020



The figure includes the 7 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.

**FILTER:**
Fiscal Year: 2018,2019,2020; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: Non-U.S. Citizen; Education: All; Crime Type: Environmental; Guideline: §2Q2.1; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

**Average and Median Sentence Length**
Fiscal Year 2018,2019,2020



The figure includes the 9 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. Sentences of probation only are included here as zero months. The information in this figure includes conditions of confinement as described in USSG §5C1.1.

**FILTER:**
Fiscal Year: 2018,2019,2020; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: Non-U.S. Citizen; Education: All; Crime Type: Environmental; Guideline: §2Q2.1; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

**Average and Median Imprisonment Length**
Fiscal Year 2018,2019,2020



The figure includes the 7 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this figure does not include probation or conditions of confinement as described in USSG §5C1.1.

**FILTER:**
Fiscal Year: 2018,2019,2020; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: Non-U.S. Citizen; Education: All; Crime Type: Environmental; Guideline: §2Q2.1; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

## Average and Median Supervised Release
Fiscal Year 2018,2019,2020



The figure includes the 9 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2018,2019,2020; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: Non-U.S. Citizen; Education: All; Crime Type: Environmental; Guideline: §2Q2.1; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All