UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 21-20513-CR-ALTONAGA

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.

DAISUKE MIYAUCHI,

    *Defendant.*

_____/

### **S**UPPLEMENTAL **E**XHIBIT TO **S**ENTENCING **M**EMORANDUM

    **D**AISUKE **M**IYAUCHI (hereafter **M**R. **M**IYAUCHI"), through undersigned counsel, files this Supplemental Exhibit to Sentencing Memorandum, in support of his request for a sentence of time served, six (6) months. The exhibit is a chart, comparing the sentences of other similarly situated defendants, and supplements Section IV in **M**R. **M**IYAUCHI'S Sentencing Memorandum. The chart is attached hereto and incorporated by reference herein as Exhibit № 1.

    Respectfully submitted,

**R**ABIN **& L**OPEZ, **P.A.**
SunTrust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

**S**AMUEL **J**. **R**ABIN, **J**R.
Florida Bar № 273831

s/ *Andrea C. Lopez*

**A**NDREA **C**. **L**OPEZ
Florida Bar № 109512

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2022, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
