UNITED STATES V. DAISUKE MIYAUCHI[1]
SENTENCING CHART

| Case | Charges | Conduct | Guideline Range | Sentence |
|---|---|---|---|---|
| United States v. Cheung, Case No. 19-20538-CR-WILLIAMS/TORRES | 1 Count Conspiracy to Defraud the U.S.<br><br>2 Counts Smuggling Goods from the U.S.<br><br>2 Counts Lacey Act Violation<br><br>3 Counts Attempted Smuggling of Goods from the U.S.<br><br>Plead guilty to 1 Count of Conspiracy | From June 1, 2017, through June 6, 2019, the defendant engaged in the exportation of protected turtles from Miami to his reptile business in Hong Kong. The turtles were protected under Florida Law and CITES. The declaration paperwork falsely stated that the Florida protected turtles were bred in captivity, when they were in fact poached from their native environments. *See United States v. Boesenberg*, Case No. 19-20729-CR-UNGARO. The defendant also concealed the CITES protected turtles to avoid declaration and subsequent inspection. | Base Offense Level: 6<br>Pecuniary Gain: 2<br>Market Value of Wildlife: 12<br>Acceptance of Responsibility: -3<br>Total: 17; 24 – 30 Months<br><br>The Government did not file a §5K1.1 nor Rule 35 Motion. | 6 Months Imprisonment and 3 Years Supervised Release |

---

[1] Mr. Miyauchi's offense level is 24 after accounting for a 3-level reduction for acceptance of responsibility. The guidelines for level 24 are 51 – 63 months imprisonment. On February 7, 2022, the Government filed its Motion for Downward Departure, recommending that the Court grant Mr. Miyauchi a 40% reduction in his sentence. With only the Government's recommendation of a 40% reduction, and no consideration of the § 3553 factors, Mr. Miyauchi's guidelines are 30 – 38 months imprisonment.

| Case | Charges | Conduct | Guideline Range | Sentence |
|---|---|---|---|---|
| United States v. Pata, Case No. 19-20538-CR-WILLIAMS/TORRES | 1 Count Conspiracy to Defraud the U.S.<br><br>2 Counts Smuggling Goods from the U.S.<br><br>2 Counts Lacey Act Violation<br><br>Plead guilty to 1 Count of Conspiracy | From June 1, 2017, through June 6, 2019, the defendant provided defendant Cheung with the CITES and Florida protected turtles. The declaration paperwork falsely stated that the Florida protected turtles were bred in captivity, when they were in fact poached from their native environments. *See United States v. Boesenberg*, Case No. 19-20729-CR-UNGARO. The defendant packed the turtles to hide the CITES protected turtles. | Base Offense Level: 6<br>Pecuniary Gain: 2<br>Market Value of Wildlife: TBD[2]<br>Acceptance of Responsibility: - 2<br><br>During sentencing, the Government made an ore tenus §5K1.1 Motion for reduction of sentence. | 4 Years' Probation |

---

[2] Although it is unclear from the plea agreement what the final market value was determined to be, the defendant packed every package that defendant Cheung was held responsible for. The value of defendant Cheung's wildlife amounted to more than $250,000, and less than $550,000. *See United States v. Cheung*, Case No. 19-20538-CR-WILLIAMS/TORRES.

| Case | Charges | Conduct | Guideline Range | Sentence |
|---|---|---|---|---|
| United States v. Boesenberg, Case No. 19-20729-CR-UNGARO | 1 Count – Conspiracy to Defraud the U.S.<br><br>Plead guilty to 1 Count of Conspiracy | From June 1, 2017, through August 8, 2019, the defendant hunted, captured, and took multiple hundreds of CITES and Florida protected turtles from their natural Florida habitat. Several recorded conversations disclosed that he had poached as many as 600 protected turtles in one night and enlisted the help of at least 8 individuals in his turtle poaching enterprise. Recorded conversations also disclosed that the defendant provided the protected turtles to several other clients. | <u>Base Offense Level</u>: 6<br><u>Pecuniary Gain</u>: 2<br><u>Market Value of Wildlife</u>: 12<br><u>Organizer/Leader</u>: 4<br><u>Acceptance of Responsibility</u>: -3<br><u>Total</u>: 21; 37 – 46 months<br><br>The Government did not file a §5K1.1 nor Rule 35 Motion. | 18 Months Imprisonment and 2 Years Supervised Release |

| Case | Charges | Conduct | Guideline Range | Sentence |
|---|---|---|---|---|
| United States v. Lightsey, Case No. 03-14009-CR-NCR | 1 Count Conspiracy to Violate the Lacey Act Violation<br><br>1 Count Lacey Act Violation<br><br>6 Counts Migratory Bird Treaty Act Violation<br><br>Pled guilty to 6 Counts of Migratory Bird Treaty Act Violation | The defendant ran a hunting guide business where he would take hunters to specific advantageous locations to hunt wildlife. The defendant hunted ducks and snipes that were protected by the Migratory Bird Treaty and subject to several regulations. During the course of his hunting guides, the defendant committed several violations, including taking ducks and snipes from a moving air boat, operating a moving air boat in the vicinity of where ducks and snipes were known to be present, taking ducks while possessing lead shot, taking ducks and snipes in excess of the daily bag limit, killing and crippling ducks and snipes without making efforts to retrieve them, leaving ducks and snipes in locations without their proper tag, and possessing ducks and snipes belonging to other members in the hunting group. | Plea Agreement not available via Pacer.<br><br>The Government did not file a §5K1.1 nor Rule 35 Motion. | 3 Years' Probation to run consecutively for each count |