**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20513-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DAISUKE MIYAUCHI**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on February 22, 2022 for sentencing, and upon the Government's Motion for Downward Departure [ECF No. 22]. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record